# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS SCUDERI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, and MARK LAYTON.,<br><br>        Defendants. | **Case No. 5:19-CV-00522-SLP**<br><br>**District Judge Scott L. Palk**<br><br>**<u>CLASS ACTION</u>** |
| JUSTAS NORMANTAS, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, and MARK LAYTON.,<br><br>       Defendants. | **Case No. 5:19-CV-00560-SLP**<br><br>**District Judge Scott L. Palk**<br><br>**<u>CLASS ACTION</u>** |

**MOTION OF THE MAMMOTH INVESTOR GROUP TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2) BE APPOINTED LEAD PLAINTIFF; AND (3) APPROVE PROPOSED LEAD PLAINTIFF'S SELECTION OF COUNSEL**

Thomas Scuderi, Stephen Terry, Justas Normantas, Andrew Micklin, and Dion Larot (collectively, "The Mammoth Investor Group" or the "Group"), pursuant to Section 21D of Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Private Securities Litigation Reform Act of 1995 (the "PSLRA"), respectfully moves this Court for an order:

(a) appointing The Mammoth Investor Group as Lead Plaintiff on behalf a class consisting of all persons other than Defendants who purchased or otherwise acquired the securities of Mammoth Energy Services, Inc. ("Mammoth" or the "Company"), between October 19, 2017 through June 5, 2019, both dates inclusive (the "Class Period"), and

(b) approving The Mammoth Investor Group's selection of The Rosen Law Firm, P.A. as Lead Counsel and Federman & Sherwood as Liaison Counsel for Lead Plaintiff and the Class.

The Group makes this motion on the basis that it is the most "adequate plaintiff" as defined in the PSLRA because it has the largest financial interest of any other Mammoth shareholders in this action. The Group satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. The Group further requests that the Court approve the selection of its counsel, The Rosen Law Firm, P.A. as Lead Counsel and Federman & Sherwood as Liaison Counsel for the Class of Mammoth shareholders. Both firms have substantial securities class action and complex litigation experience.

In support of this Motion, The Mammoth Investor Group submits: (1) Memorandum of Law in Support; (2) the Declaration of William B. Federman (with exhibits); and (3) a [Proposed] Order granting the Group's Motion.

Dated: August 6, 2019                    Respectfully submitted,

/s/ William B. Federman
William B. Federman, OK Bar #2853
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
Email: wbf@federmanlaw.com

*[Proposed] Liaison Counsel for Lead Plaintiff Movant and Class*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff Movant and Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: ahood@pomlaw.com
            jalieberman@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Additional Counsel for Movant and
Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that this Motion was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 6, 2019.

/s/ William B. Federman
William B. Federman