**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| THOMAS SCUDERI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| | ) | **Case No. 5:19-cv-00522-SLP** |
| Plaintiff, | ) ) | |
| | ) | **District Judge Scott L. Palk** |
| v. | ) ) | |
| MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, and MARK LAYTON., | ) ) ) ) ) ) | |
| | ) ) | |
| Defendants. | ) ) ) | |
| JUSTAS NORMANTAS, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| | ) | **Case No. 5:19-cv-00560-SLP** |
| Plaintiff, | ) ) | |
| | ) | **District Judge Scott L. Palk** |
| v. | ) ) | |
| MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, and MARK LAYTON., | ) ) ) ) ) | |
| | ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF THE MAMMOTH ENERGY INVESTOR GROUP'S MOTION TO: (1) CONSOLIDATE THE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

I, William B. Federman, hereby declare as follows:

1.      I am an attorney duly admitted to the Bars of the State of Oklahoma and the United States District Court for the Western District of Oklahoma.  I am a member of the law firm of Federman & Sherwood, proposed Liaison Counsel for Thomas Scuderi, Stephen Terry, Justas Normantas, Andrew Micklin, and Dion Larot (collectively, "The Mammoth Investor Group" or the "Group"). I submit this Declaration in support of the Group's motion to: (1) consolidate the related actions; (2) be appointed as Lead Plaintiff; and (3) approve Lead Plaintiff's Selection of Counsel.

2.      Attached hereto as exhibits are true and correct copies of the following:

Exhibit 1:    Press release published on June 7,2019, announcing the pendency of the first-filed of the above-captioned actions pursuant to the PSLRA;

Exhibit 2:    The PSLRA certifications of the members of The Mammoth Investor Group;

Exhibit 3:    The Mammoth Investor Group's Loss Chart;

Exhibit 4:    Firm Resume for proposed Lead Counsel, The Rosen Law Firm, P.A; and

Exhibit 5:    Firm Resume for proposed Liaison Counsel, Federman & Sherwood.

1

I declare under penalty of perjury under the laws of the state of Oklahoma that the foregoing facts are true and correct.  Executed this 6th day of August 2019, Oklahoma City, Oklahoma.

/s/ William B. Federman
William B. Federman, OK Bar #2853
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
Telephone: (405) 235-1560
Fax: (405) 239-2112
Email: wbf@federmanlaw.com

*[Proposed] Liaison Counsel for Lead Plaintiff Movant and Class*

## CERTIFICATE OF SERVICE

I hereby certify that this Declaration was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 6, 2019.

/s/ William B. Federman
William B. Federman

2