# EXHIBIT 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Mammoth Energy Services, Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Mammoth Energy Services, Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

First name:      Thomas
Middle initial:  B
Last name:       Scuderi
Address:
City:
State:
Zip:
Country:
Facsimile:
Phone:
Email:

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
| --- | --- | --- | --- |
| Common Stock | 02/01/2019 | 300 | 22.16 |
| Common Stock | 08/07/2018 | 200 | 38.05 |
| Common Stock | 08/08/2018 | 300 | 37.72 |
| Common Stock | 08/15/2018 | 200 | 33.46 |
| Common Stock | 08/17/2018 | 300 | 32.46 |
| Common Stock | 08/27/2018 | 31 | 29.82 |
| Common Stock | 08/28/2018 | 375 | 27.76 |
| Common Stock | 10/25/2018 | 185 | 24.21 |
| Common Stock | 11/16/2018 | 400 | 25.45 |
| Common Stock | 12/27/2018 | 164 | 25.45 |

**Certification for Thomas Scuderi (cont.)**

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
| --- | --- | --- | --- |
| Common Stock | 01/02/2019 | 200 | 19.26 |
| Common Stock | 01/25/2019 | 200 | 23.5 |
| Common Stock | 02/11/2019 | 200 | 21.3 |
| Common Stock | 03/21/2019 | 300 | 18.1 |
| Common Stock | 08/31/2018 | 300 | 27.76 |
| Common Stock | 12/28/2018 | 200 | 18.54 |
| Common Stock | 02/12/2019 | 200 | 22.2 |

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below.

Scuderi

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate:          YES

By clicking on the button below, I intend to sign and execute this agreement and retain the Rosen Law Firm, P.A. to proceed on Plaintiff's behalf, on a contingent fee basis.          YES

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 06/07/2019

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _Andrew Micklin_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against Mammoth Energy Services, Inc. ("Mammoth Energy" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire Mammoth Energy securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Mammoth Energy securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Mammoth Energy securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

{00328945;1 }

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed _____7/9/19_____
              **(Date)**

_____
          **(Signature)**

____Andrew Micklin____
          **(Type or Print Name)**

**Mammoth Energy Services Inc (TUSK)**                                              **Micklin, Andrew**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 3/13/2018 | Purchase | 300 | $32.9500 |

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Mammoth Energy Services, Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Mammoth Energy Services, Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| First name: | Stephen |
| Middle initial: | S |
| Last name: | Terry |
| Address: | |
| City: | REDACTED |
| State: | |
| Zip: | |
| Country: | |
| Facsimile: | |
| Phone: | |
| Email: | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.

5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 7/3/2018 | 150 | 34.50 |
| Common Stock | 8/15/2018 | 39 | 32.637 |
| Common Stock | 8/24/2018 | 12 | 30 |
| Common Stock | 4/3/2019 | 60 | 16.35 |
| Common Stock | 5/1/2019 | 39 | 14.85 |

**Certification for Stephen Terry (cont.)**

Sales:

| Type of Security | Sale Date | # of Shares | Price per Share |
|---|---|---|---|
| Common Stock | 7/9/2019 | 300 | 7.09 |

7.  I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

I declare under penalty of perjury, under the laws of the
United States, that the information entered is accurate:          YES

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.          YES

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform Electronic Transactions Act as adopted by the various states and territories of the United States.

Date of signing: 07/15/2019

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, _____ DION LAROT _____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against Mammoth Energy Services, Inc. ("Mammoth Energy" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire Mammoth Energy securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Mammoth Energy securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in Mammoth Energy securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

{00328945;1 }

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed ___6/7/2019___
          **(Date)**

_D— L_

**(Signature)**

DION LAROT

**(Type or Print Name)**

{00328945;1 }

**Mammoth Energy Services Inc (TUSK)**                                               **Larot, Dion**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| Common Stock | | | |
| 2/5/2019 | Purchase | 250 | $22.7500 |
| 3/11/2019 | Purchase | 50 | $20.8500 |
| 3/20/2019 | Purchase | 100 | $17.8700 |
| 4/24/2019 | Purchase | 16 | $16.8301 |
| 4/24/2019 | Purchase | 384 | $16.8300 |
| 4/18/2019 | Sale | (300) | $15.0000 |
| 5/23/2019 | Sale | (400) | $12.5200 |
| | | | |
| TUSK Mar 15 2019 $22.5 Call | | | |
| 2/5/2019 | Sale | (2) | $1.8500 |
| | | | |
| TUSK April 18 2019 $15.00 Call | | | |
| 3/26/2019 | Sale | (3) | $1.9000 |
| | | | |
| TUSK May 17 2019 $15.00 Call | | | |
| 5/9/2019 | Sale | (4) | $0.3000 |

**CERTIFICATION PURSUANT**
**TO FEDERAL SECURITIES LAWS**

1.    I, _Justas Nozurantas_, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.   I have reviewed a Complaint against Mammoth Energy Services, Inc. ("Mammoth Energy" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire Mammoth Energy securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Mammoth Energy securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.   To the best of my current knowledge, the attached sheet lists all of my transactions in Mammoth Energy securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

{00328945;1 }

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed __10-06-2019__
     _____
     **(Date)**

_____
                    **(Signature)**

JUSTAS    NORMANTAS
_____
                **(Type or Print Name)**

{00328945;1 }

**Mammoth Energy Services Inc**                                    **Normantas, Justas**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|------|------------------|-----------------------|----------------------|
| 8/1/2018 | Purchase | 80 | $36.3300 |