# EXHIBIT 3

**Mammoth Energy Services Inc (TUSK)**
**Class Period: Oct 19, 2017 to Jun 5, 2019**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Client | Purchase Date | Purchase Quantity | Purchase Price | Purchase Amount | Sale Date | Sale Quantity | Sale Price | Sale Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 61-Day* Mean Price $6.5007 Estimated Value | Estimated Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scuderi, Thomas | 8/7/2018 | 200 | $38.0500 | ($7,610) | 8/31/2018 | (300) | $27.7600 | $8,328 | | | | |
| Scuderi, Thomas | 8/8/2018 | 300 | $37.7200 | ($11,316) | 12/28/2018 | (200) | $18.5400 | $3,708 | | | | |
| Scuderi, Thomas | 8/15/2018 | 200 | $33.4600 | ($6,692) | 1/2/2019 | (200) | $19.2600 | $3,852 | | | | |
| Scuderi, Thomas | 8/17/2018 | 300 | $32.4600 | ($9,738) | 1/25/2019 | (200) | $23.5000 | $4,700 | | | | |
| Scuderi, Thomas | 8/27/2018 | 31 | $29.8200 | ($924) | 2/11/2019 | (200) | $21.3000 | $4,260 | | | | |
| Scuderi, Thomas | 8/28/2018 | 375 | $27.7600 | ($10,410) | 2/12/2019 | (200) | $22.2000 | $4,440 | | | | |
| Scuderi, Thomas | 10/25/2018 | 185 | $24.2100 | ($4,479) | 3/21/2019 | (300) | $18.1000 | $5,430 | | | | |
| Scuderi, Thomas | 11/16/2018 | 400 | $25.4500 | ($10,180) | | | | | | | | |
| Scuderi, Thomas | 12/27/2018 | 164 | $25.4500 | ($4,174) | | | | | | | | |
| Scuderi, Thomas | 2/1/2019 | 300 | $22.1600 | ($6,648) | | | | | | | | |
| **Scuderi, Thomas** | | **2,455** | | **($72,171)** | | **(1,600)** | | **$34,718** | **855** | **855** | **$5,558** | **($31,895)** |
| | | | | | | | | | | | | |
| **Micklin, Andrew** | **3/13/2018** | **300** | **$32.9500** | **($9,885)** | | | | | **300** | **300** | **$1,950** | **($7,935)** |
| | | | | | | | | | | | | |
| Terry, Stephen | 7/3/2018 | 150 | $34.5000 | ($5,175) | 7/9/2019 | (300) | $7.0900 | $2,127 | | | | |
| Terry, Stephen | 8/15/2018 | 39 | $32.6370 | ($1,273) | | | | | | | | |
| Terry, Stephen | 8/24/2018 | 12 | $30.0000 | ($360) | | | | | | | | |
| Terry, Stephen | 4/3/2019 | 60 | $16.3500 | ($981) | | | | | | | | |
| Terry, Stephen | 5/1/2019 | 39 | $14.8500 | ($579) | | | | | | | | |
| **Terry, Stephen** | | **300** | | **($8,368)** | | **(300)** | | **$2,127** | **300** | **0** | | **($6,241)** |
| | | | | | | | | | | | | |
| Larot, Dion | | | | | | | | | | | | |
| Common Stock | 2/5/2019 | 250 | $22.7500 | ($5,688) | 4/18/2019 | (300) | $15.0000 | $4,500 | | | | |
| Common Stock | 3/11/2019 | 50 | $20.8500 | ($1,043) | 5/23/2019 | (400) | $12.5200 | $5,008 | | | | |
| Common Stock | 3/20/2019 | 100 | $17.8700 | ($1,787) | | | | | | | | |
| Common Stock | 4/24/2019 | 16 | $16.8301 | ($269) | | | | | | | | |
| Common Stock | 4/24/2019 | 384 | $16.8300 | ($6,463) | | | | | | | | |
| **Common Stock** | | **800** | | **($15,249)** | | **(700)** | | **$9,508** | **100** | **100** | **$650** | **($5,091)** |
| | | | | | | | | | | | | |
| Options | | | | | | | | | | | | |
| TUSK Mar 15 2019 $22.5 Call | 3/15/2019 | 2 | Expired | $0 | 2/5/2019 | (2) | $1.8500 | **$370** | | | | |
| TUSK April 18 2019 $15.00 Call | 4/18/2019 | 3 | Exercised | $0 | 3/26/2019 | (3) | $1.9000 | **$570** | | | | |
| TUSK May 17 2019 $15.00 Call | 5/17/2019 | 4 | Expired | $0 | 5/9/2019 | (4) | $0.3000 | **$120** | | | | |
| **Options Total** | | **9** | | **$0** | | **(9)** | | **$1,060** | **-** | **0** | | **$1,060** |
| | | | | | | | | | | | | |
| **Larot, Dion** | | **800** | | **($15,249)** | | **(700)** | | **$10,568** | **100** | **100** | | **($4,031)** |
| | | | | | | | | | | | | |
| Normantas, Justas | 8/1/2018 | 80 | $36.3300 | ($2,906) | | | | | | | | |
| **Normantas, Justas** | | **80** | | **($2,906)** | | **0** | | **$0** | **80** | **80** | **$520** | **($2,386)** |
| | | | | | | | | | | | | |
| Summary | | | | | | | | | | | | |
| Scuderi, Thomas | | 2,455 | | ($72,171) | | (1,600) | | $34,718 | 855 | 855 | | ($31,895) |
| Micklin, Andrew | | 300 | | ($9,885) | | 0 | | $0 | 300 | 300 | | ($7,935) |
| Terry, Stephen | | 300 | | ($8,368) | | (300) | | $2,127 | 300 | 0 | | ($6,241) |
| Larot, Dion | | 800 | | ($15,249) | | (700) | | $10,568 | 100 | 100 | | ($4,031) |
| Normantas, Justas | | 80 | | ($2,906) | | 0 | | $0 | 80 | 80 | | ($2,386) |
| **Total** | | **3,935** | | **($108,579)** | | **(2,600)** | | **$47,413** | **1,635** | **1,335** | | **($52,488)** |

*Average Closing Prices from June 6 to August 5