# EXHIBIT 5

# FEDERMAN & SHERWOOD
(An Association of Attorneys and Professional Corporations)

10205 N. PENNSYLVANIA AVENUE
OKLAHOMA CITY, OKLAHOMA 73120
TELEPHONE:  405-235-1560
FACSIMILE: 405-239-2112

212 W. SPRING VALLEY ROAD
RICHARDSON, TEXAS 75081
TELEPHONE:  214- 696-1100
FACSIMILE: 214-740-0112

## FIRM RESUME

**WILLIAM B. FEDERMAN.** _Education_:  Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982); Phi Alpha Delta (Treasurer, 1980-1982).    _Admitted to practice_: United States District Courts for the following Districts:  Western, Northern and Eastern, Oklahoma; Eastern and Southern, New York; Southern, Northern, Eastern and Western, Texas; Eastern and Western, Arkansas; District of Columbia; District of Colorado; Northern, Ohio; United States Court of Appeals for the following Circuits:  First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh and Federal; and United States Supreme Court. _Lectures/Publications_: _"Class Actions, New Rules and Data Breach Cases,"_ 40th _Annual OCBA Winter Seminar 2019; "A Case Study of Ethical Issues in Complex Litigation and Trends in Class Certification,"_ 39th Annual OCBA Winter Seminar, 2018; _"Talkin' About Insurance Coverage and Complex Litigation:  What Every Lawyer and Client Should Know,"_ 38th Annual OCBA Winter Seminar, 2017; "_Securities Litigation: Using Data to Make the Case,"_ by Bloomberg BNA, 2016; "_The Changing Landscape for Prosecution of Financial Claims Involving Insolvent Companies"_ 37th Annual OCBA Winter Seminar, 2016; _"Current Status of Securities Class Actions:  Where are the Courts Taking Us?"_ Houston Bar Association, 2014.  _"Class & Derivative Actions and Securities Litigation,"_ 2013 Annual Meeting of the American Bar Association; _"Litigation and Employment Law Update,"_ Securities Industry Association Compliance and Legal Division; "_Inside a Disclosure Crisis"_, 30th Annual Northwest Securities Institute Annual Meeting and sponsored by the Washington Bar Association; "_Managing Directors' Liability,"_ 3rd Annual Energy Industry Directors Conference and sponsored by Rice University; "_Executive Liability - 2009 D & O Market Trends,"_ Chartis Insurance; _"Derivative Actions and Protecting the Corporation – Critical Issues in Today's Banking,"_ Oklahoma Bar Association and the Oklahoma Bankers Association; _"Arbitration - What Is It? Why Should a Lawyer Suggest or Use It?,"_ Oklahoma Bar Association; _"The Attorney and Accountant as Targets in Failed Financial Institution Litigation,"_ American Bar Association Trial Practice Committee; _"Effective Arbitration in the 1990's - Adapting to Build a Successful Practice,"_ Oklahoma County Bar Association; _"Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From All Perspectives,"_ American Bar Association Litigation Section; _"Stockbroker Litigation and Arbitration,"_ Securities Arbitration Institute.  Author: _"Who's Minding the Store: The Corporate Attorney-Client Privilege,"_ 52 O.B.J. 1244, 1981; _"Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings,"_ 11 Sec. Reg. L.J. 135, 1983; _"Capitalism and Reality Meet in the Courts. . . Finally,"_ 59 O.B.J. 3537, 1987; _"Class Actions, New Rules & Data Breach Cases,"_ Annual OCBA Winter Seminar, 2019. _Member_:  Arbitration Panel, New York Stock Exchange; Federal Bar Association; Oklahoma County Bar Association (Committee on Professionalism, 1987-1990; Oklahoma Bar Association (Civil Procedure/Evidence Code, Lawyers Helping Lawyers Assistance Program and Rules of Professional Conduct Committees, 2017-2020); American Bar Association (Committee on Securities Litigation and Corporate Counsel); American Inns of Court (Barrister 1990-1993 and Master 2002-2004); inducted into the Outstanding Lawyers of America, 2003; received the Martindale-Hubbell peer review rating of AV Preeminent in both ethical standards and legal ability; recognized as one of the "Top Lawyers of 2013" for excellence and achievements in the legal community; Litigation Counsel of America (Trial Lawyer & Appellate Lawyer Honorary Society). _Awards/Honors_:  Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2018 (Global Law Experts Annual Awards); Securities Litigation and Arbitration Law Firm of the Year in Oklahoma – 2019 (Corporate INTL Magazine); Oklahoma Super Lawyers list by Thomson Reuters – 2019; Recognized for Exceptional Service and Outstanding

FEDERMAN & SHERWOOD
Page 2

Performance on behalf of the Federal Bar Association (Oklahoma City Chapter) Pro Bono Program – 2018-2019.

**STUART W. EMMONS. (In Memoriam)** *Education*: University of Oklahoma (J.D., 1987, with distinction); University of Oklahoma (B.B.A., Accounting, 1984, with distinction). *Admitted to practice*: 1987, Oklahoma; 1987, U.S. District Court for the Western District of Oklahoma; 1990, U.S. District Court for the Northern District of Oklahoma; 1992, U.S. Court of Appeals, Tenth Circuit; 1994, U.S. Court of Appeals, Eighth Circuit; U.S. Patent and Trademark Office; 2002, U.S. District Court for the District of Colorado; U.S. District Court for the Southern District of Texas; 2003, U.S. Court of Appeals, Second Circuit; 2004, U.S. District Court for the Northern District of Texas; U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court; 2005 U.S. Court of Appeals, Fourth Circuit; 2015, U.S. Court of Appeals, First Circuit; 2016, U.S. Court of Appeals, Ninth Circuit and U.S. Court of Appeals for the First Circuit. 1988-1989, Law Clerk to the Hon. Layn R. Phillips, U.S. District Court for the Western District of Oklahoma. *Published Decisions: American Fidelity Assurance Company v. The Bank of New York Mellon,* 810 F.3d 1234 (10th Cir. 2016); *Paul Spitzberg v. Houston American Energy Corporation, et al.*, 758 F.3d 676 (5th Cir. 2014); *Patipan Nakkhumpun v. Daniel J. Taylor, et al.,* 782 F.3d 1142 (10th Cir. 2015); *Member*: Oklahoma County and Oklahoma Bar Associations.

**SARA E. COLLIER.** *Education*: Oklahoma Christian University (B.S. 2000); Oklahoma City University School of Law (J.D. 2004). *Admitted to practice*: 2005, Oklahoma; 2005, U.S. District Courts for the Western, Eastern and Northern Districts of Oklahoma; 2007, U.S. District Court for the Southern District of Texas; and 2007, United States Court of Appeals for Veterans Claims in Washington, DC. Member: Oklahoma Bar Association, American Bar Association, Federal Bar Association, American Trial Lawyers' Association. *Languages*: French.

**EMILY J. SEIKEL.** *Education:* University of Pennsylvania (B.A. cum laude, 2002, Honors Program-Benjamin Franklin Scholar); University of Texas School of Law (J.D. 2006); Editor, Texas Review of Entertainment and Sports Law 2004-2005; Development Chair, Board of Directors, Texas Law Fellowships 2003-2005; Treasurer and Fundraiser, Public Interest Lawyers Association 2003-2004. Member, Oklahoma Bar Association. *Admitted to practice:* Oklahoma (2007), Texas (2010), U.S. District Courts for the Western District of Oklahoma, Northern and Western Districts of Texas. Member of the International Association of Privacy Professionals (IAPP).

**A. BROOKE MURPHY.** *Education*: Oklahoma City University (B.A. summa cum laude, 2005; Robert L. Jones Outstanding Senior Paper Award; Women's Leadership Award); University of Oklahoma College of Law (J.D. 2010, with honors; Dean's List; First Amendment Moot Court Team; Assistant Articles Editor of Oklahoma Law Review). *Admitted to practice*: Oklahoma, 2010; U.S. District Court for the Western District of Oklahoma, 2010; U.S. District Court for the Northern District of Texas, 2010; Tenth Circuit Court of Appeals, 2014; First Circuit Court of Appeals and Ninth Circuit Court of Appeals, 2016. *Published Decisions: Paul Spitzberg v. Houston American Energy Corporation, et al.*, 758 F.3d 676 (5th Cir. 2014); *Patipan Nakkhumpun v. Daniel J. Taylor, et al.,* 782 F.3d 1142 (10th Cir. 2015). *Publication*: *Credit Rating Immunity? How the Hands-Off Approach Toward Credit Rating Agencies Led to the Subprime Credit Crisis and the Need for Greater Accountability*, 62 Okla. L. Rev. 735 (2010). *Member*: Oklahoma Bar Association.

**CEDRIC C.M. BOND.** *Education*: Oklahoma City University (J.D., *summa cum laude¸* 2017; Editor in Chief, 2016–17, Excellence in Technical Editing Award, 2016, Okla. City U.L. Rev.; Outstanding Graduate; Dean's Legal Ethics Award; Nine CALI Awards, for highest grade in class, including Antitrust I, Legal Profession, Legal Research & Writing I & II, and Torts); Oklahoma City University (B.A. History, cum laude, 2014; Newman Civic Fellow). *Admitted to practice*: Supreme Court of Oklahoma, 2017; U.S. District Court for the Eastern District of Missouri and U.S. District Court for the Northern and

Western Districts of Oklahoma, and U.S. District Court for the Northern District of Texas, 2019. *Experience*: Staff Attorney, U.S. Court of Appeals for the Eighth Circuit, 2017–2019; Legal Intern, The Honorable Noma Gurich, Chief Justice, Supreme Court of Oklahoma, 2015; Research Assistant, The Honorable Robert H. Henry, Chief Judge (former), U.S. Court of Appeals for the Tenth Circuit, 2015–16. *Membership*: Oklahoma Bar Association; American Bar Association; Federal Bar Association; Scribes, The American Academy of Legal Writers. *Recognition*: Outstanding Senior Law Student, Oklahoma Bar Association.

## *OF COUNSEL:*

**JOHN CHARLES SHERWOOD.**  *Education*: Texas Christian University, (BBA, magna cum laude, 1981); Baylor School of Law (J.D., 1984).  *Areas of Practice*:  Litigation.  *Board Certified*: Civil Trial Law, Personal Injury Trial Law, Texas Board of Legal Specialization.  *Organizations*:  Texas Trial Lawyers, Association of Trial Lawyers of America, Dallas Trial Lawyers Association, Dallas Bar Association, Former Chairperson of the Solo and Small Firm Section of the Dallas Bar Association (1999), Member of the College of the State Bar of Texas, and founding President of Citizens For a Fair Judiciary (Political Action Committee).  *Licenses and Courts of Practice*: Member of the State Bar of Texas, National Board of Trial Advocacy, Licensed as a Certified Public Accountant by the Texas State Board of Public Accountancy, admitted to practice before the United States Tax Court, United States District Court, Northern District of Texas, United States Fifth Circuit Court of Appeals, and the United States Supreme Court.  *Papers Presented*: *Other People's Money,* Presented to the Dallas Bar Association, Solo and Small Firm Section; *Recognition*:  "Top Attorneys in Texas, Business Litigation," (2012).

**CARIN L. MARCUSSEN.**  *Education*: United States Air Force Academy (attended 1996-1997); Oklahoma State University (B.S., 2000); University of Oklahoma (J.D. *with honors*, 2003).  *Admitted to practice*: Supreme Court of Oklahoma, 2003; U. S. District Court for the Western District of Oklahoma, 2003; U.S. District Court for the Northern District of Oklahoma, 2004; U.S. District Court for the Eastern District of Oklahoma, 2005; U.S. Court of Appeals for the Tenth Circuit, 2006; U.S. Bankruptcy Court for the Western District of Oklahoma, 2012.  *Member*: Oklahoma Bar Association (Civil Procedure & Evidence Code Committee; Disaster Relief Committee). *Publication*:  Democracy for Sale:  The United States Supreme Court's Decision in Citizens United," *The Advocate*, Spring 2010.  *Honors*:  Marquis Who's Who of American Women, 2007; Pro Bono Award, Oklahoma County Bar Association, 2010; President's Award, Oklahoma Association for Justice, 2013; "Rising Star", *Oklahoma Super Lawyers*, 2008, 2009, 2011, 2013, 2014, 2015, 2017.

## *PARALEGALS:*

**NANCY G. BEATTY.**  Ms. Beatty has over thirty years of legal experience.  She primarily works on coordinating and administrating of class action product liability and other complex litigation.  Ms. Beatty has served on several professional advisory boards in Oklahoma and Tennessee.

**SHARON J. KING.**  Ms. King has worked in the legal community for over ten years, after having worked in the securities and insurance industry for over fifteen years.  She primarily works on insurance bad faith, personal injury, wrongful death and civil litigation.

**ROBIN K. HESTER.**  Ms. Hester has been a litigation legal assistant since 1983. Before joining Federman & Sherwood, Ms. Hester was a litigation case manager handling over 150 securities and civil litigation cases and managing 5 legal assistants.  She primarily works in securities and civil litigation, as well as providing technology support for the firm.

FEDERMAN & SHERWOOD
Page 4

**ALLICIA D. BOLTON**.  Ms. Bolton has worked in the legal profession since 2000.  She has experience in criminal defense, family law, probate, real estate and corporate law.  Ms. Bolton provides securities litigation support for our firm.

**FRANDELIND V. TRAYLOR.**  Ms. Traylor has worked in the legal community for over twelve years.  She attended the University of Central Oklahoma, where she majored in liberal arts and was on the Dean's Honor Roll.  She provides class action, securities litigation and product liability support for the firm.

**SELECT CASES WHERE FEDERMAN & SHERWOOD HAS SERVED AS LEAD OR CO-LEAD COUNSEL**

| SHAREHOLDER DERIVATIVE CASES | COURT |
|---|---|
| Abercrombie & Fitch Company | USDC Southern District of Ohio |
| American Superconductor Corporation | Superior Court – Commonwealth of Massachusetts |
| Antares Pharma, Inc. | USDC District of New Jersey |
| Carrier Access Corporation | USDC District of Colorado |
| Catalina Marketing Corporation | Chancery Court of the State of Delaware |
| Cell Therapeutics, Inc. | USDC Western District of Washington |
| Computer Associates | USDC Eastern District of New York |
| Delcath Systems, Inc. | USDC Southern District of New York |
| Dendreon Corporation | USDC Western District of Washington |
| Doral Financial Corporation | USDC Southern District of New York |
| Dynavax Technologies Corporation | Superior Court of the State of California; county of Alameda |
| First BanCorp. | USDC District of Puerto Rico |
| Flowers Foods, Inc. | USDC Middle District of Georgia |
| Genta, Inc. | USDC District of New Jersey |
| GMX Resources, Inc. | District Court of Oklahoma County, Oklahoma |
| Great Lakes Dredge & Dock Corporation | Circuit Court of Illinois – Dupage County Chancery Division |
| Motricity Inc. | USDC Western District of Washington |
| NutraCea | Superior Court of Maricopa County, Arizona |
| Nuverra Environmental Solutions, Inc. | Superior Court of Maricopa County, Arizona |
| Nyfix, Inc. | USDC District of Connecticut |
| OCA, Inc. | USDC Eastern District of Louisiana |
| ONEOK, Inc. | District Court of Tulsa County, Oklahoma |
| PainCareHoldings, Inc. | USDC Middle District of Florida |
| Spectrum Pharmaceuticals, Inc. | USDC District of Nevada |
| The Spectranetics Corporation | USDC District of Colorado |
| ValueClick, Inc. | USDC Central District of California |
| **SECURITIES CLASS ACTIONS** | |
| Amyris, Inc. | USDC, Northern District of California |
| Bellicum Pharmaceuticals, Inc. | USDC Southern District of Texas |
| Broadwind Energy, Inc. | USDC Northern District of Illinois |
| China Valves Technology, Inc. | USDC Southern District of New York |
| Cryo-Cell International, Inc. | USDC Middle District of Florida |
| Delta Petroleum, Inc. | USDC District of Colorado |
| Direxion Shares ETF Trust | USDC Southern District of New York |
| Ener1, Inc. | USDC Southern District of New York |
| Exide Technologies | USDC Central District of California |
| Galena Biopharma, Inc. | USDC, District of New Jersey |
| Houston American Energy Corp. | USDC Southern District of Texas |
| Image Innovations Holdings, Inc. | USDC Southern District of New York |
| IZEA, Inc. | USDC Central District of California |
| Motive, Inc. | USDC Western District of Texas |
| Quest Energy Partners LP | USDC Western District of Oklahoma |
| Secure Computing Corporation | USDC Northern District of California |
| Superconductor Technologies, Inc. | USDC Central District of California |
| UTi Worldwide, Inc. | USDC Central District of California |
| Unistar Financial Service Corp. | USDC Northern District of Texas |
| **MDL PROCEEDINGS** | |
| In re: Anthem, Inc. (Data Breach–Participating Counsel) | USDC, Northern District of California |
| In re: Equifax, Inc. (Data Breach–Participating Counsel) | USDC, Northern District of Georgia |
| In re: Farmers Insurance Co. | USDC Western District of Oklahoma |
| In re: Home Depot, Inc. (Executive Committee) | USDC Northern District of Georgia |
| In re: Premera Blue Cross (Data Breach–Participating Counsel) | USC, District of Oregon |
| In re: Samsung Electronics America, Inc. | USDC Western District of Oklahoma |
| In re: Sonic Corp. | USDC Northern District of Ohio |
| **DEAL CASES (MERGERS)** | |
| Easylink Services International Corp. | Superior Court of Gwinnett County, Georgia |
| Genon Energy, Inc. | Chancery Court of the State of Delaware |
| Lawson Software, Inc. | Chancery Court of the State of Delaware |
| Network Engines, Inc. | Chancery Court of the State of Delaware |
| Paetec Holding Corp. Shareholder Litig. | Chancery Court of the State of Delaware |
| Williams Pipeline Partners, L.P. | District Court of Tulsa County, Oklahoma |
| Xeta Technologies, Inc. | District Court of Tulsa County, Oklahoma |
| **ERISA LITIGATION** | |
| Winn-Dixie Stores | USDC Middle District of Florida |
| **CONSUMER CLASS ACTIONS** | |
| Brinker International, Inc. (Chili's) (Data Breach) | USDC Middle District of Florida |
| Bullseye Energy, Inc. (Pipeline) | USDC, Northern District of Oklahoma |
| Burgerville, LLC (Data Breach) | Circuit Court for the State of Oregon for Multnomah County |
| Dakota Growers Pasta Company, Inc. (Food mislabeling) | USDC District of Minnesota/District of New Jersey |
| Lime Crime, Inc. (Data Breach) | USDC Central District of California |

7/17/2019