# Exhibit 1

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| THOMAS SCUDERI, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, and MARK LAYTON,<br><br>   Defendants. | Case No. CIV-19-522-SLP |
| JUSTAS NORMANTAS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, and MARK LAYTON,<br><br>   Defendants. | Case No. CIV-19-560-SLP |

**DECLARATION OF JACOB A. WALKER IN SUPPORT OF**
**THE FURIA FAMILY'S MOTION FOR**
**(1) CONSOLIDATION OF CASES;**
**(2) APPOINTMENT AS LEAD PLAINTIFFS; AND**
**(3) APPOINTMENT OF LEAD AND LOCAL COUNSEL**
**AND BRIEF IN SUPPORT**

I, Jacob A. Walker, declare as follows:

1.      I am a partner at the law firm Block & Leviton LLP. I submit this declaration in support of the motion filed by the Furia Family for consolidation of the above-captioned cases, appointment as Lead Plaintiff, and approval of the selection of Block & Leviton LLP as Lead Counsel and Jones, Gotcher & Bogan P.C. as local counsel for the Class.

2.      Attached hereto are true and correct copies of the following exhibits:

| | |
|---|---|
| **Exhibit A** | Press Release: EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Mammoth Energy Services, Inc., June 7, 2019 (Business Wire) |
| **Exhibit B** | Certification of Daniel Furia |
| **Exhibit C** | Certification of Sharon Furia |
| **Exhibit D** | Certification of Vincent Furia |
| **Exhibit E** | Furia Family Summary Loss Charts |
| **Exhibit F** | Block & Leviton LLP Firm Resume |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on August 6, 2019 at Boston, Massachusetts.

s/ Jacob A. Walker
Jacob A. Walker

2

# Exhibit A

Case 5:19-cv-00522-J    Document 22-1    Filed 08/06/19    Page 5 of 48

EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Mammoth Energy Services, Inc. – TUSK | Business Wire    8/6/19, 10:53 AM



# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Mammoth Energy Services, Inc. – TUSK

June 07, 2019 05:04 PM Eastern Daylight Time

NEW YORK--(BUSINESS WIRE)--Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of Mammoth Energy Services, Inc. (NASDAQ: TUSK) from October 19, 2017 through June 5, 2019, inclusive (the "Class Period"). The lawsuit seeks to recover damages for Mammoth investors under the federal securities laws.

To join the Mammoth class action, go to https://www.rosenlegal.com/cases-register-1587.html or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or cases@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) Mammoth's subsidiary, Cobra, improperly obtained two infrastructure contracts with PREPA that totaled over $1.8 billion; (2) specifically, the contracts were awarded as the result of improper steering and not a competitive RFP process; and (3) as a result, Defendants' statements about Mammoth's business, operations and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than August 6, 2019. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://www.rosenlegal.com/cases-register-1587.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or cases@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm or on Facebook: https://www.facebook.com/rosenlawfirm.

EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against Mammoth Energy Services, Inc. – TUSK | Business Wire

8/6/19, 10:53 AM

Case 5:19-cv-00522-J    Document 22-1    Filed 08/06/19    Page 6 of 48

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has secured hundreds of millions of dollars for investors.

## Contacts

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 34th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

cases@rosenlegal.com

www.rosenlegal.com

## Social Media Profiles

Rosen Law Firm on Twitter

Rosen Law Firm on LinkedIn

# Exhibit B

# PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

I, **Daniel D. Furia**, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the complaint on file in this action regarding **Mammoth Energy Services, Inc.** (the "Company") and authorize the filing of a complaint on my behalf.

2. I did not purchase the securities which are the subject of the complaint at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

3. My transactions in the Company's securities during the Class Period are set out in the attached Schedule A.

4. I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

5. During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

I certify under penalty of perjury that the foregoing is true and correct. Executed on

__6/3/19__ at the City/Town/Village of __Clifton__ in the State of __NJ__.

_____
**Daniel D. Furia**

**Schedule A**

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share |
|---|---|---|---|
| 11/15/17 | Buy | 3000 | 17.9747 |
| 11/15/17 | Buy | 2000 | 17.50 |
| 6/27/18 | Buy | 1500 | 36.329 |
| 6/27/18 | Buy | 1100 | 36.329 |
| 6/27/18 | Buy | 100 | 36.329 |
| 6/27/18 | Buy | 1000 | 36.329 |
| 6/27/18 | Buy | 249 | 36.33 |
| 6/27/18 | Buy | 800 | 36.329 |
| 6/27/18 | Buy | 200 | 36.329 |
| 6/27/18 | Buy | 51 | 36.33 |
| 6/27/18 | Buy | 200 | 35.50 |
| 6/28/18 | Buy | 100 | 35.00 |
| 6/28/18 | Buy | 2700 | 35.00 |
| 6/28/18 | Buy | 833 | 35.00 |
| 6/28/18 | Buy | 435 | 35.00 |
| 6/28/18 | Buy | 366 | 35.00 |
| 6/28/18 | Buy | 366 | 35.00 |
| 7/2/18 | Buy | 50 | 34.01 |
| 7/2/18 | Buy | 50 | 34.00 |
| 7/2/18 | Buy | 100 | 34.01 |
| 7/2/18 | Buy | 100 | 34.02 |
| 7/2/18 | Buy | 100 | 34.02 |
| 7/2/18 | Buy | 100 | 34.006 |
| 7/2/18 | Buy | 100 | 34.02 |
| 7/2/18 | Buy | 300 | 34.02 |
| 7/2/18 | Buy | 100 | 34.01 |
| 7/2/18 | Buy | 100 | 34.02 |
| 7/2/18 | Buy | 1200 | 34.0232 |
| 7/2/18 | Buy | 2600 | 34.0232 |
| 7/2/18 | Buy | 100 | 34.02 |
| 7/3/18 | Buy | 96 | 34.50 |
| 7/3/18 | Buy | 200 | 34.50 |
| 7/3/18 | Buy | 199 | 34.50 |
| 7/3/18 | Buy | 200 | 34.50 |
| 7/3/18 | Buy | 50 | 34.50 |
| 7/3/18 | Buy | 200 | 34.50 |
| 7/3/18 | Buy | 200 | 34.50 |
| 7/3/18 | Buy | 37 | 34.50 |
| 7/3/18 | Buy | 63 | 34.50 |
| 7/3/18 | Buy | 200 | 34.50 |
| 7/3/18 | Buy | 3555 | 34.50 |
| 8/27/18 | Buy | 200 | 29.80 |
| 8/27/18 | Buy | 1 | 29.80 |
| 8/27/18 | Buy | 1 | 29.80 |
| 8/27/18 | Buy | 618 | 29.90 |
| 8/27/18 | Buy | 6680 | 29.90 |
| 8/27/18 | Buy | 2500 | 29.90 |

# Exhibit C

**PLAINTIFF'S CERTIFICATION OF SECURITIES
FRAUD CLASS ACTION COMPLAINT**

I, **Sharon Furia,** hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.  I have reviewed the complaint on file in this action regarding **Mammoth Energy Services, Inc.** (the "Company") and authorize the filing of a complaint on my behalf.

2.  I did not purchase the securities which are the subject of the complaint at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

3.  My transactions in the Company's securities during the Class Period are set out in the attached Schedule A.

4.  I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

5.  During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

6.  I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

I certify under penalty of perjury that the foregoing is true and correct. Executed on

06 / 17 / 2019
_____ at the City/Town/Village of _Flanders_____ in the State of _NJ_____.

_____
**Sharon Furia**

Doc ID: 355821cdfda155f98c09bcb0eecc34bf66470f54

## SCHEDULE A

**Account #1**

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share |
|---|---|---|---|
| 6/28/2018 | Buy | 400 | $35.70 |
| 7/9/2018 | Buy | 100 | $37.90 |
| 7/12/2018 | Buy | 100 | $35.25 |
| 8/31/2018 | Buy | 200 | $28.45 |
| 2/15/2019 | Buy | 4.316 | $23.1717 |
| 3/28/2019 | Buy | 50 | $16.50 |
| 5/20/2019 | Buy | 7.691 | $13.885 |

**Account #2**

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share |
|---|---|---|---|
| 7/11/2018 | Buy | 400 | $37.00 |
| 7/12/2018 | Buy | 200 | $35.61 |
| 8/31/2018 | Buy | 600 | $27.40 |
| 10/12/2018 | Buy | 200 | $27.75 |
| 11/2/2018 | Buy | 200 | $25.15 |
| 3/8/2019 | Buy | 200 | $20.50 |

# Exhibit D

## PLAINTIFF'S CERTIFICATION OF SECURITIES
## FRAUD CLASS ACTION COMPLAINT

I, **Vincent Furia,** hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.  I have reviewed the complaint on file in this action regarding **Mammoth Energy Services, Inc.** (the "Company") and authorize the filing of a complaint on my behalf.

2.  I did not purchase the securities which are the subject of the complaint at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.

3.  My transactions in the Company's securities during the Class Period are as follows:

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share |
|------|------------------------------|--------------------|-----------------|
| 11/16/2017 | Buy | 525 | 17.9742 |
| 01/25/2018 | Buy | 200 | 23.812 |
| 03/26/2018 | Buy | 300 | 30.32 |
| 06/28/2018 | Buy | 849 | 36.29 |
| 06/28/2018 | Buy | 151 | 36.29 |
| 07/02/2018 | Buy | 550 | 34.3277 |
| 09/12/2018 | Buy | 160 | 28.15 |

4.  I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

5.  During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

6.  I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

I certify under penalty of perjury that the foregoing is true and correct. Executed on

_____6/8/19_____ at the City/Town/Village of __Clifton__ in the State of __N.J.__.

_Vincent Furia_
**Vincent Furia**

# Exhibit E

# Furia Family Loss Summary

| Member | Total Shares Purchased During Class Period | Net Shares Purchased During Class Period | Net Funds Expended During Class Period | Approximate Losses |
|---|---|---|---|---|
| Daniel Furia | 35,000 | 35,000 | $1,087,256.46 | $859,731.46 |
| Sharon Furia | 2,662 | 2,662 | $81,358.82 | $64,294.45 |
| Vincent Furia | 2,735 | 2,735 | $82,969.09 | $65,189.63 |
| **Total** | **40,397** | **40,397** | **$1,251,584.37** | **$989,215.54** |

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 10/19/2017 |
| Dan Furia | Class Period End: 06/05/2019 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 06/06/2019 |
| Security: 56155L108 | Lookback Period End: 09/04/2019 |
| Class Period: October 19,2017 - June 05,2019 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 6.50 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0.0000 | 0.00 | | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | 0.0000 | 0.00 | | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 08/27/2018 | 200.0000 | 29.80 | 5,960.00 | | | | | | 200.0000 | (4,659.85) |
| Purchase | 08/27/2018 | 1.0000 | 29.80 | 29.80 | | | | | | 1.0000 | (23.29) |
| Purchase | 08/27/2018 | 1.0000 | 29.80 | 29.80 | | | | | | 1.0000 | (23.29) |
| Purchase | 08/27/2018 | 618.0000 | 29.90 | 18,478.20 | | | | | | 618.0000 | (14,460.75) |
| Purchase | 08/27/2018 | 6,680.0000 | 29.90 | 199,732.00 | | | | | | 6,680.0000 | (156,307.22) |
| Purchase | 08/27/2018 | 2,500.0000 | 29.90 | 74,750.00 | | | | | | 2,500.0000 | (58,498.21) |
| Purchase | 07/03/2018 | 96.0000 | 34.50 | 3,312.00 | | | | | | 96.0000 | (2,687.93) |
| Purchase | 07/03/2018 | 200.0000 | 34.50 | 6,900.00 | | | | | | 200.0000 | (5,599.85) |
| Purchase | 07/03/2018 | 199.0000 | 34.50 | 6,865.50 | | | | | | 199.0000 | (5,571.85) |
| Purchase | 07/03/2018 | 200.0000 | 34.50 | 6,900.00 | | | | | | 200.0000 | (5,599.85) |
| Purchase | 07/03/2018 | 50.0000 | 34.50 | 1,725.00 | | | | | | 50.0000 | (1,399.96) |
| Purchase | 07/03/2018 | 200.0000 | 34.50 | 6,900.00 | | | | | | 200.0000 | (5,599.85) |
| Purchase | 07/03/2018 | 200.0000 | 34.50 | 6,900.00 | | | | | | 200.0000 | (5,599.85) |
| Purchase | 07/03/2018 | 37.0000 | 34.50 | 1,276.50 | | | | | | 37.0000 | (1,035.97) |
| Purchase | 07/03/2018 | 63.0000 | 34.50 | 2,173.50 | | | | | | 63.0000 | (1,763.95) |
| Purchase | 07/03/2018 | 200.0000 | 34.50 | 6,900.00 | | | | | | 200.0000 | (5,599.85) |
| Purchase | 07/03/2018 | 3,555.0000 | 34.50 | 122,647.50 | | | | | | 3,555.0000 | (99,537.46) |
| Purchase | 07/02/2018 | 50.0000 | 34.00 | 1,700.00 | | | | | | 50.0000 | (1,374.96) |
| Purchase | 07/02/2018 | 100.0000 | 34.00 | 3,400.60 | | | | | | 100.0000 | (2,750.52) |
| Purchase | 07/02/2018 | 50.0000 | 34.01 | 1,700.50 | | | | | | 50.0000 | (1,375.46) |
| Purchase | 07/02/2018 | 100.0000 | 34.01 | 3,401.00 | | | | | | 100.0000 | (2,750.92) |
| Purchase | 07/02/2018 | 100.0000 | 34.01 | 3,401.00 | | | | | | 100.0000 | (2,750.92) |
| Purchase | 07/02/2018 | 100.0000 | 34.02 | 3,402.00 | | | | | | 100.0000 | (2,751.92) |
| Purchase | 07/02/2018 | 100.0000 | 34.02 | 3,402.00 | | | | | | 100.0000 | (2,751.92) |
| Purchase | 07/02/2018 | 100.0000 | 34.02 | 3,402.00 | | | | | | 100.0000 | (2,751.92) |
| Purchase | 07/02/2018 | 300.0000 | 34.02 | 10,206.00 | | | | | | 300.0000 | (8,255.78) |
| Purchase | 07/02/2018 | 100.0000 | 34.02 | 3,402.00 | | | | | | 100.0000 | (2,751.92) |
| Purchase | 07/02/2018 | 100.0000 | 34.02 | 3,402.00 | | | | | | 100.0000 | (2,751.92) |
| Purchase | 07/02/2018 | 1,200.0000 | 34.02 | 40,827.84 | | | | | | 1,200.0000 | (33,026.98) |
| Purchase | 07/02/2018 | 2,600.0000 | 34.02 | 88,460.32 | | | | | | 2,600.0000 | (71,558.46) |
| Purchase | 06/28/2018 | 100.0000 | 35.00 | 3,500.00 | | | | | | 100.0000 | (2,849.92) |
| Purchase | 06/28/2018 | 2,700.0000 | 35.00 | 94,500.00 | | | | | | 2,700.0000 | (76,948.07) |
| Purchase | 06/28/2018 | 833.0000 | 35.00 | 29,155.00 | | | | | | 833.0000 | (23,739.90) |
| Purchase | 06/28/2018 | 435.0000 | 35.00 | 15,225.00 | | | | | | 435.0000 | (12,397.18) |
| Purchase | 06/28/2018 | 366.0000 | 35.00 | 12,810.00 | | | | | | 366.0000 | (10,430.73) |
| Purchase | 06/28/2018 | 366.0000 | 35.00 | 12,810.00 | | | | | | 366.0000 | (10,430.73) |
| Purchase | 06/27/2018 | 200.0000 | 35.50 | 7,100.00 | | | | | | 200.0000 | (5,799.85) |
| Purchase | 06/27/2018 | 1,500.0000 | 36.32 | 54,493.50 | | | | | | 1,500.0000 | (44,742.42) |
| Purchase | 06/27/2018 | 1,100.0000 | 36.32 | 39,961.90 | | | | | | 1,100.0000 | (32,811.11) |
| Purchase | 06/27/2018 | 100.0000 | 36.32 | 3,632.90 | | | | | | 100.0000 | (2,982.82) |
| Purchase | 06/27/2018 | 1,000.0000 | 36.32 | 36,329.00 | | | | | | 1,000.0000 | (29,828.28) |
| Purchase | 06/27/2018 | 800.0000 | 36.32 | 29,063.20 | | | | | | 800.0000 | (23,862.62) |
| Purchase | 06/27/2018 | 200.0000 | 36.32 | 7,265.80 | | | | | | 200.0000 | (5,965.65) |
| Purchase | 06/27/2018 | 249.0000 | 36.33 | 9,046.17 | | | | | | 249.0000 | (7,427.49) |
| Purchase | 06/27/2018 | 51.0000 | 36.33 | 1,852.83 | | | | | | 51.0000 | (1,521.29) |
| Purchase | 11/15/2017 | 2,000.0000 | 17.50 | 35,000.00 | | | | | | 2,000.0000 | (21,998.57) |
| Purchase | 11/15/2017 | 3,000.0000 | 17.97 | 53,924.10 | | | | | | 3,000.0000 | (34,421.95) |
| | | | | | | | | | | | |
| **2C. Total** | | **35,000.0000** | | **1,087,256.46** | | | **0.000** | | **$0.00** | **35,000.0000** | **(859,731.46)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Total | | 35,000.0000 | | 1,087,256.46 | | | 0.0000 | | 0.00 | 35,000.0000 | (859,731.46) |
| Grand Total | | 35,000.0000 | | 1,087,256.46 | | | 0.0000 | | 0.00 | 35,000.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(859,731.46)** |

**Loss Methodology:**

1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.

**LIFO Loss Chart Report**

| | |
|---|---|
| Sharon Furia (Mammoth3) | Class Period Beginning: 10/19/2017 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Class Period End: 06/05/2019 |
| Security: 56155L108 | Lookback Period Beginning: 06/06/2019 |
| Class Period: October 19,2017 - June 05,2019 | Lookback Period End: 09/04/2019 |
| Currency: USD | Days in Lookback Period: 90 |
| | Lookback Period Average Closing Price: 6.50 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0.0000 | | | | | | | 0.0000 | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0.0000 | | 0.00 | | | 0.0000 | | 0.00 | 0.00 | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| Purchase | 05/20/2019 | 7.6910 | 13.89 | 106.82 | Sale | 06/06/2019 | 7.6910 | 6.20 | 47.68 | 0.0000 | (59.14) |
| Purchase | 03/28/2019 | 50.0000 | 16.50 | 825.00 | Sale | 06/06/2019 | 50.0000 | 6.20 | 310.00 | 0.0000 | (515.00) |
| Purchase | 03/08/2019 | 200.0000 | 20.50 | 4,100.00 | Sale | 06/06/2019 | 200.0000 | 6.20 | 1,240.00 | 0.0000 | (2,860.00) |
| Purchase | 02/15/2019 | 4.3160 | 23.17 | 100.00 | Sale | 06/06/2019 | 4.3160 | 6.20 | 26.75 | 0.0000 | (73.24) |
| Purchase | 11/02/2018 | 200.0000 | 25.15 | 5,030.00 | Sale | 06/06/2019 | 200.0000 | 6.20 | 1,240.00 | 0.0000 | (3,790.00) |
| Purchase | 10/12/2018 | 200.0000 | 27.75 | 5,550.00 | Sale | 06/06/2019 | 200.0000 | 6.20 | 1,240.00 | 0.0000 | (4,310.00) |
| Purchase | 08/31/2018 | 137.9930 | 27.40 | 3,781.00 | Sale | 06/06/2019 | 137.9930 | 6.20 | 855.55 | 0.0000 | (2,925.45) |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2B. Total** | | **800.0000** | | **19,492.83** | | | **800.0000** | | **4,960.00** | **0.00** | **(14,532.83)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 08/31/2018 | 462.0070 | 27.40 | 12,658.99 | | | | | | 462.0070 | (9,655.61) |
| Purchase | 08/31/2018 | 200.0000 | 28.45 | 5,690.00 | | | | | | 200.0000 | (4,389.85) |
| Purchase | 07/12/2018 | 100.0000 | 35.25 | 3,525.00 | | | | | | 100.0000 | (2,874.92) |
| Purchase | 07/12/2018 | 200.0000 | 35.61 | 7,122.00 | | | | | | 200.0000 | (5,821.85) |
| Purchase | 07/11/2018 | 400.0000 | 37.00 | 14,800.00 | | | | | | 400.0000 | (12,199.71) |
| Purchase | 07/09/2018 | 100.0000 | 37.90 | 3,790.00 | | | | | | 100.0000 | (3,139.92) |
| Purchase | 06/28/2018 | 400.0000 | 35.70 | 14,280.00 | | | | | | 400.0000 | (11,679.71) |
| **2C. Total** | | **1,862.0070** | | **61,865.99** | | | **0.000** | | **$0.00** | **1,862.0070** | **(49,761.61)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 2,662.0070 | | 81,358.82 | | | 800.0000 | | 4,960.00 | 1,862.0070 | (64,294.45) |
| Grand Total | | 2,662.0070 | | 81,358.82 | | | 800.0000 | | 4,960.00 | 1,862.0070 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(64,294.45)** |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg. Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 10/19/2017 |
| Vincent Furia | Class Period End: 06/05/2019 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 06/06/2019 |
| Security: 56155L108 | Lookback Period End: 09/04/2019 |
| Class Period: October 19,2017 - June 05,2019 | Days in Lookback Period:  90 |
| Currency: USD | Lookback Period Average Closing Price: 6.50 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0.0000 | | | | | 0.0000 | 0.00 | 0.00 | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0.0000 | | | | | 0.0000 | 0.00 | 0.00 | | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| **2A. Total** | | 0.0000 | 0.00 | | | | 0.0000 | 0.00 | 0.00 | | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | 0.0000 | 0.00 | | | | 0.0000 | 0.00 | 0.00 | | 0.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| | | | | | | | | | | | |
| Purchase | 09/12/2018 | 160.0000 | 28.15 | 4,504.00 | | | | | | 160.0000 | (3,463.88) |
| Purchase | 07/02/2018 | 550.0000 | 34.32 | 18,880.23 | | | | | | 550.0000 | (15,304.84) |
| Purchase | 06/28/2018 | 849.0000 | 36.29 | 30,810.21 | | | | | | 849.0000 | (25,291.10) |
| Purchase | 06/28/2018 | 151.0000 | 36.29 | 5,479.79 | | | | | | 151.0000 | (4,498.18) |
| Purchase | 03/26/2018 | 300.0000 | 30.32 | 9,096.00 | | | | | | 300.0000 | (7,145.78) |
| Purchase | 01/25/2018 | 200.0000 | 23.81 | 4,762.40 | | | | | | 200.0000 | (3,462.25) |
| Purchase | 11/16/2017 | 525.0000 | 17.97 | 9,436.45 | | | | | | 525.0000 | (6,023.58) |
| | | | | | | | | | | | |
| **2C. Total** | | **2,735.0000** | | **82,969.09** | | | **0.000** | | **$0.00** | **2,735.0000** | **(65,189.63)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @09/04/19 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| Class Period Total | | 2,735.0000 | | 82,969.09 | | | 0.0000 | | 0.00 | 2,735.0000 | (65,189.63) |
| Grand Total | | 2,735.0000 | | 82,969.09 | | | 0.0000 | | 0.00 | 2,735.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(65,189.63)** |

**Loss Methodology:**
1934 Act, Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg. Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.

# Exhibit F

# BLOCK & LEVITON LLP

260 Franklin Street, Suite 1860 | Boston, MA 02110
100 Pine Street, Suite 1250 | San Francisco, CA 94111
1735 20th St NW | Washington, DC 20009

T. (617) 398-5600 | F. (617) 507-6020

**www.blockesq.com**



**BLOCK & LEVITON LLP**

### FIGHT FOR A LEVEL PLAYING FIELD.

Block & Leviton believes investors, pensioners, consumers and employees deserve an advocate who will take a stand to protect their rights. We value our role not only in recovering our clients' immediate losses, but in protecting their long-term interests by helping to shape corporate policy. We genuinely enjoy our work, which each day offers an opportunity to tackle novel problems and unique challenges in a continuously evolving economy. We concur with Aristotle's observation that pleasure in the job puts perfection in the work. We believe this is reflected in our track record, which includes our ability to take a case to trial and win, as well as our appointment as lead or co-lead counsel in many dozens of high profile matters, including:

*In re BP Securities Litig.*, Case No. 4:10-MD-02185 (S.D. Tex.) (settled for $175 million), *In re Google Class C Shareholder Litig.*, Case No. 7469-CS (Del. Ch.) (settled for $522 million), *In re Thalomid & Revlimid Antitrust Litig.,* No. 14-cv-6997 (D.N.J.) ($55 million settlement pending court approval), *In re Drywall Antirust Litig.,* Case No. 13-md-02437 (E.D. Pa.) (settled for approximately $17 million), *In re Volkswagen "Clean Diesel" Marketing, Sales Practices and Products Liability Litig.*, Case No. 3:15-md- 02672 (N.D. Cal.) (settlement valued at approximately $15 billion), *Pfeifer v. Wawa,* Case No. 2:16-cv-00497 (E.D. Pa.) ($25 million settlement in ESOP litigation), and *Allman v. American Airlines, Inc. Pilot Retirement Program Variable Income Plan, et al.,* Case No. 14-cv-10138-IT (D. Mass) (settlement provided 100% of damages to servicemembers).

Our attorneys have successfully recovered billions for our clients and class members and have done so even under adverse conditions, including successfully litigating against bankrupt and foreign-based corporations.

### DEFY CONVENTION.

Instrumental to our philosophy is the willingness to embrace new ways of seeing, and solving, our clients' problems. For example, we challenged Google Inc.'s plan to issue a new class of non-voting stock that threatened to diminish the value of minority investors' holdings in the company. With trial set to begin in less than two days, Block & Leviton brokered a settlement with Google Inc. and its directors that provided for a forwardlooking payment ladder (valued at up to $7.5 billion) to protect minority investors against future diminution in their stock value. As a result of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015. Appreciation of the fact that each of our clients has a unique viewpoint allows us to tailor our advice and representation accordingly to achieve superior results, and to do so with maximum efficiency.

### SURROUND YOURSELF WITH THE BEST.

The Firm credits its success to its entire team of extremely talented, dedicated attorneys, the majority of whom have significant litigation experience. An in-depth curriculum vitae highlighting each attorney's areas of expertise, unique experience, recognition in the field and education credentials follows.



## JEFFREY C. BLOCK
*Partner*

 jeff@blockesq.com

### EDUCATION
- Brooklyn Law School, J.D., *cum laude* 1986
- State University of New York, B.A., Political Science, *cum laude* 1983

### BAR ADMISSIONS
- New York
- Massachusetts

### COURT ADMISSIONS
- United States Supreme Court
- First, Second, Third, Ninth, and Eleventh Circuit Courts of Appeal
- D. Mass.
- S.D.N.Y. and E.D.N.Y.

### PUBLICATIONS | SPEAKING EVENTS
- ALI-ABA Conference for Insurance and Financial Services Industry Litigation, July 2009, Lecturer and Panelist
- Damages in Securities Litigation, sponsored by Law Seminars International at the Harvard Club, Panelist
- Litigation to Remedy Meltdown Damages: What Can Be Gained?, Harvard Law School's Capital Matters Conference, Speaker
- Guest commentator on NBC
- International Strategies Recoveries for Foreign Investments, Post Morrison, San Francisco Bar Association, Panel Moderator

Jeffrey Block is a co-founding partner of Block & Leviton. With a career spanning thirty years, Jeff is recognized as one of the nation's preeminent class action attorneys and is recognize as a "Super Lawyer" by Massachusetts Super Lawyers. Jeff was one of the lead attorneys representing the Ohio Public Employees Retirement System in *In re BP Sec. Litig.*, No. 4:10-MD-02185 (S.D. Tex.), charging that BP misled investors as to the amount of oil leaking from the Macondo well after the explosion aboard the Deepwater Horizon oil rig in the Gulf of Mexico in 2010. Jeff, on behalf of the plaintiffs, successfully argued against defendants' motions to dismiss, in favor of class certification, in opposition to summary judgment, and helped secure a settlement of $175 million for the class, which represents more than 60% of the class' actual losses. Jeff also represented the Brockton Retirement System in an action challenging Google's attempt to split its stock into voting and non-voting shares. *See In re Google, Inc. Class C S'holder Litig.*, Case No. 7469-CS (Del. Ch. Ct.). Two days before the start of trial, the action settled for significant corporate governance changes and a payment ladder valued up to $7.5 billion, which was designed to protect shareholders against any diminution in the value of their shares during the first year of trading. Because of the payment ladder, shareholders ultimately recovered $522 million in cash and stock in May 2015.

In addition, Jeff represents some of the country's largest institutional investors, including the Massachusetts Pension Reserves Investment Management Board (PRIM), the Ohio Public Employees Retirement System, the Ohio State Teachers Retirement System, the Washington State Investment Board, the New Mexico Educational Retirement Board, the New Mexico Public Employees Retirement System, the New Mexico State Investment Council and the Oklahoma Police Pension and Retirement System.

Some of the major class actions that Jeff has either led, or played a significant role in, include: *In re First Executive Corp. Securities Litig.*, 89-cv-7135 (C.D. Cal.) (settled for $100 million); *In re Xerox Corp. Sec. Litig.*, 3:00-cv- 01621 (D. Co11nn.) (settled for $750 million); *In re Bristol Myers Squibb Sec. Litig.*, 02-cv-2251 (S.D.N.Y.) (settled for $300 million); *In re Lernout & Hauspie Sec. Litig.*, 1:00-cv-11589 (D. Mass.) (settled for $180 million); *In re Symbol Technologies Sec. Litig.*, 2:02-cv-1383 (E.D.N.Y.) (settled for $127 million); *In re Prison Realty Corp. Sec. Litig.*, 3:99-cv-0452 (M.D. Tenn.) (settled for over $100 million); *In re Philip Services Corp. Sec. Litig.*, 98-cv-835 (S.D.N.Y.) (settled for $79.75 million); *In re American Home Mortgage Sec. Litig.*, 07-MD-1898 (E.D.N.Y.) (settled for $50.5 million); *In re Force Protection Sec. Litig.*, 2:08-cv-845 (D.S.C.) ($24 million settlement); *In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.) ($5.5 million settlement).

Jeff has a proven record of overcoming significant challenges to obtain substantial recoveries on behalf of his clients. For example, in the Philip Services securities litigation, Jeff persuaded the United States Court of Appeals for the Second Circuit to reverse the District Court's dismissal of the action on the grounds of forum non conveniens. *See Dirienzo v. Philip Services Corp.*, 294 F.3d 21 (2d. Cir. 2002).

Upon reversal, Jeff led the team of attorneys in taking more than 40 depositions and, upon the eve of trial, the action settled for $79.50 million, among the largest recoveries ever in a securities action from a Canadian accounting firm. Jeff's skills were discussed in great lengths by the court, specifically noting that counsel:



> pursued this fact-intensive and legally complex litigation vigorously over a nine-year period, rejected offers of settlement for amounts inferior to the amounts upon which the parties ultimately agreed, and assumed significant risks of non-recovery. Co-Lead Counsel had to overcome the disclaimers and uncertainties of insurance coverage, and vigorous advocacy of extremely able and deeply-staffed defense counsel. … And **they did their work efficiently, with minimal duplication, and maximum effectiveness.**

**I was careful to choose attorneys who have great ability [and] great reputation… And I think you've undertaken the representation of these people, you've done an excellent job, you've reached a settlement that I think is fair and in their benefit .**

### Honorable C. Weston Houck

*In re Force Protection Sec. Litig., 2:08-cv-845 CWH (D.S.C.)*
($24 million settlement)

*In re Philip Servs. Corp. Sec. Litig.*, 2007 U.S. Dist. LEXIS 101427, 13-14 (S.D.N.Y. Mar. 27, 2007) (Honorable Alvin K. Hellerstein). Similarly, in *Lernout & Hauspie Sec. Litig.*, Jeff was the lead attorney in securing over $180 million for defrauded investors. The action involved an accounting fraud of a company headquartered in both the United States and Belgium.

Recently, Jeff led a team of litigators, private investigators and a forensic accountant through a complex accounting fraud case. Jeff settled the case on terms extremely beneficial to the class, as recognized by the court. *See In re Swisher Hygiene, Inc., Securities and Derivative Litig.*, 3:12-md-2384 GCM (W.D.N.C.).



# JASON M. LEVITON

*Partner*

 jason@blockesq.com

## EDUCATION

- Georgetown University Law Center, LL.M., Securities and Financial Regulations - Dean's Award (1 of 6)
- Gonzaga University School of Law, J.D., *cum laude*, Moot Court Council, International Law Review
- Gonzaga University, B.A., Philosophy and Political Science

## BAR ADMISSIONS

- Massachusetts
- District of Columbia
- Washington (voluntarily inactive)
- Florida (voluntarily inactive)

## COURT ADMISSIONS

- First Circuit Court of Appeals
- D. Mass.
- D. D.C.
- W.D. Wash.

## PUBLICATIONS | SPEAKING EVENTS

- Guest on Rights Radio
- Law360 Securities Law Editorial Advisory Board
- SEC Litigation Release No. 18638, primary author
- Contributor, After the Ball is Over: Investor Remedies in the Wake of the Dot-Com Crash and Recent Scandals, Nebraska Law Review,
- 2005
- Speaker at Georgetown University Law Center on prosecution of securities class action lawsuits
- Presenter at Business Law Symposium entitled Shareholder Rights: An Idea Whose Time has Come, November 2013
- Presenter at National Conference on Public Employee Retirement Systems

Jason is a co-founding partner of Block & Leviton and focuses his practice on investor protection and shareholder rights matters. He serves as Co-Chair of the Firm's New Case Investigation and Monitoring Team and Chair of the Merger and Acquisition/Deal Litigation Team.

In 2011 and each year thereafter, Jason was named either a "Super Lawyer" or "Rising Star" by Massachusetts Super Lawyers, an honor given to only 3% and 5% of all lawyers, respectively. Jason also has a Martindale-Hubbell AV Preeminent Rating, the highest rating possible. In 2014, Jason was named as a Top 100 Trial Lawyer by the National Trial Lawyer Association. After receiving his law degree from Gonzaga University School of Law, *cum laude*, Jason attended the Georgetown University Law Center and received a Master of Laws (LL.M.) in Securities and Financial Regulation (Dean's Award, 1 of 6). During that time, he was the inaugural LL.M. student selected for an externship with the S.E.C., Enforcement Division. Jason is now a member of the Association of Securities and Exchange Commission Alumni.

Jason has focused his practice on claims alleging breaches of fiduciary duty against officers and directors of publicly traded companies. Indeed, in just the last few years alone, his litigation efforts have led to hundreds of millions of dollars being returned to aggrieved stockholders. More specifically, Jason served as lead or co-lead counsel in the following breach of fiduciary duty actions: *In re Plains Exploration & Production Co. Stockholder Litig.*, Case No. 8090-VCN (Del. Ch.) (litigation led to an increase of approximately $400 million to the original merger amount); *In re Onyx Pharmaceuticals Inc. Shareholder Litigation*, Case No. CIV523789 (Cal. Sup. Ct) (settled for $30 million; at the time, the largest M&A class action in California state court history); *In re Handy & Harman, Ltd., S'holders Litig.*, Case No. 2017-0882-TMR (Del. Ch.) (settled for $30 million, making it one of the largest sell-side premiums ever achieved for stockholders through Delaware litigation; pending court approval); *In re Rentrak Shareholders Litig.,* Case No. 15CV27429 (Ore. Sup.) ($19 million settlement and with the related action, $23.75 million; the largest Oregon M&A settlement); and *In re Cybex Int'l Shareholders Litig.,* Case No. 653794/2012 (N.Y. Sup. Ct) (settlement involved substantial dividend payment to shareholders).

Moreover, Jason served as lead counsel in an action to invalidate certain provisions in three companies' certificates of incorporation that limited the forum in which investors could file suit under the Securities Act of 1933. See *Sciabucucchi v. Salzberg,* C.A. no. 2017-0931-JTL (Del. Ch. Dec. 19, 2018). The Court's opinion was described by Reuters as a "Delaware death blow" to mandatory arbitration.

In addition to his class action experiences, Jason has litigated other forms of complex litigation. For instance, he worked with a former State of New York Attorney General in the defense of an attorney accused of insider trading, which included a criminal referral to the United States Department of Justice.

He was also heavily involved in the representation of four detainees being held at the Guantánamo Bay Naval Station in Cuba. Moreover, Jason has represented former employee whistleblowers before the S.E.C. where, in one instance, he successfully argued that his clients should receive the maximum whistleblower award of 30% pursuant to the Dodd-Frank Act, which equated to nearly $1 million. He also represented the same whistleblower in a retaliation claim against several Oppenheimer-related entities. *See John Doe v. Oppenheimer Asset Management, Inc., et al.*, Case No. 1:14-cv-00779-LAP (S.D.N.Y.).

Jason has considerable experience litigating consumer class action cases involving deceptive business practices. For example, Jason, as co-lead counsel, successfully recovered 100% of the class's alleged damages stemming from the overcharging of scooped coffee beans at Starbucks stores throughout the country. *See In re Starbucks Consumer Litig.*, Case No. 2:11-cv-01985-MJP (W.D. Wa.).

Prior to forming Block & Leviton, Jason was an attorney at three other preeminent class action firms. There, he was instrumental in recovering $10.5 million in the *Welmon v. Chicago Bridge & Iron*, Case No. 06-cv- 01283, securities class action litigation. In that case, Jason represented Fortis Investments, a major European asset management company and, in addition to the monetary settlement, was able to institute several corporate governance changes at the company. In granting the Chicago Bridge & Iron settlement, the Honorable John Sprizzo stated that **"Plaintiffs' counsel have conducted the litigation and achieved the settlement with skill, perserversance and diligent advocacy."** *Chicago Bridge & Iron* ( June 3, 2008).

Moreover, in the *Ong v. Sears Roebuck & Co.*, Case No. 03 C 4142 (N.D. Ill.), securities class action, Jason represented the State Universities Retirement System of Illinois (SURS) and helped settle the action for $15.5 million. He also represented the Iowa Public Employees' Retirement System, the Policemen's Annuity & Benefit Fund of Chicago, the Central States, Southeast and Southwest Areas Pension Fund in the securities class action against MF Global that settled for $90.0 million. *Rubin v. MF Global, LTD., et al.*, Case No. 08-cv- 02233 (S.D.N.Y.). Likewise, he was a member of the *In re VeriSign Securities Litigation*, Case No. C-02-2270 (N.D. Cal.) team that recovered more than $78.0 million for investors.



**The settlement is – gosh. . . . the fact that it's occurring within the context of a securities case, which is very difficult for plaintiffs to win, is extremely impressive to me. . . . [T]his is a matter which has been fairly litigated by people.**

**Honorable Graham C. Mullen,**

*In re Swisher Hygiene, Inc., Securities and Derivative Litig.,* 3:12-md-2384 GCM (W.D.N.C.) ($5.5 million settlement)



## WHITNEY E. STREET

*Partner*

 whitney@blockesq.com

### EDUCATION

- University of Virginia School of Law, J.D.
- University of Virginia, B.A., Economics and Literature

### BAR ADMISSIONS

- California
- New York
- Massachusetts
- Texas

### COURT ADMISSIONS

- N.D. Cal. and E.D. Cal.
- S.D.N.Y. and E.D.N.Y.
- D. Mass.

### PROFESSIONAL ACTIVITIES

- Founder and former Co-Chair of the AAJ Antitrust Litigation Group
- Member of the Steering Committee for the Complex Litigation E-Discovery Forum

### PUBLICATIONS | SPEAKING EVENTS

- Moderator, Introduction to the Use of Regression Analysis in Antitrust Class Action Litigation, American Association for Justice Webinar (August 2016)
- Co-Author, What Lies Ahead in High Stakes Pay-For-Delay Antitrust Litigation, American Association of Justice Business Torts Newsletter (May 2015)
- Author, Technology Assisted Review: the Disclosure of Training Sets and Related Transparency Issues, Georgetown Law Advanced eDiscovery Institute (Fall 2014)
- Faculty, Georgetown University Law Advanced eDiscovery Institute (November 2014)
- Co-Author, Decision Re-Affirms Critical Role of Shareholders Benefits and Pensions Monitor (October 2014)

Block & Leviton Partner Whitney Street has over fifteen years of complex litigation experience and significant expertise in antitrust and securities class action litigation.  Whitney, who serves as Chair of the Firm's Competition Law Group, serves as Co-Lead Counsel and represents the City of Providence and a class of indirect purchasers in an antitrust class action suit against Celgene Corp. for unlawfully excluding generic competition for vital cancer treatment drugs.  See *In re Thalomid and Revlimid Antitrust Litig.,* 14-cv-06997 (D.N.J.) ($55 million settlement pending court approval).  Whitney also was appointed Co-Lead Counsel on behalf of a class of indirect purchasers in *In re Domestic Drywall Antitrust Litig.*, 13-md-02437 (E.D. Pa.), which involved allegations of price fixing and other forms of concerted conduct in violation of the antitrust laws. Whitney recovered approximately $17 million on behalf of the class of indirect purchasers in that action.

Whitney was also appointed to the Plaintiffs' Steering Committee in *In re Packaged Seafood Antitrust Litig.*, 15-md-02670 (S.D. Cal.) (alleging price fixing in the market for shelf-stable seafood products) and in *In re Liquid Aluminum Sulfate Antitrust Litig.*, 16-md-02687 (D.N.J.) (alleging bid rigging, market allocation, and price fixing in the market for aluminum sulfate).  Whitney is also a member of the litigation team representing direct purchasers in *In re Broiler Chicken Antitrust Litig.,* No. 16-cv-8637 (N.D. Ill.), a class action alleging that broiler chicken producers engaged in a price fixing conspiracy, and in *In re Pork Antitrust Litig.*, No. 18-cv-1776 (D. Minn.), a class action alleging that pork producers engaged in a price fixing conspiracy.

Whitney was an integral part of the litigation teams in the following antitrust class actions: *Air Cargo Shipping Services Antitrust Litigation,* 06-md- 1775 (E.D.N.Y.) (settlements totaling more than $270.0 million); *In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation*, 3:03-md-1542 (D. Conn.) (partial settlements totaling $87.0 million); *In re Methyl Methacrylate (MMA) Antitrust Litigation,* 06-md-01768 (E.D. Pa.) (settled for $15.0 million); and *In re Hydrogen Peroxide Antitrust Litigation*, 05-civ-666 (E.D. Pa.) (partial settlements of more than $4.0 million).

Whitney received her training at prominent litigation firms in New York and Boston where she represented clients in antitrust and securities class actions. She began her career at Pillsbury Winthrop Shaw Pittman, one of the largest law firms in California.

## R. JOSEPH BARTON
*Partner*

 joe@blockesq.com

### EDUCATION
- College of William & Mary, Marshall-Wythe Law School, J.D. Order of the Coif
- College of William & Mary, B.A., History and Classical Studies

### BAR ADMISSIONS
- California
- District of Columbia

### COURT ADMISSIONS
- First, Second, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuit Courts of Appeal
- D. D.C.
- N.D. Cal., C.D. Cal., and S.D. Cal.
- N.D. Ill.
- D. Md.
- D. Neb.
- N.D. Tex. and W.D. Tex.
- D. Col.
- E.D. Mich.
- D. N.D
- E.D. Wis. and W.D. Wis.

### PROFESSIONAL ACTIVITIES
- Co-Chair of the Civil Procedure Subcommittee for the ABA Employee Benefits Committee
- Co-Chair of AAJ Publications Committee
- Chair of Employment Rights Section of the AAJ from 2013 to 2014

R. Joseph Barton is the Chair of the Firm's Employee Benefits Group and the Firm's Veterans/Servicemember Rights Group at the Firm. Joe has significant experience handling a diverse array of complex and class litigation. Joe has a Martindale-Hubbell AV Preeminent Rating, has been selected every year since 2013 as a Washington, D.C. Super Lawyer, has a 10.0 rating from Avvo, and is listed in the Marquis' Who's Who in American Law.

### Notable ERISA Cases

Since 2001, Joe has handled a wide variety of employee benefit (i.e. ERISA) cases. He has been trial counsel in four ERISA cases. He was lead trial counsel in a case challenging a complex transaction involving the Trachte ESOP and the Alliance ESOP on behalf of a class of employees of *Trachte, Chesemore v. Alliance Holdings, Inc.*, No. 3:09-cv-00413 (W.D. Wis.). In that case, Joe obtained a favorable trial decisions on a liability and remedies of $17.2 million (plus prejudgment interest) for the Class which was affirmed by the Seventh Circuit. In *Severstal Wheeling Inc. Ret. Comm. v. WPN Corporation*, No. 10-cv-954 (S.D.N.Y.), Joe was lead trial counsel representing the fiduciaries of two pension plan suing their former investment manager for improper investments and obtained a judgment for plaintiffs of over $15 million which was affirmed by the Second Circuit.

Joe is among a handful of lawyers who regularly represent participants in litigation involving ESOPs holding privately held stock. In addition to the Alliance/Trachte ESOP litigation, Joe has litigated and is litigating a number of private ESOP cases, including the Azon Corporation ESOP, the Jeld-Wen ESOP, the Tharaldson Motels, Inc. ESOP and the Wawa ESOP.

Joe has also been involved in a number of cases involving breaches of fiduciary duty and self-dealing, including improperly investing 401k plan assets in artificially inflated stock of publicly traded companies, in improper and risky investments such as hedge funds or private equity. He litigated one of the earliest cases challenging the prudence of investment and fees of the pension and 401k plans sponsored by New York Life Insurance Company.

Joe has also litigated cases involving the failure to properly pay benefits. In *Slipchenko v. Brunel*, No. 4-11-cv- 01465 (S.D. Tex.), Joe obtained a settlement in a COBRA class action which resulted in the largest per classmember recovery in any reported COBRA class action. In *Simpson v. Fireman's Fund Insurance Company* (N.D. Cal.), Joe represented a class employees alleging that FFIC's policy of terminated persons on disability violated the discrimination provisions of ERISA, and obtained a settlement restoring their right to benefits for a period of years and also reimbursement of past expenses.

### Notable Cases Involving Veterans & Servicemembers

In cases involving the rights of veterans and servicemembers, Joe is proud to have achieved results which one court described as **"outstanding, worthy of being emulated by class representatives and counsel in other comparable litigation."** In that case, *Tuten v. United Airlines*, No. 12-cv-1561-WJM-MEH (D. Col.), he was lead counsel for a class of United Airlines Pilots alleging USERRA violations in connection with their pension contributions. The case was settled for an amount that provided the Class with 100% of their actual damages.

In *Bush v. Liberty Life Assurance Co.*, Joe was lead class counsel on behalf of a class participants whose long term disability benefits were insured by Liberty Life alleging that those benefits should not have been reduced by the amount of benefits provided through the Department of Veterans Affairs. As part of the settlement, Liberty Life agreed to return 60% of the monies imposed as offsets and to cease imposing such reductions/offsets unless and until the state departments of insurance had approved them.

### Notable Other Cases

Joe has been significantly involved in litigating antitrust cases. In *In re Mercedes-Benz Antitrust Litigation* (D.N.J.), a class action alleging price-fixing of new Mercedes-Benz vehicles in the New York Region, Joe briefed, argued and obtained summary judgment on an issue of first impression that established that lessee-plaintiffs had standing to sue as direct purchasers under the federal antitrust laws. That case later settled for $17.5 million. Joe was a part of the team that engaged in intensive trial preparations in *In re High Fructose Corn Syrup Antitrust Litigation* (C.D. Ill.), a class action alleging price-fixing by the manufacturers of high fructose corn syrup, which settled for more than $500 million shortly before trial.

In a case alleging securities fraud, Joe represented limited partners of Lipper Convertibles, a defunct hedge fund, in an arbitration against the fund's former general partners, and in litigation against the outside auditor in federal district court. He has also litigated securities fraud cases involving publicly traded companies.

### Pro Bono Cases

Joe considers pro bono representation an important part of his practice and has represented clients in actions concerning their employer's failure to pay wages and/or overtime. In one such case, the Judge in D.C. Superior Court described his work: **"everything done on behalf of the Plaintiff has been professional, timely and thorough."**

### Clerkship

After graduating law school, Joe served as a judicial law clerk to the Honorable Lenore C. Nesbitt, United States District Judge for Southern District of Florida (2000-2001).



## JOEL FLEMING

*Partner*

 joel@blockesq.com

### EDUCATION

- Harvard Law School, J.D., *cum laude*
- Wilfrid Laurier University, B.A., Political Science with high distinction

### BAR ADMISSIONS

- California
- Massachusetts

### COURT ADMISSIONS

- First and Ninth Circuit Courts of Appeal
- N.D. Cal., C.D. Cal, and S.D. Cal.
- D. Mass.

### PUBLICATIONS

- Co-author, Decision Re-Affirms Critical Role of Shareholders, Benefits and Pensions Monitor (October 2014)
- Co-author, Meltdowns crank up muni-bond litigation, Daily Journal (September 18, 2013)
- Co-author, SEC takes hard line on 'cyber incidents', Daily Journal (April 5, 2013)
- Co-author, Lower Courts Interpret The Supreme Court's Decision In Janus Capital Group, Inc. v. First Derivative Traders, Financial Fraud Law Report 4:5 (May 2012)

### PROFESSIONAL ACTIVITIES

- Visiting Lecturer, Tufts University: Experimental College (2013-2015)

Block & Leviton Partner Joel Fleming has significant experience in stockholder litigation. Since graduating with honors from the Harvard Law School, Joel has spent his entire career practicing stockholder litigation and has been recognized as a "Rising Star" in securities litigation by Super Lawyers magazine for four years in a row.

Joel was a lead attorney in *In re Handy & Harman, Ltd., S'holders Litig.,* No. 2017-0882-TMR (Del. Ch.), where the parties have reached an agreement in principle to settle the action for $30,000,000. The proposed settlement is a 33% premium to the deal price, which is one of largest sell-side premiums ever achieved for stockholders through Delaware litigation.

Joel was also a lead attorney in *In re Rentrak Corporation Shareholders Litigation*, 15CV27429 (Ore. Cir. Ct.) and *Nathan v. Matta,* No. 16CV32458 (Ore. Cir. Ct.)—two related actions which resulted in settlements that returned $23.75 million to a class of former shareholders of Rentrak Corporation. The *In re Rentrak* settlement is believed to be the largest settlement of merger litigation in Oregon state court history. It was also one of the top five largest settlements, since 2010, of merger litigation arising from transactions valued at less than $1 billion.

Joel helped lead *Sciabucucchi v. Salzberg*, C.A. No. 2017-0931-JTL (Del. Ch.), where he wrote and argued the successful summary judgment motion in a case that Reuters has described as striking a "Delaware death blow" to mandatory arbitration of federal securities claims.

Prior to joining the firm, Joel was a member of the Securities Litigation and Enforcement group at Wilmer Cutler Pickering Hale and Dorr—a large defense firm headquartered in Boston and Washington, D.C. While at WilmerHale, he served as a member of the trial team in *AATI v. Skyworks*, the first-ever arbitration to go to trial before the Delaware Chancery Court, in a case involving a merger-related dispute between two companies in the high technology industry. Joel represented both companies in a subsequent shareholder class action that ended with the dismissal with prejudice of all counts.



## JACOB WALKER
*Partner*

 jake@blockesq.com

### EDUCATION
- University of Michigan Law School, J.D., *cum laude*
- Babson College, B.S., Business Administration

### BAR ADMISSIONS
- Massachusetts
- California

### COURT ADMISSIONS
- Supreme Court
- First and Ninth Circuit Courts of Appeal
- D. Mass.
- N.D. Cal. and C.D. Cal.

### PROFESSIONAL CERTIFICATIONS
- Certified Information Privacy Professional (CIPP/US)

### PUBLICATIONS
- Co-author, PLI's Securities Litigation treatise – chapters on loss causation and securities trials

Among other cases, Jake is currently the lead attorney in *Karth v. Keryx Biopharmaceuticals, Inc.,* (D. Mass.), a federal securities class action alleging Defendants hid from investors their reliance on a single contract manufacturer, who was having consistent, significant problems producing the company's only drug. The market learned these facts only when the company experienced a total interruption in its drug supply. Jake is serving as co-lead counsel in *In re Tezos Securities Litigation* (N.D. Cal.), a case involving a so-called "initial coin offering" (or ICO) of the Tezos cryptocurrency. Jake is also supporting the firm's lead counsel role in *In re Trevena Securities Litigation* (E.D. Pa.), where Defendants made materially false statements about their interactions with the Food and Drug Administration which went undisclosed from the market for years.

Jake has helped lead numerous cases to favorable settlements: *In re EZCORP Securities Litigation* (W.D. Tex.) (arising from an accounting restatement); *In re Atossa Genetics, Inc.,* and *In re Amicus Therapeutics Securities Litigation* (D. N.J.) (both securities fraud class actions concerning misrepresentations made to investors about the companies' interactions with the Food and Drug Administration). Jake is part of a team appealing a motion to dismiss decision to the Fifth Circuit in *Budde v. Global Power Equipment Inc.,* (N.D. Tex.) (accounting restatement). Jake was also a key member of the team that represented the Louisiana Municipal Police Employees' Retirement System in *In re Onyx Pharmaceuticals Inc. Shareholder Litigation,* (Cal. Sup. Ct.), obtaining a $30 million settlement for shareholders in a matter arising out of Onyx's $11-billion-dollar merger with Amgen. Jake has also successfully litigated several consumer fraud class actions at the firm.

Prior to joining Block & Leviton in 2015, Jake was an associate at two of the country's top defense firms: Gibson Dunn in Palo Alto, California and Skadden, Arps in Boston. There, he represented boards of directors, corporate acquisition targets, and acquirers in litigation related to mergers and acquisitions. For example, Jake represented defendants in litigation related to the $5.3 billion private equity acquisition of Del Monte Foods Company in state and federal courts in California and in the Delaware Court of Chancery, as well as in litigation related to Intel's $7.7 billion acquisition of McAfee Inc. in the Superior Court of California, Santa Clara County. He has represented numerous third-parties, including various investment banks, in M&A litigation in California and Delaware courts.

While Jake's legal career has centered on securities and corporate governance litigation, Jake also has significant experience representing large technology companies, including in the defense of consumer class actions related to privacy and technology issues. He is a Certified Information Privacy Professional and has a deep understanding of technology and privacy issues. Jake has also represented companies in antitrust class actions and investigations, stockholder derivative actions, securities class actions, and in investigations before the F.T.C. and the Massachusetts Attorney General's office.

Jake has been named a "Rising Star" in securities litigation by Massachusetts Super Lawyers for four years in a row (2016-2019).

**BLOCK & LEVITON LLP**



## VINCENT CHENG
*Senior Associate*

✉ vincent@blockesq.com

### EDUCATION
- University of California Berkeley School of Law, J.D.
- University of California, Berkeley, B.A., Philosophy and Mathematics

### BAR ADMISSIONS
- California

### BAR ADMISSIONS
- N.D. Cal., E.D. Cal., and C.D. Cal.
- N.D. Ill.

### PUBLICATIONS
- Author, "A Jigsaw of Worker Classifications," Trial Magazine (September 2018)
- Author, "National Railroad Passenger Corporation v. Morgan: A Problematic Formulation of the Continuing Violation Theory," California Law Review (October 2003)

Vincent Cheng is an associate at the firm and a member of the Employee Benefits Group and Veterans/Servicemember Rights Group. Since graduating from law school, Vincent has focused his work on advocating for the rights of employees and retirees and of veterans and servicemembers. Prior to joining Block & Leviton, he had over 8 years of experience in litigating a variety of lawsuits on behalf of employees. These lawsuits included cases brought under the Employee Retirement Income Security Act (ERISA) involving breach of fiduciary duty and benefit denial claims and cases brought under the Uniformed Services Employment and Reemployment Rights Act (USERRA) involving veterans' employment rights and benefits, as well as employment cases involving unpaid overtime wages under the Fair Labor Standards Act and the California Labor Code and race and gender discrimination under Title VII and the California Fair Employment and Housing Act (FEHA).

### Notable Employee Benefits Cases

- *Hurtado v. Rainbow Disposal Co., Inc. ESOP Committee,* No. 8:17-cv-01605: represents a class of employees alleging that the October 2014 sale of Rainbow by the ESOP was not for adequate consideration and was accomplished without holding a vote by the ESOP participants.

- *Carlson v. Northrop Grumman Severance Plan*, No. 13-cv-02635 (N.D. Ill.): represent a putative class of employees who were laid off from Northrop Grumman alleging that they improperly denied cash severance under the severance plan.

- *Aguilar v. Melkonian Enterprises, Inc.*, No. 05-cv-00032 (E.D. Cal.): represented a class of participants in two pension plans alleging that the fiduciaries failed to prudently invest the plan assets; obtained a settlement that provided for recovery of more than 85% of the losses to the plans.

- *Simpson v. Fireman's Fund Insurance Company*, No. C 05- 000225 (N.D. Cal.): represented disabled employee-participants alleging that FFIC terminated them in violation of ERISA § 510 to prevent them from continuing to receive medical benefits; obtained a settlement that provided for restoration of their right to benefits for a period of years and reimbursement of past medical expenses.

- *Paulsen v. CNF Inc.*, No. C 03-3960 (N.D. Cal.): represented a group of employees alleging that the fiduciaries breached their duties under ERISA in connection with the spinoff of a division of CNF, and that the CNF pension plan's actuary breached its duty of care under state law in valuing the plan liabilities to be transferred at spinoff and certifying postspinoff that the new plan was adequately funded.

- *Hurlic v. Southern California Gas Company*, No. 05-5027 (C.D. Cal.): represented a group of participants alleging that the pension benefit accrual formula under SCGC's cash balance defined benefit plan violated ERISA's prohibition against age discrimination and ERISA's anti-backloading rules.

## Notable Cases Involving Veterans and Servicemembers Rights

- *Allman v. American Airlines, Inc. Pilot Retirement Benefit Program Variable Income Plan*, No. 14-cv-10138 (D. Mass.), where American Airlines allegedly violated USERRA and ERISA by making deficient pension contributions for a class of pilots who took military leave.

- *Bush v. Liberty Life Assurance Company of Boston*, No. 14-cv-01507 (N.D. Cal.), where Liberty Life agreed to return significant portions of reduced long-term disability benefits to veteran-claimants and not to reduce future benefits absent state approval.

- *Munoz v. InGenesis STGi Partners, LLC*, No. 14-cv-1547 (S.D. Cal.), a USERRA discrimination and failure-to-reemploy case where we obtained through settlement the full amount of the plaintiff's lost pay and benefits plus interest and a sizable amount of liquidated damages.

## Notable Employment Cases

- *Gutierrez v. Schmid Insulation Contractors, Inc.*, No. 07-cv-5852 (C.D. Cal.), a wage-and-hour class action alleging that the defendants failed to pay for travel time from offices to construction sites, provide meal and rest breaks, and pay overtime to a group of Spanish-speaking, immigrant workers.

- *Wynne v. McCormick & Schmick's Seafood Restaurants, Inc.*, 06-cv-03153 (N.D. Cal.), a Title VII and FEHA class action alleging race discrimination in hiring and job assignments, which resulted in a consent decree through settlement that provided for significant injunctive relief to promote equal employment opportunity



## STEPHEN TETI

*Senior Associate*

 steti@blockesq.com

### EDUCATION

- Quinnipiac University School of Law, J.D., *magna cum laude*
- Fairfield University, B.A., Political Science and French, *cum laude*

### BAR ADMISSIONS

- Massachusetts
- Connecticut

### COURT ADMISSIONS

- Ninth Circuit Court of Appeals
- D. Mass.
- D. Conn.
- D. Colo.
- S.D.N.Y. and W.D.N.Y.

Stephen Teti is a senior associate at Block & Leviton LLP, focusing his practice on antitrust litigation. Steve's antitrust matters include *In re Thalomid & Revlimid Antitrust Litig.*, No. 14-cv-6997 (D.N.J.) ($55 million settlement pending court approval), a class action alleging that the defendant's extensive anticompetitive conduct excluded generic alternatives for Thalomid and Revlimid, two drugs used to treat rare but deadly conditions, from entering the market, causing end payors to incur millions of dollars in overcharges.  Steve is also a member of the team representing direct purchasers in *In re Broiler Chicken Antitrust Litig.*, No. 16-cv-8637 (N.D. Ill.), a class action alleging that broiler chicken producers engaged in a price fixing conspiracy. Steve is also a member of the team representing direct purchasers in *In re Pork Antitrust Litig.*, No. 18-cv-1776 (D. Minn.), a class action alleging that pork producers engaged in a price fixing conspiracy.

Steve joined Block & Leviton after practicing securities, derivative, and consumer class litigation for six years at a nationally-recognized plaintiffs' law firm in Connecticut. He previously clerked for the judges of the Connecticut Superior Court. During law school, Steve served as Publications Editor of the Quinnipiac Law Review, a judicial extern to the Honorable Stefan R. Underhill in the United States District Court for the District of Connecticut, an intern for the State of Connecticut Office of the Attorney General, and as a legislative extern to the Judiciary Committee of the Connecticut General Assembly.

### Notable Cases

- Obtained a significant decision for consumers in *Friedman v. Maspeth Fed. Loan & Savings Ass'n*, 30 F. Supp. 3d 183 (E.D.N.Y. 2014). In a case before the Honorable Jack B. Weinstein, raising "issues of first impression on the reach of the Real Estate Settlement Procedures Act," Steve defeated a motion to dismiss, and later obtained a settlement that reimbursed consumers for 100% of their losses in the case which involved wrongful imposition of late charges on timely received mortgage payments;

- Lead associate in cases achieving notable recoveries under the Securities Act of 1933, including *City of Birmingham Retirement & Relief System v. MetLife, Inc.*, Case No. CV-2012-902101 (Ala. Cir. Ct.) ($9.75 million settlement); *Rosenberg v. Cliffs Natural Resources, Inc.*, No. 2014 CV 828140 (Ohio Ct. Com. Pleas) ($10 million settlement); and *Niitsoo v. Alpha Natural Resources, Inc.*, No. AD-303-2014 (Pa. Ct. Com. Pleas) ($3.6 million settlement);

- Lead associate in several successful appeals, including *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013); *Westmoreland County Employee Retirement System v. Parkinson*, 737 F.3d 719 (7th Cir. 2013); and *Chavez v. Nestlé USA, Inc.*, 511 Fed. Appx. 606 (9th Cir. 2013);

- Achieved several favorable decisions regarding the improper removal of class actions under the Securities Act of 1933, including *Niitsoo v. Alpha Natural Resources, Inc.*, 902 F. Supp. 2d 797 (S.D. W. Va. 2012); *Rosenberg v. Cliffs Natural Resources, Inc.*, 2015 WL 1534033 (N.D. Ohio Mar. 25, 2015); and *Rajasekaran v. CytRx Corp.*, 2014 WL 4330787 (C.D. Cal. Aug. 21, 2014);

- Represented banks and other financial institutions in *In re Home Depot Inc. Customer Data Security Breach Litig.*, 14-md-2583 (N.D. Ga.) ($27.25 million settlement; served on Plaintiffs' Coordination & Discovery Committee); *In re Target Corp. Customer Data Security Breach Litig.*, 14-md-2522 (D. Minn.) ($59 million settlement); and *WinSouth Credit Union v. Mapco Express, Inc.*, No. 14-cv-1573 (M.D. Tenn.) (largest dollar-per-card settlement obtained on behalf of financial institutions involving data breach of credit and debit card information).



# NATE SILVER

*Associate*

 nate@blockesq.com

## EDUCATION

- Boston College Law School, J.D.,
  *magna cum laude*
- Suffolk University, B.A., History,
  *magna cum laude*

## BAR ADMISSIONS

- Massachusetts
- New York

## COURT ADMISSIONS

- First Circuit Court of Appeals
- D. Mass

## PUBLICATIONS

- Contributing author to Massachusetts
  Evidence: A Courtroom Reference (MCLE)

Nate Silver is an associate at Block & Leviton LLP, focusing his practice on securities litigation. Nate recently joined Block & Leviton from the Boston firm of J. W. Carney, Jr. & Associates, LLC, where he practiced criminal defense and appeals in state and federal court.

Nate also represented indigent individuals accused of crimes in state court as a member of Middlesex Defense Attorneys, Inc., a non-profit organization that administers criminal defense services to those who cannot afford legal services. While attending law school, Nate served as a senior editor for the Boston College Law Review.

## COLIN M. DOWNES

*Associate*

 colin@blockesq.com

### EDUCATION

- University of Virginia School of Law, J.D
- University of Massachusetts, B.A., Philosophy

### BAR ADMISSIONS

- District of Columbia
- New York

### COURT ADMISSIONS

- D. D.C.
- S.D.N.Y
- First Circuit Court of Appeals

### PUBLICATIONS

- *Appointing Chapter 11 Trustees in Reorganizations of Religious Institutions,* 101 Va. L. Rev. 2225 (2015)

Colin M. Downes is an associate with the firm who focuses his practice on defending the rights and benefits of workers and retirees. His experience includes cases brought under the Employee Retirement Income Security Act (ERISA) involving employee stock ownership plans, excessive 401k and 403b fees, pension plan underfunding, and the ERISA obligations of religiously affiliated nonprofits. He has also provided pro bono representation to indigent clients in contested asylum and child custody matters.

Prior to joining the firm, Colin practiced as an associate with Groom Law Group (an employer-side employment benefits boutique) and with the international law firm Clifford Chance. Colin served on the editorial board of the Virginia Law Review while in law school.

## MATTHEW SMITH
*Associate*

 matt@blockesq.com

### EDUCATION
- Duke Law School, J.D., L.L.M, *magna cum laude* & Order of the Coif
- Columbia University, B.A., History

### BAR ADMISSIONS
- California
- New York (inactive)
- District of Columbia (inactive)

### COURT ADMISSIONS
- Second and Third Circuit Court of Appeals
- N.D. Cal. and C.D. Cal.
- E.D. Mich.
- D. Colo.

Matt is an associate in the Firm's Employee Benefits practices. After graduating *magna cum laude* from Duke Law School, Matt served as a law clerk to the Honorable Rosemary Barkett on the Eleventh Circuit Court of Appeals.

Before joining Block and Leviton, Matt practiced at nationally recognized plaintiffs' firms based in Washington, D.C., and Seattle, Washington, where his practice concentrated on antitrust and employee benefits cases. Matt collaborated with R. Joseph Barton in *Severstal Wheeling, Inc. Retirement Committee et al. v. WPN Corp., et. al. (*2d. Circuit). As part of a two-attorney trial team, they won a $15 million judgment on behalf of thousands of retired steelworkers. Matt has valuable experience serving as lead associate in a myriad of successful litigation, ranging from cases where military veterans were wrongfully denied long-term disability benefits (*Bush v. Liberty Life Assurance Co. of Boston et. al.* (N.D. Cal.)), to nationally-contested issues of federal pension regulation (*Kaplan v. Saint Peter's Healthcare System, et. al.* (3d Circuit)).



## AMANDA R. CRAWFORD
*Associate*

 amanda@blockesq.com

### EDUCATION
- University of North Carolina School of Law, J.D.
- Eugene Gressman and Daniel H. Pollitt Oral Advocacy Award for Best Overall Argument
- Certificate of Merit for highest grade in Legal Research, Reasoning, Writing, and Advocacy
- California State University, Fullerton, Criminal Justice, *cum laude*

### BAR ADMISSIONS
- Massachusetts

### COURT ADMISSIONS
- D. Mass

Amanda Crawford is an associate in Block & Leviton LLP's shareholder litigation practice.

Before joining Block & Leviton, Amanda gained practical corporate work experience in finance and employment law. During law school, she served as Executive Editor of the North Carolina Journal of International Law, Co-chair of the Craven Moot Court Board, a research assistant to the Assistant Dean of the Writing and Learning Resources at UNC School of law, a law clerk at TIAA, and a summer associate at Mayer Brown LLP.

## JOSEPH MCCLELLAN
*Associate*

 jmcclellan@blockesq.com

### EDUCATION
- Boston University Law School, J.D.
- CUNY Brooklyn College, B.A., Philiosophy and History, *summa cum laude*

### BAR ADMISSIONS
- Massachusetts

Joseph McClellan is an associate in Block & Leviton LLP's shareholder litigation practice.

Before joining Block & Leviton, Joseph gained securities litigation experience as an Enforcement Attorney at the Massachusetts Securities Division, where he was the lead attorney on a number of cases involving dishonest and unethical conduct and breaches of fiduciary duties.

During law school, he was a student prosecutor at Boston University School of Law's criminal clinic and won an award for best brief in the Edward C. Stone Moot Court Competition.



## JEFFREY GRAY

*Associate*

 jgray@blockesq.com

### EDUCATION

- Suffolk University Law School, J.D.
- Sawyer Business School, Suffolk University, M.B.A.
- Connecticut College, B.A., Economics

### BAR ADMISSIONS

- Massachusetts

Jeff Gray joined Block & Leviton LLP as an Associate in 2016. His practice focuses on complex securities, antitrust, and consumer class action litigation. Jeff is currently a member of the litigation team representing a putative class of Charter Communications shareholders, challenging an unfair share issuance to Charter's controlling shareholders, Liberty Broadband and John Malone, in connection with Charter's purchase of Time Warner Cable and Bright House Networks. See *Sciabacucchi v. Liberty Broadband Corporation,* No. CV 11418-VCG, 2017 WL 2352152, at *3 (Del. Ch. May 31, 2017). Jeff is also a member of the litigation team representing shareholders in *In re McKesson Corporation Derivative Litigation,* 4:17-cv-01850-CW (N.D.Cal.). Jeff is a member of the litigation team in *In re Pilgrim's Pride Corporation Derivative Litigation*, Consol. C.A. No. 2018-0058-JTL (Del. Ch.), a derivative action challenging a conflicted transaction between Pilgrim's Pride and its majority stockholder, JBS. Jeff is a member of the litigation team in *Karth v. Keryx Biopharmaceuticals, Inc., et al.* (D. Mass.), a federal securities class action involving misrepresentations about the risks of relying on a single contract manufacturer. Jeff is a member of the litigation team in the antitrust action *In re Domestic Airline Travel Antitrust Litigation*, MDL No. 2656 (D.C. Cir.) (alleging price fixing of domestic airline tickets). Jeff is also a member of the litigation team in *In re Packaged Seafood Antitrust Litig.,* 15-md-02670 (S.D.Cal.) (alleging price fixing in the market for shelf-stable seafood products).

Jeff was a member of the litigation team representing the City of Providence in an antitrust class action suit against Celgene Corporation for unlawfully excluding generic competition for vital cancer treatment drugs. See I*n re Thalomid and Revlimid Antitrust Litig.,* 14-cv-06997 (D.N.J.) ($55 million settlement pending court approval). Jeff was also a member of the litigation team in *In re Handy & Harman, Ltd., S'holders Litig.*, No. 2017-0882-TMR (Del. Ch.) (settled for $30 million). Jeff was part of a team of attorneys representing shareholders of Rentrak Corporation in *In re Rentrak Corporation Shareholders Litigation,* No. 15CV27429, which resulted in a $19 million settlement. Jeff was also a member of the Block & Leviton LLP litigation team representing members of the class in the matter Volkswagen "Clean Diesel" MDL (initial settlement valued at over $15 billion).

Earlier in his career, Jeff was a management consultant at a financial services firm in the Boston area and, prior to that, was a project manager in commercial lending at FleetBoston Financial. While in law school, he completed internships with MFS and with The Nature Conservancy and was a law clerk at CT Corporation System.

## ELIZABETH NEWMAN
*Associate*

 enewman@blockesq.com

### EDUCATION
- Golden Gate University School of Law, J.D., Business Law Concentration
- University of California, Berkeley, B.A., History

### BAR ADMISSIONS
- California

### COURT ADMISSIONS
- E.D. Cal.

Elizabeth Newman joined Block & Leviton LLP as an associate in 2018. Her practice focuses on securities, antitrust, and class action litigation. She is currently a member of the litigation team representing shareholders in the *In re McKesson Corporation Derivative Litigation* matter. Prior to joining Block & Leviton LLP, Elizabeth was a member of litigation teams on numerous cases including: *In Re TFT-LCD (Flat Panel) Antitrust Litigation*, M-07-1827 SI, MDL 1827 (N.D.Cal.) (alleging price fixing of TFT panels, resulting in approximately $1.1 billion in settlements); *In re Optical Disk Drive Products Antitrust Litigation,* M:10-cv-2143-RS (N.D.Cal.) (alleging price fixing of electronic components used in DVDs, Blu-rays and CDs, resulting in $37 million in settlements); *In re Lithium Ion Batteries Antitrust Litigation,* 13-md-02420-YGR (DMR) (N.D.Cal.) (alleging price fixing of Li-Ion batteries, resulting in $64.45 million in settlements to date); *Hamilton v. Barnes, et al. (Advanced Micro Devices),* 4:15-cv-01890-YGR (N.D.Cal.) (alleging false and misleading statements and omissions, resulting in a $29.5 million settlement); *In re Apple Iphone/Ipod Warranty Litigation,* CV-10-01610 (N.D.Cal.) (alleging failure to honor warranties, resulting in a $53 million settlement); *In re Anthem Inc. Data Breach Litigation*, 15-MD-02617-LHK (N.D.Cal.) (alleging a data security breach compromising the records of 79 million members, and resulting in a $115 million settlement).

While in law school, Elizabeth received the Witkin Award for Securities Regulation, the CALI Award for Appellate Advocacy, the CALI Award for Contracts II, and was a member of the Moot Court Board. Prior to her legal career, Elizabeth worked in Contracts and Licensing at Oracle Corporation.

Contact Us

# BLOCK & LEVITON LLP

260 Franklin Street, Suite 1860 | Boston, MA 02110
100 Pine Street, Suite 1250 | San Francisco, CA 94111
1735 20th St NW | Washington, DC 20009

T. (617) 398-5600 | F. (617) 507-6020

**www.blockesq.com**