# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **THOMAS SCUDERI**, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>        Defendants. | Case No. 5:19-cv-00522-SLP<br><br>**District Judge Scott L. Palk**<br><br>**CLASS ACTION** |
| 1. **JUSTIN NORMANTAS**, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>        Defendants. | Case No. 5:19-cv-00560-SLP<br><br>**District Judge Scott L. Palk**<br><br>**CLASS ACTION** |

(Captions continue on following page.)

|  |  |
|---|---|
| 1. **THE CITY OF SARASOTA GENERAL EMPLOYEES DEFINED BENEFIT PENSION PLAN**, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>                    Defendants. | Case No. 19-cv-(pending assignment)<br><br>**<u>CLASS ACTION</u>** |

### MOTION OF THE CITY OF SARASOTA GENERAL EMPLOYEES DEFINED BENEFIT PENSION PLAN FOR (1) CONSOLIDATION, (2) APPOINTMENT AS LEAD PLAINTIFF, AND (3) APPROVAL OF SELECTION OF COUNSEL

**PLEASE TAKE NOTICE** that pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act" or the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by Private Securities Litigation Reform Act of 1995 (the "PSLRA"), the City of Sarasota General Employees Defined Benefit Pension Plan ("City of Sarasota" or "Movant"), moves the Court to:

1. consolidate the above-captioned actions and any subsequently filed and/or related actions brought before this Court;

2. appoint the City of Sarasota as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act), 15 U.S.C. § 78j-1(a)(3)(B), a statutory provision added to the federal securities laws by the

Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and

3. approve the City of Sarasota's selection of the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T") as Lead Counsel, and The Tawwater Law Firm, P.L.L.C. ("Tawwater Firm") as Liaison Counsel.

Movant makes this Motion on the basis that it is the most "adequate plaintiff" as under the definition of the PLSRA as a result of having the largest financial interest of any movants to the litigation. Movant also satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. Movant further requests that the Court approve its selection of AF&T as Lead Counsel, and the Tawwater Firm as Liaison Counsel, for the Class.

In support of this Motion, Movant submits: (1) the Declaration of Darren M. Tawwater (with exhibits); (2) a Memorandum of Law in Support of its Motion; and (3) a Proposed Order granting its Motion.

Dated: August 6, 2019                    Respectfully submitted,

By: s/ Darren M. Tawwater
Larry A. Tawwater, OBA # 8852
Darren M. Tawwater, OBA # 18854
THE TAWWATER LAW FIRM, P.L.L.C.
14001 Quail Springs Pkwy
Oklahoma City, Oklahoma 73134
Tel. (405) 607-1400
Fax. (405) 607-1450
LAT@tawlaw.com
DTaw@tawlaw.com

*Proposed Liaison Counsel for the Class*

**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Mitchell M.Z. Twersky (*Pro Hac Vice* forthcoming)
Atara Hirsch (*Pro Hac Vice* forthcoming)
Sean M. Handron-O'Brien (*Pro Hac Vice* forthcoming)
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax. (212) 279-3655
MTwersky@aftlaw.com
AHirsch@aftlaw.com
SHandronobrien@aftlaw.com

- And -

Ian D. Berg (*Pro Hac Vice* forthcoming)
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel. (858) 764-2580
Fax (858) 764-2582
IBerg@aftlaw.com

*Counsel for the City of Sarasota General Employees Defined Benefit Pension Plan and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, I electronically transmitted this document to the Clerk of Court using the ECF System for filing, and a copy thereof was electronically served upon all parties receiving notice pursuant to the CM/ECF System

By:<u>s/ Darren M. Tawwater</u><br>
Darren M. Tawwater