# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **THOMAS SCUDERI**, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>    Defendants. | Case No. 5:19-cv-00522-SLP<br><br>**District Judge Scott L. Palk**<br><br>**CLASS ACTION** |
| 1. **JUSTIN NORMANTAS**, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>    Defendants. | Case No. 5:19-cv-00560-SLP<br><br>**District Judge Scott L. Palk**<br><br>**CLASS ACTION** |

(Captions continue on following page.)

| | |
|---|---|
| 1. **THE CITY OF SARASOTA GENERAL EMPLOYEES DEFINED BENEFIT PENSION PLAN**, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>                    Defendants. | Case No. 19-cv-(pending assignment)<br><br>**<u>CLASS ACTION</u>** |

### DECLARATION OF DARREN M. TAWWATER IN SUPPORT OF THE MOTION OF THE CITY OF SARASOTA GENERAL EMPLOYEES DEFINED BENEFIT PENSION PLAN FOR (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTED COUNSEL

I, Darren M. Tawwater, hereby declare as follows:

I am an attorney at law, licensed to practice in the State of Oklahoma. I am a member of The Tawwater Law Firm, P.L.L.C. which, along with Abraham, Fruchter & Twersky, LLP, represents the City of Sarasota General Employees Defined Benefit Pension Plan ("City of Sarasota" or the "Movant"). I submit this declaration in support of the Motion of the City of Sarasota for (1) Consolidation, (2) Appointment of Lead Plaintiff, and (3) Approval of Selected Counsel.

Attached hereto are true and correct copies of the following exhibits:

**Exhibit 1**:   The *Business Wire* publication issued by the Rosen Law Firm, P.A. on June 7, 2019 announcing that a securities class action lawsuit had been filed against Mammoth Energy Services, Inc.

**Exhibit 2**: The sworn certification of Ryan Chapdelain on behalf of the City of Sarasota General Employees Defined Benefit Pension Plan.

**Exhibit 3**: The firm resume for Abraham, Fruchter & Twersky, LLP, proposed Lead Counsel for the Class.

**Exhibit 4**: The firm resume for The Tawwater Law Firm, P.L.L.C., proposed Liaison Counsel for the Class.

I declare under the penalty of perjury under the laws of the state of Oklahoma that the Foregoing facts are true and correct. Executed this 6th day of August 2019, Oklahoma City, Oklahoma.

Dated: August 6, 2019            Respectfully submitted,

                                 By: s/ Darren M. Tawwater
                                    Darren M. Tawwater

## CERTIFICATE OF SERVICE

This is to certify that on August 6, 2019, I electronically transmitted this document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record.

By: s/ Darren M. Tawwater
Darren M. Tawwater