# EXHIBIT 2

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Ryan Chapdelain, on behalf of the City of Sarasota General Employees Defined Benefit Pension Plan ("City of Sarasota") hereby certify under penalties of perjury that the following is true and correct:

1.    I am the Chairman of the Board of Trustees for the City of Sarasota and I am authorized to make this Certification on its behalf.

2.    The City of Sarasota has reviewed the class action complaint against Mammoth Energy Services Incorporated and certain of its officers asserting securities laws claims pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Actions") and has authorized its filing in the United States District Court for the Western District of Oklahoma.

3.    The City of Sarasota did not purchase or otherwise acquire the securities that are the subject of the complaint at the direction of the City of Sarasota's counsel, or in order to participate in this or any private action under the federal securities laws or any other laws.

4.    The City of Sarasota is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.    All of the City of Sarasota's transactions in the securities of Mammoth Energy Services Incorporated during the alleged class period of October 19, 2017 through June 5, 2019 (the "Class Period"), are attached hereto as Schedule A.

6.    During the three years prior to the date of this Certification, the City of Sarasota has sought to serve as a representative on behalf of a class in the following actions filed under the federal securities laws:

*Einhorn v. AxoGen, Inc. et al.*, Docket No. 8:19-cv-00069 (M.D. Fla. 2019)

7.    The City of Sarasota will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

Executed this 5 day of August , 2019

**Ryan Chapdelain, Chairman**
City of Sarasota General Employees
Defined Benefit Pension Plan

2

## Schedule A

### Transactions in Mammoth Energy Services Incorporated Common Stock During the Class Period

| Trade Date | Transaction Type | Shares | Price Per Share | Total Amount |
|---|---|---|---|---|
| **Class Period Opening Balance** | | 0 | | |
| 07/20/2018 | Purchase | 300 | 37.3474 | ($11,204.22) |
| 07/20/2018 | Purchase | 400 | 37.3700 | ($14,948.00) |
| 07/20/2018 | Purchase | 200 | 37.2300 | ($7,446.00) |
| 07/23/2018 | Purchase | 100 | 37.3300 | ($3,733.00) |
| 07/23/2018 | Purchase | 584 | 37.3801 | ($21,829.98) |
| 07/23/2018 | Purchase | 100 | 37.4250 | ($3,742.50) |
| 07/23/2018 | Purchase | 100 | 37.3750 | ($3,737.50) |
| 07/24/2018 | Purchase | 645 | 36.7571 | ($23,708.33) |
| 07/24/2018 | Purchase | 100 | 36.8150 | ($3,681.50) |
| 07/25/2018 | Purchase | 500 | 35.8228 | ($17,911.40) |
| 07/26/2018 | Purchase | 121 | 35.7480 | ($4,325.51) |
| 11/02/2018 | Purchase | 112 | 24.6949 | ($2,765.83) |
| 11/02/2018 | Purchase | 800 | 26.1220 | ($20,897.60) |
| 11/02/2018 | Purchase | 100 | 25.8450 | ($2,584.50) |
| 11/05/2018 | Purchase | 279 | 26.4859 | ($7,389.57) |
| 11/06/2018 | Purchase | 200 | 26.4355 | ($5,287.10) |
| 11/07/2018 | Purchase | 600 | 27.6905 | ($16,614.30) |
| 11/08/2018 | Purchase | 300 | 27.1558 | ($8,146.74) |
| 11/09/2018 | Purchase | 100 | 26.0655 | ($2,606.55) |
| 11/12/2018 | Purchase | 109 | 26.1115 | ($2,846.15) |
| 12/20/2018 | Purchase | 1,100 | 18.2673 | ($20,094.03) |
| 12/28/2018 | Purchase | 310 | 18.0500 | ($5,595.50) |
| 01/11/2019 | Sale | (154) | 22.1800 | $3,415.72 |
| 01/11/2019 | Sale | (30) | 22.0950 | $662.85 |
| 01/11/2019 | Sale | (30) | 22.2087 | $666.26 |
| 01/11/2019 | Sale | (10) | 22.1575 | $221.58 |
| 01/14/2019 | Sale | (200) | 22.0286 | $4,405.72 |
| 01/14/2019 | Sale | (30) | 21.7734 | $653.20 |
| 01/15/2019 | Sale | (46) | 22.0368 | $1,013.69 |
| 01/15/2019 | Sale | (50) | 22.1065 | $1,105.33 |
| 05/20/2019 | Sale | (209) | 14.0188 | $2,929.93 |
| 05/20/2019 | Sale | (180) | 14.0100 | $2,521.80 |

3

| Trade Date | Transaction Type | Shares | Price Per Share | Total Amount |
|---|---|---|---|---|
| 05/20/2019 | Sale | (90) | 14.0000 | $1,260.00 |
| 05/20/2019 | Sale | (90) | 14.0100 | $1,260.90 |
| 05/20/2019 | Sale | (90) | 14.0100 | $1,260.90 |
| 05/20/2019 | Sale | (90) | 13.9950 | $1,259.55 |
| 05/20/2019 | Sale | (280) | 13.9350 | $3,901.80 |
| 05/21/2019 | Sale | (563) | 14.1296 | $7,954.96 |
| 05/22/2019 | Sale | (200) | 13.3141 | $2,662.82 |
| 05/22/2019 | Sale | (600) | 13.4023 | $8,041.38 |
| 05/23/2019 | Sale | (300) | 12.3367 | $3,701.01 |
| 05/24/2019 | Sale | (190) | 11.9203 | $2,264.86 |
| **Class Period Ending Balance** | | 3,728 | | |

### Transactions in Mammoth Energy Services Incorporated Common Stock During the Post-Class Period

| Trade Date | Transaction Type | Shares | Price Per Share | Total Amount |
|---|---|---|---|---|
| **Post-Class Period Opening Balance** | | 3,728 | | |
| 06/06/2019 | Sale | (3,728) | 7.0643 | $26,335.71 |
| **Post-Class Period Ending Balance** | | 0 | | |

4