# EXHIBIT 4



14001 QUAIL SPRINGS PARKWAY
OKLAHOMA CITY, OK  73134
(405) 607-1400
WWW.TAWLAW.COM

## FIRM RESUME

The Tawwater Law Firm, P.L.L.C. has for 45 years represented consumers in a wide variety of matters, including catastrophic personal injury, wrongful death, insurance disputes and product liability actions.  The firm has tried numerous cases in both federal and state courts and handled a large number of appeals in various appellate courts.  We handle individual lawsuits, as well as large class action cases brought on behalf of a large group of consumers.  We represented over 800 women in breast implant litigation cases, as well as hundreds of employers who were overcharged on their workers compensation insurance coverage and thousands of insureds who were improperly charged insurance co-pays by their health insurer.  We are currently litigating a class certification seeking to recover fraudulently obtained insurance premiums for thousands of health care insureds.  We are also currently involved in an action on behalf of a cancer treatment facility against a health care insurer for its failure to provide coverage for certain approved modes of treatment.  We have successfully litigated against health care providers, large health care operations, nationwide trucking operations, major insurance companies and many of the largest corporations in the country.

## ATTORNEYS

### Larry A. Tawwater

Larry A. Tawwater is a graduate of the University of Oklahoma College of Law and has been engaged in litigation his entire career.  He has tried cases to verdict involving medical negligence, insurance bad faith, defective products and fraud.  In addition to his experience at the trial court level, Mr. Tawwater has also handled a large number of cases at the appellate level.

Mr. Tawwater has successfully handled class action suits, including one in which workers' compensation insurance companies in Oklahoma were forced to pay back millions of dollars in premiums to approximately 25,000 Oklahoma employers, and another where a health insurance company was forced to pay back millions of dollars it overcharged its

1

insured's - through a co-pay scam. He has also successfully handled mass tort cases, such as the breast implant litigation, in which he and the firm represented over 800 women.

Among his verdicts are multi-million-dollar awards against Freightliner and Toyota. He has also obtained large settlements in numerous medical negligence cases, major collision cases, insurance bad faith cases and product liability cases against Ford, General Motors, BIC, and Firestone.

Mr. Tawwater is a Fellow in the American College of Trial Lawyers, International Academy of Trial Lawyers, the International Society of Barristers and The American Board of Trial Advocates. He has an AV rating from Martindale-Hubbell and is listed in Martindale-Hubbell's Bar List of Preeminent Lawyers. He is listed in both Best Lawyers in America and SuperLawyers.

Mr. Tawwater served as President of the American Association for Justice (formerly the Association of Trial Lawyers of America), the nation's largest plaintiff trial bar organization. He has also received numerous awards from AAJ, including most recently the Leonard Ring Champion of Justice Award, one of the association's highest honors.

Mr. Tawwater also served as President of the Oklahoma Association for Justice, served on various committees at the American Bar Association, served as a member of the House of Delegates of the Oklahoma Bar Association, served as a member of the Civil Justice Roundtable (composed of all major trial bars in the county) and currently serves on the Board of Overseers for the RAND Institute for Civil Justice.

Mr. Tawwater served as a judge on the Oklahoma Temporary Court of Appeals.

In addition to his litigation practice, Mr. Tawwater has been involved in various activities relating to the civil justice system. He is a member of the Oklahoma Uniform Jury Instructions Committee (appointed by the Oklahoma Supreme Court), was actively involved as a member of the committee that rewrote the Oklahoma Pleading Code, as well as the committee that rewrote Oklahoma's Discovery Code.

Mr. Tawwater has been appointed on three different occasions by Governors of Oklahoma to serve on special task forces to study and make recommendations on important legal issues. He has been appointed by the Oklahoma Supreme Court to help revise the Court's own rules.

Mr. Tawwater has lectured extensively, presenting over 50 papers on trial practice to various lawyer groups and speaking frequently at law schools. His efforts have been recognized by the Oklahoma Bar Association, which awarded him the Earl Sneed Continuing Legal Education Award. He has also appeared frequently before civic groups to speak to the public about the importance of our system of justice.

Mr. Tawwater is admitted to the U.S. District Courts for the Western, Eastern and Northern districts of Oklahoma; the U.S. Court of Appeals for the 10th, 4th and 5th Circuits, and U.S. Supreme Court.

## Darren M. Tawwater

Darren Tawwater obtained his undergraduate degree at Texas Christian University and his law degree at Oklahoma City University.  Since obtaining his law degree in 2000, he has been involved exclusively in plaintiff's litigation, working on most of the firm's cases, including class actions and major individual claims both in federal and state courts in Oklahoma.  He is admitted to the U.S. District Courts for the Western, Eastern and Northern districts of Oklahoma, as well as the U.S. Court of Appeals for the Tenth Circuit and United States Supreme Court.

## Piper E. John

Piper John graduated from Oklahoma Christian University with a Bachelor of Arts in English.  Subsequently, she graduated from the University of Oklahoma College of Law with a law degree.  Her practice has included solely plaintiff's litigation and has focused on asbestos, breast implant litigation, and medical negligence cases.

## APPELLATE CASES

Members of the Tawwater Law Firm, P.L.L.C. have been involved in numerous appellate decisions, including the following:

- *Wells v. Oklahoma Roofing & Sheet Metal*, 2019 OK 45, --- P.3d ---

- *Flores v. Monumental Life Ins. Co.*, 620 F.3d 1248 (10th Cir. 2010)

- *Davis-Travis v. State Farm Fire & Cas. Co.*, 336 Fec. Appx. 770 (10th Cir. 2009)

- *Cossey v. Cherokee Nation Enterprises, L.L.C.*, 2009 OK 6, 212 P.3d 447

- *Progressive Casualty Ins. Co. v. Engemann*, 268 F.3d 985 (10th Cir. 2001)

- *Rishell v. Jane Phillips Episcopal Memorial Medical Center*, 1996 OK CIV APP 112, 934 P.2d 360

- *Rishell v. Jane Phillips Episcopal Memorial Medical Center*, 94 F.3d 1407 (10th Cir. 1996)

3

- *Ashby v. Harris*, 1996 OK 70, 918 P.2d 744

- *Cannon v. Group Health Services of Oklahoma, Inc.*, 77 F.3d 1270 (10th Cir. 1996)

- *Mustain v. U.S. Fidelity and Guar. Co.*, 1996 OK 98, 925 P.2d 533

- *State v. Dixon*, 1996 OK 15, 912 P.2d 842

- *Stevens v. Blevens*, 1995 OK 6, 890 P.2d 936

- *Rishell v. Jane Phillips Episcopal Memorial Medial*, 12 F.3d 171(10th Cir. 1993)

- *Johnson v. Thompson*, 971 F.2d 1487 (10th Cir. 1992)

- *Slane v. Jerry Scott Drilling Co., Inc.*, 918 F.2d 123 (10th Cir. 1989)

- *Farrell v. Klein Tools, Inc.*, 866 F.2d 1294 (10th Cir. 1989)

- *Day v. Memorial Hosp. of Guymon*, 844 F.2d 728 (10th Cir. 1988)

- *Lee v. Volkswagen of America, Inc.*, 1987 OK 80, 743 P.2d 1067

- *Lee v. Volkswagen of America, Inc.*, 1984 OK 48, 688 P.2d 1283

- *Joyce v. M&M Gas Co.*, 1983 OK 110, 672 P.2d 1172

- *Cowart v. Piper Aircraft Corp.*, 1983 OK 66, 665 P.2d 315

- *Witt v. Martin*, 1983 OK CIV APP 33, 672 P.2d 312

- *Horst v. Sirloin Stockade, Inc.*, 1983 OK 58, 666 P.2d 1285

- *Johnson v. Wade*, 1982 OK 32, 642 P.2d 255

- *Johnson v. Grant Square Bank and Trust Co.*, 1981 OK CIV APP 34, 634 P.2d 1324

- *Love v. Flour Mills of America*, 647 F.2d 1058 (10th Cir. 1981)

- *Jackson v. Fletcher*, 647 F.2d 1020 (10th Cir. 1981)

- *Lyles v. American Hoist & Derrick Co.,* 614 F.2d 691 (10th Cir. 1980)

- *Reeg v. Shaughnessy*, 570 F.2d 309 (10th Cir. 1978)

- *Barnett v. Life Ins. Co. of the Southwest*, 562 F.2d 15 (10th Cir. 1977)

- *Bruce v. Martin_Marietta Corp.*, 544 F.2d 442 (10th Cir. 1976)

- *Walker v. Pacific Basin Trading Co.*, 536 F.2d 344 (10th Cir. 1974)

- *Roberts v. Jack Richards Aircraft Co.*, 1975 OK 72, 536 P.2d 353

- *Gates v. Ford Motor Co.*, 494 F.2d 458 (10th Cir. 1974)