# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **THOMAS SCUDERI**, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>        Defendants. | Case No. 5:19-cv-00522-SLP<br><br>**District Judge Scott L. Palk**<br><br><u>**CLASS ACTION**</u> |
| 1. **JUSTIN NORMANTAS**, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>        Defendants. | Case No. 5:19-cv-00560-SLP<br><br>**District Judge Scott L. Palk**<br><br><u>**CLASS ACTION**</u> |

(Captions continue on following page.)

1. **THE CITY OF SARASOTA GENERAL EMPLOYEES DEFINED BENEFIT PENSION PLAN**, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

v.

1. **MAMMOTH ENERGY SERVICES, INC.**,
2. **ARTY STRAEHLA**, and
3. **MARK LAYTON**,

               Defendants.

Case No. 19-cv-00720

**District Judge Scott L. Palk**

<u>**CLASS ACTION**</u>

**DECLARATION OF IAN D. BERG IN SUPPORT OF THE CITY OF SARASOTA GENERAL EMPLOYEES DEFINED BENEFIT PENSION PLAN MEMORANDUM OF LAW IN OPPOSITION TO THE COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD <u>PLAINTIFF, AND APPROVAL OF SELECTED COUNSEL</u>**

I, Ian D. Berg, hereby declare as follows:

I am an attorney at law admitted *pro hac vice* in this District Court.  I am Of Counsel to the law firm of Abraham, Fruchter & Twersky, LLP, and along with liaison counsel, The Tawwater Law Firm, P.L.L.C., represent the City of Sarasota General Employees Defined Benefit Pension Plan ("City of Sarasota" or the "Movant").  I submit this declaration in support of the City of Sarasota's Memorandum in Opposition to the Competing Motions for Consolidation, Appointment of Lead Plaintiff, and Approval of Selection of Counsel, filed herewith.

Attached hereto are true and correct copies of the following exhibits:

**Exhibit 1:**  The 'Pike County Court Sentencings Listed,' published by The News Eagle on August 5, 2009, which can be access at: www.neagle.com/article/20090805/NEWS/308059985

**Exhibit 2:**  Excerpts from the background report showing Daniel D. Furia's relevant criminal record as provided from the following website: www.instantcheckmate.com

**Exhibit 3:**  Block & Leviton's press releases published on Globe Newswire during the period of May 24, 2019 through June 9, 2019 concerning the class action allegations against Mammoth Energy Services, Inc.

**Exhibit 4:**  The City of Sarasota's losses on its transactions of Mammoth Energy Services, Inc. common stock during the alleged Class Period of October 19, 2017 through June 5, 2019

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 27th day of August 2019.

Respectfully submitted,

By: s/ *Ian D. Berg*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, I electronically transmitted this document to the Clerk of Court using the ECF System for filing, and a copy thereof was electronically served upon all parties receiving notice pursuant to the CM/ECF System.

By: s/ *Ian D. Berg*