# EXHIBIT 1

# The News Eagle

---

# Pike County Court Sentencings Listed

**By Staff reports**

Posted Aug 5, 2009 at 12:01 AM
Updated Aug 5, 2009 at 5:19 AM

In the Pike County Court of Common Pleas, before President Judge John F. Kameen, Thursday, July 30:

In the Pike County Court of Common Pleas, before President Judge John F. Kameen, Thursday, July 30:

• Lisa Salgado, 20, of Williamsport was sentenced to the Pike County Correctional Facility for 15 days to 12 months, pay a fine of $500 and ordered to pay restitution in the amount of $725.45 for the crime of Identity Theft. From September to October 2008, Salgado and her co-defendant, Ashley Turner used a credit card and purchased merchandise totaling $699.33 without the victim's permission.

• Ashley Turner, 20, of Tobyhanna was sentenced to the Pike County Correctional Facility for 15 days to 12 months, pay a fine of $500 and ordered to pay restitution in the amount of $153.68 in the amount of for the crime of Identity Theft. From September to October 2008, Turner and her co-defendant Lisa Salgado used a credit card and purchased merchandise totaling $699.33 without the victim's permission.

• Deshaun Wright, 20, of Bushkill was sentenced to the Pike County Correctional Facility for 15 days to 12 months, pay a fine of $500 and ordered to pay restitution in the amount of $80 for the crime of Access Device Fraud. From August to September 2008, Wright took a check while working construction in the victim's house, and then attempted to use the check account number on an internet site to purchase merchandise.

• Clifford Hall, 45, of Matamoras was sentenced to the Pike County Correctional Facility for 12 to 24 months, pay a fine of $500, and ordered to pay restitution in the amount of $11,817.58 for the crime of Simple Assault. On April 4, Hall repeatedly punched the victim in her face causing injury.

• Peter Griffin, 45, of Milford was sentenced to the Pike County Correctional Facility for 15 months to three years, pay a fine of $1,000 and ordered to pay restitution in the amount of $389.68 for the crimes of Forgery, and Access Device Fraud. From Jan. 4 to Jan. 31, Griffin used a credit card and purchased, merchandise totaling $300. Griffin would sign the victims name to the receipts.

• Daniel Furia, 37, of Towaco, NJ, was sentenced to probation for one year and pay a fine of $500 for the crime of Tampering with Public Records. On Feb. 21, 2008, Furia, applied for a learners permit at the PennDOT Licensing Center using the birth certificate, and social security card, and signature of another individual

• Kurtis Kimble, 21, of Dingmans Ferry was sentenced to probation for one year and pay a fine of $700 for the crime of Possession with Intent to use Drug Paraphernalia. On Oct. 5, 2008, Kimble was found in possession of a glass marihuana smoking bowl.

• Walter Hasenauer, 19, of Dingmans Ferry was sentenced to probation for 18 months, pay a fine of $700 and ordered to pay restitution in the amount of $1489.23 for the crimes of Simple Assault, and Criminal Mischief. On Dec. 27, 2008, Hasenauer tackled the victim to the ground causing the victim to hit his head on a metal railing. Hasenauer then smashed the windshield of a 1992 Toyota Corolla with his fists.

• Anne Caruso, 22, of Sparrowbush, NY, was sentenced to the Pike County Correctional Facility for 30 days to 12 months, pay a fine of $1,050 and had her driver's license suspended for one year for the crimes of Driving Under the Influence, and Possession of Drug Paraphernalia. On September 17, 2008, Caruso was stopped by the State Police on Route 209 in Dingmans Township, Caruso's blood alcohol content was .106%. While stopped Caruso was also found in possession of plastic baggies and a scale.

• Michael Corvest, 44, of Greeley was sentenced to probation for one year and pay a fine of $300 for the crime of Bad Checks. On June 25, 2008, Corvest issued a check to All Tune and Lube for $855 knowing it would not be honored by his bank.

• Daniel Fay, 18, of Dingmans Ferry was sentenced to probation for one year and pay a fine of $300 for the crime of Possession with Intent to use Drug Paraphernalia. On Feb. 28 on Route 84 in Blooming Grove Township, Fay was

found in possession of a glass smoking pipe.

• Linda Ross, 61, of Matamoras was sentenced to pay fines totaling $200 for the crimes of Duty to Give Information and Render Aid, Careless Driving, and Harassment. On June 14, 2008, Ross was involved in an accident hitting another vehicle in the K-Mart parking lot, and did not stay to give information. Upon returning she hit the another victim with her purse.

• Chris Hoehmann, 21, of Matamoras was sentence to the Pike County Correctional Facility for 30 days to six months, pay a fine of $1,000, and had his driver's license suspended for one year for the crime of Driving Under the Influence. On Nov. 28, 2008, Hoehmann was stopped by the Eastern Pike Regional Police Department on Delaware Drive. Hoehmann's blood alcohol content was .102%.

• Arthur Potter, 48, of Jamaica, NY, was sentenced to the Pike County Correctional Facility for three months to one year, pay a fine of $500 and had his driver's license suspended for six months for the crime of Possession of Controlled or Counterfeit Substance. On Oct. 3, 2008, Potter was stopped on Interstate 84 and found in possession of a crack pipe containing crack cocaine.

• Michael Denicola, 63, of Hawley was sentenced to the Pike County Correctional Facility for 72 hours to six months, pay a fine of $1,000 and had his driver's license suspended for on year for the crime of Driving Under the Influence. On July 5, 2008, Denicola was pulled over on Canterbrook Drive, Blooming Grove Township. Denicola's blood alcohol content was .191%.

Editor's Note: This information was provided by the office of Pike County District Attorney Ray Tonkin.