# EXHIBIT 2

 

BACKGROUND REPORT ON

# Daniel
# Furia

Created on
08-15-2019

## ⬤ LIKELY CRIMINAL RECORDS

### JAN. 28, 1992 - CRIMINAL RECORD - DEPT OF CORRECTIONS (FLORIDA)

| | |
|---|---|
| **Source:** | Dept Of Corrections |
| **Source State:** | Florida |
| **First Name:** | Daniel |
| **Last Name:** | Furia |
| **Gender:** | Male |
| **Age:** | 47 |
| **Date of Birth:** | June 24, 1972 |
| **Sex Offender:** | No |
| **Ethnicity:** | Other |
| **Eye Color:** | Blue |
| **Height:** | 5' 7" |

**Jan. 28, 1992 - Offense - Marijuana - Sale/Purchase:**

**Offense Date:**

Jan. 28, 1992

**Crime Location:**

Florida

**Offense Description:**

Marijuana - Sale/Purchase

**National Crime Information Center (NCIC) Code:**

3560 - Marijuana-Sell

**Case Number:**

952664

**Court Name:**

Court

**Disposition:**

Sentenced

**Disposition Date:**

Mar. 27, 1992

### CRIMINAL RECORD - ADMINISTRATIVE OFFICE OF COURTS (NEW JERSEY)

| | |
|---|---|
| **Source:** | Administrative Office Of Courts |
| **Source State:** | New Jersey |
| **First Name:** | Daniel |
| **Last Name:** | Furia |
| **Age:** | 47 |

**Date of Birth:**  June 24, 1972

**Address:**  149 Park Ln, Wayne, NJ 07470

**Sex Offender:**  No

**Possession Cds with Intent to Distribute:**

**Crime Location:**

Passaic, New Jersey

**Crime Type:**

Felony

**Charge Category:**

Criminal/Traffic

**Offense Description:**

Possession Cds with Intent to Distribute

**Case Type:**

Felony

**Case Number:**

PAS92000775FURDAN

**Court Name:**

Passaic Court

**Sentence:**

000y-00m-090

**Probation:**

05y-00m

**Disposition:**

Guilty

## MAR. 27, 1992 - CRIMINAL RECORD - ADMINISTRATIVE OFFICE OF COURTS (NEW JERSEY)

**Source:**  Administrative Office Of Courts

**Source State:**  New Jersey

**First Name:**  Daniel

**Last Name:**  Furia

**Age:**  47

**Date of Birth:**  June 24, 1972

**Sex Offender:**  No

**Mar. 27, 1992 - Incarcer Cond Probation - Possession Cds with Intent TO:**

**Crime Location:**

Passaic, New Jersey

**Crime Type:**

Felony

**Charge Category:**

Criminal/Traffic

**Offense Description:**

Possession Cds with Intent TO

**Case Type:**

Felony

**Case Number:**

92000775FURIADANIEL19720624

**Court Name:**

Passaic County Court

**Sentence:**

000y-00m-090

**Probation:**

5 Year Months

**Disposition:**

Incarcer Cond Probation

**Disposition Date:**

Mar. 27, 1992

## FEB. 21, 2008 - CRIMINAL RECORD - ADMINISTRATIVE OFFICE OF COURTS (PENNSYLVANIA)

| | |
|---|---|
| **Source:** | Administrative Office Of Courts |
| **Source State:** | Pennsylvania |
| **First Name:** | Daniel |
| **Middle Name:** | Dominick |
| **Last Name:** | Furia |
| **Gender:** | Male |
| **Age:** | 47 |
| **Date of Birth:** | June 24, 1972 |
| **Address:** | Towaco, NJ 07082 |
| **Sex Offender:** | No |
| **Ethnicity:** | White |

**Feb. 21, 2008 - Offense - Making False Entry/Alteration of Governmnt Record:**

**Offense Date:**

Feb. 21, 2008

**Crime Location:**

Philadelphia, Pennsylvania

**Charge Category:**

Criminal/Traffic

**Offense Description:**

Making False Entry/Alteration of Governmnt Record

**Grade Of Offense:**

Statute

**Case Number:**

60-3-01CR-0000014-09

**Court Name:**

Pike County Court

**Disposition:**

Waive of Prelim Hear

**Disposition Date:**

Mar. 18, 2009

**Offense Tracking #:**

K 795832-2; District #: 60-3-01; Event: Preliminary Hearing 2009

**Final Charge:**

18, Final Section: 4911, Sub Section: A2

**Feb. 21, 2008 - Offense - Tamper with Public Record/Information:**

**Offense Date:**

Feb. 21, 2008

**Charges Filed Date:**

Mar. 19, 2009

**Crime Location:**

Pike, Pennsylvania

**Crime Type:**

Misdemeanor

**Offense Code:**

4911

**Offense Description:**

Tamper with Public Record/Information

**Grade Of Offense:**

Statute

**Degree Of Offense:**

M2

**Counts:**

1

**Case Type:**

M2

**Case Number:**

CP-52-CR-0000111-2009_FUR_DAN_19720624

**Court Name:**

Pike Court

**Disposition:**

Guilty Plea

**Disposition Date:**

Jun. 4, 2009

**Filing Date:**

Mar. 19, 2009

**City Town:**

Milford Borough

**Disclaimer:**

1

**District Number:**

60301

**Final Charge:**

18

**Offense Tracking Number:**

K7958322

**Sequence:**

1

**Sequence Number:**

1

**Statute Type:**

Statute

**Type of Crime:**

Criminal

**Feb. 21, 2008 - Offense - False Swearing:**

**Offense Date:**

Feb. 21, 2008

**Charges Filed Date:**

Mar. 19, 2009

**Crime Location:**

Pike, Pennsylvania

**Crime Type:**

Misdemeanor

**Crime Classification:**

Misdemeanor

**Offense Code:**

4903

**Offense Description:**

False Swearing

**Grade Of Offense:**

Statute

**Degree Of Offense:**

M3

**Case Type:**

Court Case

**Case Number:**

MJ-60301-CR-0000014-2009_FUR_DAN_19720624

**Court Name:**

Pike Court

**Disposition:**

Waived for Court

**Disposition Date:**

Mar. 18, 2009

**Filing Date:**

Mar. 19, 2009