# EXHIBIT 3

**BLOCK & LEVITON LLP**

*Source:* *Block & Leviton LLP*

*May 24, 2019 18:22 ET*

# Mammoth Energy Investigated by Block & Leviton LLP For Violations of Federal Securities Laws

BOSTON, May 24, 2019 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockesq.com), a national securities litigation firm, is investigating whether Mammoth Energy Services, Inc. (NASDAQ: TUSK) and certain of its officers and directors violated federal securities laws.

On May 24, 2019, the Wall Street Journal published an article titled, "FEMA Official Probed Over Puerto Rico Power Restoration". According to the article, a high-ranking Federal Emergency Management Agency official who oversaw the reconstruction of Puerto Rico's electrical grid is under investigation for allegedly steering post-hurricane work to one of Mammoth's subsidiaries. The subsidiary had signed separate contracts worth up to $900 million and $945 million to repair downed transmission and distribution lines in Puerto Rico.

Following this article, Mammoth's share price dropped more than 4%.

We are investigating the possibility of filing a lawsuit against Mammoth. If you have purchased or otherwise acquired Mammoth securities and have questions about your legal rights, or possess information relevant to this investigation, you are encouraged to contact attorney Dan DeMaria at (888) 868-2385, by email at dan@blockesq.com, or by visiting http://shareholder.law/cases/?case=mammoth.

Block & Leviton LLP was recently ranked 4th among securities litigation firms by ISS for recoveries in 2017. The firm represents many of the nation's largest institutional investors and numerous individual investors in securities litigation throughout the country. Indeed, its lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP
Dan DeMaria
(617) 398-5660 phone
260 Franklin Street, Suite 1860
Boston, MA 02110
dan@blockesq.com

SOURCE Block & Leviton LLP

**BLOCK & LEVITON LLP**

*Source:* *Block & Leviton LLP*

*June 06, 2019 12:17 ET*

## Mammoth Energy Investigated by Block & Leviton LLP For Violations of Federal Securities Laws

BOSTON, June 06, 2019 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockesq.com), a national securities litigation firm, continues to investigate whether Mammoth Energy Services, Inc. (NASDAQ: TUSK) and certain of its officers and directors violated federal securities laws.

On June 5, 2019, the Wall Street Journal published an article titled, "Puerto Rico Grid Contractor Caught Up in Federal Probes". According to the article, the Department of Homeland Security's Inspector General is investigating one of Mammoth Energy's subsidiaries in Puerto Rico to determine how the company came to dominate the power restoration efforts there since 2017. The Federal Bureau of Investigation opened a related criminal investigation.

Following this news, Mammoth Energy's share price dropped more than 45%.

We are investigating the possibility of filing a lawsuit against Mammoth Energy. If you have purchased or otherwise acquired Mammoth Energy securities and have questions about your legal rights, or possess information relevant to this investigation, you are encouraged to contact attorney Dan DeMaria at (888) 868-2385, by email at dan@blockesq.com, or by visiting http://shareholder.law/cases/?case=mammoth.

Block & Leviton LLP was recently ranked 4th among securities litigation firms by ISS for recoveries in 2017. The firm represents many of the nation's largest institutional investors and numerous individual investors in securities litigation throughout the country. Indeed, its lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP
Dan DeMaria
(617) 398-5660 phone
260 Franklin Street, Suite 1860
Boston, MA 02110
dan@blockesq.com

SOURCE Block & Leviton LLP

**BLOCK & LEVITON LLP**

*Source:* Block & Leviton LLP

*June 09, 2019 19:19 ET*

## Mammoth Energy Shareholder Litigation: Block & Leviton LLP Encourages Shareholders to Contact The Firm

BOSTON, June 09, 2019 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockesq.com), a national securities litigation firm, announces that a securities fraud class action has been filed against Mammoth Energy Services Inc. (NASDAQ: TUSK), and certain of its officers. Shareholders who lost money on their investments are encouraged to contact Block & Leviton LLP to learn more.

The pending lawsuit alleges that between October 19, 2017 through June 5, 2019 (the "Class Period"): (1) Mammoth Energy's subsidiary, Cobra, improperly obtained infrastructure contracts in Puerto Rico which totaled over $1.8 billion; (2) and that as a result, Defendants' statements about Mammoth Energy's business, operations and prospects were materially false and/or misleading.

When the truth became known, Mammoth Energy's share price dropped more than 45%.

If you purchased Mammoth Energy shares during the Class Period and want to become involved in the litigation or have questions about your legal rights, you are encouraged to contact Block & Leviton LLP at (617) 398-5660, by email at dan@blockesq.com, or by visiting http://shareholder.law/cases/?case=mammoth.

As a member of the class, you may seek to file a motion to serve as a lead plaintiff or take no action and remain an absent class member. If you wish to serve as a lead plaintiff, you must move the Court no later than August 6, 2019.

The complaint in this case was filed in the United States District Court, Western District of Oklahoma, and is captioned Scuderi v. Mammoth Energy Services Inc., et al., No. 19-cv-522.

Block & Leviton LLP was recently ranked 4th among securities litigation firms by ISS for recoveries in 2017. The firm represents many of the nation's largest institutional investors and numerous individual investors in securities litigation throughout the country. Indeed, its lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP
Dan DeMaria
(617) 398-5660 phone
260 Franklin Street, Suite 1860
Boston, MA 02110
dan@blockesq.com

SOURCE Block & Leviton LLP