# EXHIBIT 4

**Losses Chart:**

**Security:**        **Mammoth Energy Services, Inc.**
**Ticker:**          **TUSK (NASDAQ)**
**Entity:**          **City of Sarasota General Employees Defined Benefit Pension Plan**
**Class Period:**    **October 19, 2017 through June 5, 2019**

| Trade Date | Transaction Type | Shares | Price Per Share | Total Amount |
|---|---|---|---|---|
| **Opening Balance** | | 0 | | |
| 07/20/2018 | Purchase | 300 | 37.3474 | ($11,204.22) |
| 07/20/2018 | Purchase | 400 | 37.3700 | ($14,948.00) |
| 07/20/2018 | Purchase | 200 | 37.2300 | ($7,446.00) |
| 07/23/2018 | Purchase | 100 | 37.3300 | ($3,733.00) |
| 07/23/2018 | Purchase | 584 | 37.3801 | ($21,829.98) |
| 07/23/2018 | Purchase | 100 | 37.4250 | ($3,742.50) |
| 07/23/2018 | Purchase | 100 | 37.3750 | ($3,737.50) |
| 07/24/2018 | Purchase | 645 | 36.7571 | ($23,708.33) |
| 07/24/2018 | Purchase | 100 | 36.8150 | ($3,681.50) |
| 07/25/2018 | Purchase | 500 | 35.8228 | ($17,911.40) |
| 07/26/2018 | Purchase | 121 | 35.7480 | ($4,325.51) |
| 11/02/2018 | Purchase | 112 | 24.6949 | ($2,765.83) |
| 11/02/2018 | Purchase | 800 | 26.1220 | ($20,897.60) |
| 11/02/2018 | Purchase | 100 | 25.8450 | ($2,584.50) |
| 11/05/2018 | Purchase | 279 | 26.4859 | ($7,389.57) |
| 11/06/2018 | Purchase | 200 | 26.4355 | ($5,287.10) |
| 11/07/2018 | Purchase | 600 | 27.6905 | ($16,614.30) |
| 11/08/2018 | Purchase | 300 | 27.1558 | ($8,146.74) |
| 11/09/2018 | Purchase | 100 | 26.0655 | ($2,606.55) |
| 11/12/2018 | Purchase | 109 | 26.1115 | ($2,846.15) |
| 12/20/2018 | Purchase | 1,100 | 18.2673 | ($20,094.03) |
| 12/28/2018 | Purchase | 310 | 18.0500 | ($5,595.50) |
| 01/11/2019 | Sale | (154) | 22.1800 | $3,415.72 |
| 01/11/2019 | Sale | (30) | 22.0950 | $662.85 |
| 01/11/2019 | Sale | (30) | 22.2087 | $666.26 |
| 01/11/2019 | Sale | (10) | 22.1575 | $221.58 |
| 01/14/2019 | Sale | (200) | 22.0286 | $4,405.72 |
| 01/14/2019 | Sale | (30) | 21.7734 | $653.20 |
| 01/15/2019 | Sale | (46) | 22.0368 | $1,013.69 |
| 01/15/2019 | Sale | (50) | 22.1065 | $1,105.33 |

1

| Trade Date | Transaction Type | Shares | Price Per Share | Total Amount |
|---|---|---|---|---|
| 05/20/2019 | Sale | (209) | 14.0188 | $2,929.93 |
| 05/20/2019 | Sale | (180) | 14.0100 | $2,521.80 |
| 05/20/2019 | Sale | (90) | 14.0000 | $1,260.00 |
| 05/20/2019 | Sale | (90) | 14.0100 | $1,260.90 |
| 05/20/2019 | Sale | (90) | 14.0100 | $1,260.90 |
| 05/20/2019 | Sale | (90) | 13.9950 | $1,259.55 |
| 05/20/2019 | Sale | (280) | 13.9350 | $3,901.80 |
| 05/21/2019 | Sale | (563) | 14.1296 | $7,954.96 |
| 05/22/2019 | Sale | (200) | 13.3141 | $2,662.82 |
| 05/22/2019 | Sale | (600) | 13.4023 | $8,041.38 |
| 05/23/2019 | Sale | (300) | 12.3367 | $3,701.01 |
| 05/24/2019 | Sale | (190) | 11.9203 | $2,264.86 |
| **Post-Class** | | | | |
| 06/06/2019 | Sale | (3,728) | 7.0643 | $26,335.71 |
| **Total Losses:** | | | | **($133,595.84)** |

2