# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

THOMAS SCUDERI, individually and on behalf of all others similarly situated, )
)
)
)
)
Plaintiff(s), )
)
v. )  Case No. 5:19-cv-00522-SLP
)
MAMMOTH ENERGY SERVICES, INC., et al., )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiff / Movant__, __The City of Sarasota General Employees Defined Benefit Pension Plan__.
(Plaintiff/Defendant)                    (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ **Atara Hirsch**            **8/28/2019**
Signature                        Date

**Atara Hirsch**
Print Name

**Abraham, Fruchter & Twersky, LLP**
Firm

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

**One Penn Plaza, Suite 2805**
Address

**New York**          **NY**          **10119**
City                 State          Zip Code

**(212) 279-5050**
Telephone

**ahirsch@aftlaw.com**
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on August 28, 2019, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Atara Hirsch
s/ Attorney Name