**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1. **THOMAS SCUDERI**, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>        Defendants. | Case No. 5:19-cv-00522-SLP<br><br>**District Judge Scott L. Palk**<br><br><u>**CLASS ACTION**</u> |
| 1. **JUSTIN NORMANTAS**, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>1. **MAMMOTH ENERGY SERVICES, INC.**,<br>2. **ARTY STRAEHLA**, and<br>3. **MARK LAYTON**,<br><br>        Defendants. | Case No. 5:19-cv-00560-SLP<br><br>**District Judge Scott L. Palk**<br><br><u>**CLASS ACTION**</u> |

(Captions continue on following page.)

1. **THE CITY OF SARASOTA GENERAL EMPLOYEES DEFINED BENEFIT PENSION PLAN**, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

1. **MAMMOTH ENERGY SERVICES, INC.,**
2. **ARTY STRAEHLA**, and
3. **MARK LAYTON**,

Defendants.

Case No. 19-cv-00720

**District Judge Scott L. Palk**

<u>**CLASS ACTION**</u>

---

**THE CITY OF SARASOTA GENERAL EMPLOYEES DEFINED BENEFIT PENSION PLAN'S REPLY IN SUPPORT OF ITS MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND <u>APPROVAL OF SELECTION OF COUNSEL</u>**

The City of Sarasota General Employees Defined Benefit Pension Plan (the "City of Sarasota" or the "Movant") respectfully submits this reply brief in further support of its motion for appointment as Lead Plaintiff and approval of its selection of counsel.

As set forth in the City of Sarasota's Opposition brief (Dkt. 34), movant Daniel D. Furia's criminal record involving crimes of dishonesty renders the Furia Family inadequate to serve as a fiduciary of the putative class.   Moreover, Daniel D. Furia's convictions and character concerns notwithstanding, the Furia Family has failed to establish how they would function as a "group" leading this litigation, which is a basic requirement for *any* group – including related individuals – to establish their adequacy and ability to control the litigation.   To that end, the Furia Family has had two rounds of briefing to submit a joint declaration explaining, among other things, the nature of their relationship to each other, how they would resolve any internal conflicts, and affirming their intentions to cooperate in the prosecution of this action – which are basic questions that are routinely required to be addressed when appointing groups as lead plaintiff.   Daniel D. Furia's past transgressions and the Furia Family's failure to justify their group are more than sufficient grounds to deny appointing them as Lead Plaintiff.

The Furia Family may now attempt to address these concerns in their reply brief, to which the City of Sarasota will not have the opportunity to respond.  If so, the City of Sarasota respectfully submits that the Court inquire as to reasons for the Furia Family's failure to timely establish and justify its adequacy in light of these issues.

In addition, it is possible that the remaining members of the Furia Family will attempt to remove Daniel D. Furia from the group and continue with their application to

1

be appointed Lead Plaintiff.    Although this would be improper under the PSLRA, it would also be ineffective, as the City of Sarasota suffered greater losses ($133,595.84) than those claimed by Vincent Furia ($65,189.63) and Sharon Furia ($64,292.45) combined ($129,484.08), and thus, the City of Sarasota would be the presumptive most adequate plaintiff.

Accordingly, the City of Sarasota respectfully requests that the Court: (1) consolidate the Actions; (2) appoint the City of Sarasota as Lead Plaintiff; and (3) approve the City of Sarasota's selection of Abraham, Fruchter & Twersky, LLP as Lead Counsel, and The Tawwater Law Firm, P.L.L.C. as Liaison Counsel.

Dated: September 3, 2019                          Respectfully submitted,

By: s/ *Ian D. Berg*

Ian D. Berg (admitted *Pro Hac Vice*)
ABRAHAM, FRUCHTER & TWERSKY, LLP
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel. (858) 764-2580
Fax (858) 764-2582
*IBerg@aftlaw.com*

Mitchell M.Z. Twersky (admitted *Pro Hac Vice*)
Atara Hirsch (admitted *Pro Hac Vice*)
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, New York 10119
Tel. (212) 279-5050
Fax (212) 279-3655
*MTwersky@aftlaw.com*
*AHirsch@aftlaw.com*

*Counsel for the City of Sarasota General*
*Employees Defined Benefit Pension Plan and*
*Proposed Lead Counsel for the Class*

2

Larry A. Tawwater, OBA # 8852
Darren M. Tawwater, OBA # 18854
THE TAWWATER LAW FIRM, P.L.L.C.
14001 Quail Springs Pkwy
Oklahoma City, Oklahoma 73134
Tel. (405) 607-1400
Fax (404) 607-1450
*LAT@tawlaw.com*
*DTaw@tawlaw.com*

*Proposed Liaison Counsel for the Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, I electronically transmitted this document to the Clerk of Court using the ECF System for filing, and a copy thereof was electronically served upon all parties receiving notice pursuant to the CM/ECF System.

By: s/ *Ian D. Berg*

4