**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| THOMAS SCUDERI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA and MARK LAYTON,<br><br>    Defendants. | Case No. CIV 19-522-SLP |

**DECLARATION OF SHARON FURIA IN SUPPORT
OF MOTION FOR APPOINTMENT AS LEAD
PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL**

The undersigned, under penalty of perjury under the laws of the United States of America, declare as follows:

1.    I respectfully submit this Declaration in support of my motion, along with Daniel Furia (my husband's son) and Vincent Furia (my husband's brother), for appointment as Lead Plaintiffs in the above-referenced action and approval of our selection of Block & Leviton LLP as Lead Counsel and Jones, Gotcher & Bogan, P.C. as Liaison Counsel (the "Motion"). I have personal knowledge about the information in this Declaration.

2.    I, along with Daniel and Vincent, suffered significant losses on our investment in Mammoth Energy Services, Inc. ("Mammoth"). After consultation with our investment advisor, we decided to retain Block & Leviton to represent us in this lawsuit and we have each, individually, agreed to retain Block & Leviton as our counsel. I understand that Block & Leviton has engaged Jones, Gotcher & Bogan as our Oklahoma counsel.

3.    I have discussed with Daniel and Vincent pursuing this lawsuit against Mammoth and we have all agreed to act together in pursuing this case.

1

Doc ID: c47740cb4ccb5e3b75668af66946889d87e60bfe

4.    I discussed with our counsel our duties and responsibilities to be Lead Plaintiffs in the case and have agreed to fulfill this role and undertake these responsibilities. I understand that we have an obligation to oversee the efforts of Block & Leviton in prosecuting the action including keeping informed of the case developments and insuring a full and fair recovery for ourselves and the class. Given that we, collectively, have lost almost $1 million, we are highly motivated to recover as much of our losses as possible.

5.    I believe that the Court should appoint us as Lead Plaintiffs because we are sophisticated investors with a significant financial interest in the outcome of the litigation and we have the capability and competency to oversee this litigation to a successful conclusion.

6.    I am capable of actively participating in this action and am committed to doing so, in part by working with Block & Leviton to obtain the best possible recovery for the Class in an efficient manner.

7.    Before deciding to seek appointment as Lead Plaintiffs, I carefully considered the merits of this action and our respective losses. I reviewed the filed complaint and discussed the merits of the case and our losses with Block & Leviton.

8.    I understand that one of our primary responsibilities will be overseeing Lead Counsel to ensure that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation.

9.    I understand that each of us could have chosen to pursue individual actions, made a motion for appointment as Lead Plaintiff individually, or taken no action and remained absent class members. However, based on our respective financial losses and desire to actively oversee this litigation, I affirmatively decided that it would be a benefit to ourselves and the Class we seek to represent if we sought appointment as Lead Plaintiffs in a cohesive group.

Doc ID: c47740cb4ccb5e3b75668af66946889d87e60bfe

10.    I am committed to the zealous prosecution of this case and will remain actively involved in it, including through our attendance at deposition and trial, if necessary. I understand that if appointed I owe a fiduciary duty to all members of the putative class to provide fair and adequate representation and to work with Block & Leviton to obtain the largest possible recovery for the class consistent with good faith and vigorous advocacy.

11.    I, along with Daniel and Vincent, will be in regular contact with Block & Leviton to discuss the status of the litigation and ensure its proper prosecution. Daniel, Vincent and I will share decision making responsibilities over the case and, we are unable to reach unanimity, we will allow a majority vote to decide our course of action. We have selected Block & Leviton in this action based upon their experience and resources, and we are confident in our ability to work with our counsel to protect the interest of the Class.

12.    I understand that, as Lead Plaintiffs in this action, we are subject to the jurisdiction of the Court and will be bound by all rulings of the Court, including rulings regarding any judgments.

13.    As Lead Plaintiffs, I understand that we shall be responsible for directing the activities of our counsel for the duration of the litigation, who shall:

    a.  Determine and present the position of Lead Plaintiffs on all matters that may arise during litigation of the action;

    b.  Coordinate the initiation of and conduct discovery on behalf of Lead Plaintiffs, including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

    c.  Conduct settlement negotiations on behalf of Lead Plaintiffs;

Doc ID: c47740cb4ccb5e3b75668af66946889d87e60bfe

d. Negotiate and enter into those stipulations with opposing counsel necessary for the conduct of the litigation;

e. Retain expert consultants and witnesses;

f. Prepare and distribute periodic status reports to the Co-Lead Plaintiffs;

g. Maintain adequate time and disbursement records covering services as Lead Counsel; and

h. Perform such other duties as may be incidental to the proper and efficient coordination of the litigation or which may be authorized by further order of the Court.


Signed under penalties of perjury under the laws of the United States of America on 09/03/2019

_____.


_____

Sharon Furia

4

Doc ID: c47740cb4ccb5e3b75668af66946889d87e60bfe