## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS SCUDERI, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, and MARK LAYTON,<br><br>   Defendants. | Case No. CIV-19-522-SLP |
| JUSTAS NORMANTAS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, and MARK LAYTON,<br><br>   Defendants. | Case No. CIV-19-560-SLP |

## DECLARATION OF QUALIFICATIONS
## OF LOCAL COUNSEL

**COMES NOW,** Daniel, Vincent, and Sharon Furia (the "Furia Family", or "Movants) and

pursuant to the Court's Orde (Dkt.# 24), submits this Declaration of C. Michael Copeland of the

Tulsa Oklahoma law firm of Jones, Gotcher & Bogan, P.C. (hereinafter "Copeland") in support of

Movants' motion to appoint the law firm of Jones, Gotcher & Bogan, P.C as Local Counsel for the Plaintiffs herein. Jones, Gotcher & Bogan, P.C has served as Plaintiff's or Defendant's local counsel in the following Securities Class Action cases:

1. *In Re Syntroleum Corp Shareholder Litigation*, No. CJ-2013-5807, In the District Court of Tulsa County.

2. *Juergen Krueger, et al. v. ONEOK PARTNERS, L.P., et al.*, No. 17-CV-00161-GFK-TLW, In the United States District Court for the Northern District of Oklahoma.

3. *Max Federman, et al. v. ONEOK PARTNERS, L.P., et al.*, No. 17-CV-00183-GFK-FHM, In the United States District Court for the Northern District of Oklahoma.

4. *David Bergman, et al. v. Southwest Bancorp, Inc., et al.*, No.CIV-17-0852-HE, In the United States District Court for the Western District of Oklahoma.

5. *Maria Comeaux, et al. v. Seventy Seven Energy, Inc., et al.*, No. CIV-17-191-M, In the United States District Court for the Western District of Oklahoma.

6. *Martha Donelson, et al. v. United States of America, et al.*, No. 14-CV-0316-CVE-FHM, In the United States District Court for the Northern District of Oklahoma.

7. *Earl Tillery, et al. v. Transamerica Assurance Company, et al.*, No. 99-CV-0269H, In the United States District Court for the Northern District of Oklahoma.

8. *American Fidelity Assurance Company v. Countrywide Financial Corporation, et al.*, 11-cv-00361-D, In the United States District Court for the Western District of Oklahoma.

Copeland, who is a partner of Jones, Gotcher & Bogan, P.C., has acted as counsel in these cases. Attached hereto as Exhibit "A" is the general resumé of Jones, Gotcher & Bogan for the Court's review.

September 18, 2019                              Respectfully submitted,

                                               /s/ C. Michael Copeland
                                               C. Michael Copeland OBA No. 13261
                                               **JONES, GOTCHER & BOGAN P.C.**
                                               3800 First Place Tower
                                               15 East 5th Street
                                               Tulsa, Oklahoma 74103
                                               (918) 581-8200 phone
                                               (918) 583-1189 fax
                                               mcopeland@jonesgotcher.com

                                               *Counsel to the Furia Family and*
                                               *Proposed Local Counsel*

                                               Jeffrey C. Block, *pro hac vice forthcoming*
                                               Jacob A. Walker, *pro hac vice forthcoming*
                                               **BLOCK & LEVITON LLP**
                                               260 Franklin Street, Suite 1860
                                               Boston, MA 02110
                                               (617) 398-5600 phone
                                               jeff@blockesq.com
                                               jake@blockesq.com

                                               *Counsel to the Furia Family*
                                               *and Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2019, I electronically transmitted the attach document to the Clerk of the Court using the ECF System for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

                                               s/ C. Michael Copeland
                                               C. Michael Copeland

3