## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE MAMMOTH ENERGY SERVICES,    )
INC. SECURITIES LITIGATION    )    Case No.: CIV-19-522-SLP

## DECLARATION OF QUALIFICATIONS
## OF LOCAL COUNSEL

Daniel, Vincent, and Sharon Furia (the "Furia Family", or "Movants) pursuant to the Court's Order (Dkt.# 24), respectfully submit this Declaration of C. Michael Copeland of the Tulsa Oklahoma law firm of Jones, Gotcher & Bogan, P.C. (hereinafter "Copeland") in support of Movants' motion to appoint the law firm of Jones, Gotcher & Bogan, P.C as Local Counsel for the Plaintiffs herein.  Jones, Gotcher & Bogan, P.C has served as Plaintiff's or Defendant's local counsel in the following Securities Class Action cases:

1. *In Re Syntroleum Corp Shareholder Litigation*, No. CJ-2013-5807, In the District Court of Tulsa County.

2. *Juergen Krueger, et al. v. ONEOK PARTNERS, L.P., et al.*, No. 17-CV-00161-GFK-TLW, In the United States District Court for the Northern District of Oklahoma.

3. *Max Federman, et al. v. ONEOK PARTNERS, L.P., et al.*, No. 17-CV-00183-GFK-FHM, In the United States District Court for the Northern District of Oklahoma.

4. *David Bergman, et al. v. Southwest Bancorp, Inc., et al.*, No.CIV-17-0852-HE, In the United States District Court for the Western District of Oklahoma.

5. *Maria Comeaux, et al. v. Seventy Seven Energy, Inc., et al.*, No. CIV-17-191-M, In the United States District Court for the Western District of Oklahoma.

6. *Martha Donelson, et al. v. United States of America, et al.*, No. 14-CV-0316-CVE-FHM, In the United States District Court for the Northern District of Oklahoma.

7. *Earl Tillery, et al. v. Transamerica Assurance Company, et al.*, No. 99-CV-0269H, In the United States District Court for the Northern District of Oklahoma.

8. *American Fidelity Assurance Company v. Countrywide Financial Corporation, et al.*, 11-cv-00361-D, In the United States District Court for the Western District of Oklahoma.

Copeland, who is a partner of Jones, Gotcher & Bogan, P.C., has acted as counsel in these cases. Attached hereto as Exhibit "A" is the general resumé of Jones, Gotcher & Bogan, P.C. for the Court's review.

September 19, 2019                                    Respectfully submitted,


/s/ C. Michael Copeland
C. Michael Copeland OBA No. 13261
**JONES, GOTCHER & BOGAN P.C.**
3800 First Place Tower
15 East 5th Street
Tulsa, Oklahoma 74103
(918) 581-8200 phone
(918) 583-1189 fax
mcopeland@jonesgotcher.com

*Counsel to the Furia Family and*
*Proposed Local Counsel*

Jeffrey C. Block, *pro hac vice forthcoming*
Jacob A. Walker, *pro hac vice forthcoming*
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockesq.com
jake@blockesq.com

*Counsel to the Furia Family*
*and Proposed Lead Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I electronically transmitted the attach document to the Clerk of the Court using the ECF System for filing. Based on the records on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the ECF registrants of record.

s/ C. Michael Copeland
C. Michael Copeland

3