# JONES GOTCHER
### *Attorneys and Counselors*

## INTEGRITY FIRST.

Exhibit A



From the time we opened our doors, the partners at Jones Gotcher have insisted on practicing law with integrity. More than fifty years later, we still insist on high standards.

A mid-sized Tulsa firm, we're large enough to accept any assignment – but never at the expense of personal attention. We treat our clients with the same respect that we have for the law.

Jones Gotcher, a 30-person firm, bears the distinct honor of being listed in the Bar Register of Preeminent Lawyers and has fostered three State Bar Presidents, five Tulsa County Bar Association Presidents, and an American Bar Association Board of Governors member.

# Firm Philosophy.

Our partners, associates and paralegals feel strongly that practicing law is a privilege. We view our profession as a lifelong commitment to serving others – and that our clients deserve only our most steadfast attention.

**Recruitment:** Lawyers join the firm after participating in a recruiting process which stresses integrity, academic distinction, leadership and a demonstrated ability to interact socially.

**Continuing Education:** The firm believes that the law is a profession, and, as such, a lifelong educational process. All lawyers participate in a continuing training and development program which includes attendance yearly at nationally recognized continuing education programs. Annually, several of the firm's shareholders and associates speak at statewide continuing education programs.

**Community:** Jones Gotcher recognizes that involvement in professional associations in the community is an important aspect of professionalism. That involvement allows the development of valuable relationships which aid in advising and representing clients toward desired results, in addition to giving to and benefitting the community. Our attorneys know that service isn't just reserved for clients – it's also for our city.

As you view the attorneys' biographical articles, you will see the extensive involvement by Jones Gotcher's shareholders and associates in professional associations. Further, you will see that the members of the firm have been particularly active in professional, academic and civic affairs.

**Professional Involvement:** Over the years, Jones Gotcher has produced three State Bar Association Presidents, five Tulsa County Bar Association Presidents and Governors of the American Bar Association. Many firm members and past members have served numerous years as:

- Lawyer-elected members of the Oklahoma Judicial Nominating Commission
- First lawyer-chairman of the Commission
- Elected fellowships in the American College of Trial Lawyers, American College of Real Estate Lawyers and the American College of Probate Counsel
- Masters, barristers or pupils in the prestigious American Inns of Court
- National Director of the American Judicature Society
- Directors and leaders of civic organizations such as the Tulsa Philharmonic, Hillcrest Hospital, the Tulsa Ballet, Tulsa Zoo Friends, Tulsa Boys Home, Salvation Army, Downtown Tulsa Unlimited, Philbrook Masters Society … and others

**The Client's Money:** We believe our clients are best served by our maintaining a balance of agility and depth. We are committed to assigning the appropriate number of lawyers to staff to effectively handle any case. At the same time, we're equally committed to giving our clients our undivided attention. Jones Gotcher encourages the use of certified legal assistants (paralegals), when appropriate, as a cost-effective way to address a client's needs. Paralegals are trained, experienced members of the firm's professional staff who work under the direct supervision of a lawyer. By using their skills in document review, routine governmental filings, witness interviews and certain document preparation, the client receives quality service at a rate substantially less than that charged by a lawyer.

**Lastly, we are pleased to assure our clients that their banking, debit or credit card information is secure when transacting business with Jones Gotcher.**

**Office Mechanics:** Our support staff is equipped with state-of-the-art electronic equipment to speed document preparation and reduce overall time spent in transactional and briefing work. Our support staff has combined experience of more than 200 years in the field of legal support. Jones Gotcher provides overall resources necessary to give excellent legal representation to its clients on both a situational and a day-to-day basis. Whether it be planning, drafting documents, licensing, negotiating or litigating, Jones Gotcher's interdisciplinary approach is designed for clients to have all their legal needs served by one firm.




# FOCUS.

While Jones Gotcher maintains a general practice law firm, we believe that our emphasis in numerous practice areas has established diversity - not dilution.

## *Areas Of Practice.*

| | |
|---|---|
| Banking and Financial | Environmental |
| Bankruptcy | Family Law |
| Business Law | Governmental |
| Construction | Insurance Defense |
| Corporate Law | Litigation<br>*All Types of Complex Litigation Class Action* |
| Education | Real Estate |
| Employment Law | Trademark and Copyright |
| Energy | Trusts and Estates |



*Each lawyer at Jones Gotcher is dedicated to professionalism, integrity, and service.*




# RESULTS.

As a brief example of the wide array of matters handled by Jones Gotcher, consider the following results:

## *Business, Banking & Real Estate Transactions*

- Handled all legal matters in development of $25 million premier Tulsa shopping center.
- Represented Native American tribe in acquisition of controlling interest of publicly traded company.
- Represented buyers and sellers in numerous corporate mergers and acquisitions.
- Represented investment group in its $13 million acquisition of premier commercial property.
- In one year alone, handled securitization of commercial loans in excess of $50 million.
- Represented various local companies in the acquisition, merger and sale of businesses in excess of $10 million in one year.
- Negotiate and handle over $50 million of sales contracts each year for national and international manufacturing and engineering companies.

## *Litigation & Arbitration*

- Served as lead counsel for Major League Baseball Players' Association in landmark litigation involving copyright infringement issues. See *Cardtoons v. MLPBA*
- Successfully defeated class action effort in major airline labor litigation.
- Successfully arbitrated for our lessee-client disputes arising from a patent and technology license wherein licensor sought damages in excess of $14 million.
- Successfully arbitrated a construction dispute for our owner-client concerning foundation defects which required remedial expenditures in excess of $1.5 million, recovering an award for the full amount of remedial expense.
- Successfully defended to jury verdict products liability claims against client in the business of renting and selling construction equipment wherein plaintiffs sought damages in excess of $1 million.



JG



# RESULTS.

- Successfully defended (dismissal affirmed on appeal) class action claims seeking damages in excess of $50 million against insurance company client for alleged fraud in sale of group life insurance plan.
- Successfully defended (claims dismissed under settlement agreement requiring no payment by client) securities fraud claims seeking indemnity against claims in excess of $75 million from investment advisor client.
- Represented public utility in $50 million suit over defects in construction of coal fired power plant.
- Achieved numerous defense verdicts / directed verdicts in EEOC cases.
- Successfully prosecuted multi-million dollar commercial arbitration case on behalf of higher education institution against architects, contractors, and inspectors involving defective construction of campus facility.
- Successfully defended $100 million antitrust claim against major media network.
- Representation of major real estate brokerage firms in Oklahoma, Texas and New Mexico in professional negligence cases.
- Successfully defended numerous multi-million dollar commercial arbitration cases.
- Conducted international discovery in federal court litigation involving $55 million land and building acquisition.

*Jones Gotcher combines its philosophies of Integrity, Personal Attention and Service to achieve Results for the firm's clientele.*



Jack L. Brown

Jack Brown has been practicing law for over thirty years.  Mr. Brown's practice areas are corporate trust and estate litigation, estate planning and corporate transactional law.

He has long been active in the Tulsa County Bar Association, having served as a board member and on numerous committees. The association awarded him for Outstanding Service to the Bar in 1989 and as Tulsa's Outstanding Young Lawyer in 1990. He served on the Board of Governors for the American Bar Association from 1993-1996, and chaired the Judicial Division in 2009-2010 while continuing to remain active in numerous positions.  He is currently serving on the Council of the Individual Rights and Responsibilities Section and the ABA Standing Committee on Federal Judicial Improvements.  He is also an Oklahoma Fellow of the American Bar Foundation, and is a 2008-2010 member of the Board of Governors of the Oklahoma Bar Association.  Mr. Brown received the Neil Bogan Professionalism Award from the OBA in 2010, and chaired the OBA Bench and Bar Committee from 2005-2010. Mr. Brown is currently serving as Chair for the MCLE Commission for the State Bar Association and will serve as President of the Oklahoma Bar Foundation in 2015.

Mr. Brown has held leadership positions in numerous community organizations. He is a former president of Legal Aid Services of Oklahoma and a 20-year plus member of its board, and is a former chairman of the Tulsa Metropolitan Utility Authority.  Mr. Brown was selected by peers, executives and Judges as one of Tulsa's top lawyers for Estates and Trusts, as published by the Tulsa Business Journal.  This selection was limited to 30 of Tulsa's lawyers.  In 2008, and thereafter, Mr. Brown was elected by his peers as an Oklahoma Super Lawyer, a privilege limited to only five percent of all lawyers in Oklahoma.  He is a member of all Oklahoma Federal District Courts, the Tenth Circuit U.S. Court of Appeals and the U.S. Supreme Court.  Mr. Brown received his bachelor's degree from the University of Oklahoma and his law degree from the University of Tulsa.

John W. Cannon

John Cannon, shareholder and director to Jones Gotcher, has been practicing law for almost twenty years.  He received his Bachelor's Degree in Finance from Oral Roberts University, magna cum laude, in 1989, and his law degree from the University of Tulsa, with Honors, in 1993.

He was admitted to practice law in 1993 and was admitted as a member of the U.S. District Courts for the Northern, Western and Eastern Districts and Bankruptcy Districts of Oklahoma, including the Tenth Circuit U.S. Court of Appeals.  Mr. Cannon has also practiced in various arbitration and mediation forums domestically and internationally through the American Arbitration Association and the International Centre for Dispute Resolution.

Mr. Cannon's practice centers on the area of corporate law with an emphasis in corporate compliance, complex commercial litigation and arbitration, bankruptcy and reorganization, mergers and acquisitions, international commerce, commercial real estate, and wills, trusts and probate.  Mr. Cannon is an AV-rated lawyer by Martindale-Hubbell, the highest rating offered by that organization, based upon evaluation of attorney peers and judges. Mr. Cannon  has been named to the list of Tulsa's Top Lawyers in 2011 and 2012 and one of Oklahoma's Top Rated Lawyers for 2012.

Mr. Cannon has participated and held various leadership positions in community organizations.  He is a current member of the Oklahoma Bar Association, Tulsa County Bar Association, American Bar Association and the American Bankruptcy Institute.  He has served as past Chairman for various years of the Corporate Counsel Section of the Tulsa County Bar Association and the Bixby Chamber of Commerce.  He has also served as Adjunct Professor to the University of Tulsa College of Law teaching the Uniform Commercial Code, Agency Partnership and Legal Ethics courses.  Mr. Cannon also frequents as a speaker for the National Business Institute on topics covering business entities, bankruptcy and real estate.   Mr. Cannon is also a licensed real estate broker in Oklahoma.

Patrick G. Colvin

Mr. Colvin joined Jones, Gotcher & Bogan as a law clerk in May 2012, as an associate attorney in September 2013 and was promoted to shareholder of the Firm in September 2018.

Mr. Colvin received a Bachelor of Arts in Biology *summa cum laude* from the University of St. Thomas and a Juris Doctor *with Highest Honors* from the University of Oklahoma. During his tenure at the University of Oklahoma, Mr. Colvin attended the University of Oxford, Brasenose College, United Kingdom and was named a member of the Order of the Coif.

Mr. Colvin is admitted to the United States District Courts for the Northern, Eastern, and Western Districts of Oklahoma as well as the United States Court of Appeals for the Tenth Circuit. Since 2016, Mr. Colvin has been selected as a Super Lawyer – Rising Stars.

C. Michael Copeland

Mike Copeland has been with the firm since being admitted to the Oklahoma Bar in 1988, and was named a partner in 1995. Mr. Copeland concentrates in a number of practice areas, including complex and class action litigation, commercial and general civil litigation, securities litigation, construction, products liability, and intellectual property matters.

He received a Bachelor's Degree of Business Administration in Finance in 1985 and a Law Degree with Honors from the University of Oklahoma School of Law in 1988 where he was also a member of the Oklahoma Law Review. Mr. Copeland is a member of the U.S. District Courts for the Northern, Western and Eastern Districts of Oklahoma, the Tenth Circuit U.S. Court of Appeals and the U.S. Supreme Court.    He is also a member of the American Bar Association, Oklahoma Bar Association and Tulsa County Bar Association.  Mr. Copeland has been elected by his peers as an Oklahoma Super Lawyer, an honor reserved for only five percent of the attorneys practicing in Oklahoma.

Mr. Copeland has been rated AV, the organization's highest rating, by the independent attorney rating association, Martindale-Hubbell, since 2005. He has tried cases in many county district courts and all federal courts within Oklahoma. Mr. Copeland has tried cases ranging from commercial disputes to complex products liability defense. Mr. Copeland also has represented clients in arbitration proceedings before the American Arbitration Association including construction matters, patent license matters and other commercial disputes. Additionally, Mr. Copeland has represented clients in merger and acquisition transactions including representation of the seller to a publicly held corporation as well as buyers and sellers in private transactions.

Maren Minnaert Lively

Maren Minnaert Lively has extensive experience in the areas of family law, probate and estate planning, guardianships, general litigation, and appellate work. Originally from South Dakota, Ms. Lively earned her law degree from Georgetown University Law Center in Washington, DC. While in law school, Ms. Lively clerked for the United States Department of Justice and served as the Senior Articles and Notes Editor for The Georgetown Journal of Gender and the Law. Prior to law school, Ms. Lively obtained her Bachelor of Science degree in economics and political science from Oklahoma State University, where she graduated with highest honors and was named a 2001 Top Ten University Graduate, Top Female Graduate from the College of Arts and Sciences, and a Truman Scholar National Finalist.

Throughout her legal career, Ms. Lively has been actively involved in the Oklahoma Bar Association and has served two terms on the Board of Directors for the Tulsa County Bar Association. She has been published in the Oklahoma Bar Journal and currently serves as an adjunct professor at University of Tulsa College of Law, where she teaches family law. Maren is peer-review rated "AV Preeminent" by Martindale-Hubbell, the organization's highest rating, and has been named as one of Oklahoma SuperLawyers Rising Stars for several years running. Recently, Ms. Lively was named to the Top 10 under 40 by the National Academy of Family Law Attorneys.

Ms. Lively has been licensed to practice law by the Oklahoma Supreme Court since 20014. She is also admitted to practice before the U.S. Supreme Court and the U.S. District Courts for the Northern and Eastern Districts of Oklahoma. Ms. Lively represents clients in Tulsa County and in all surrounding areas, including Creek, Osage, Rogers, and Wagoner Counties.

Thomas L. Vogt

Mr. Vogt has practiced law with Jones Gotcher since 1984, and was named a partner in 1989. His law practice includes real estate and commercial transactions, business and real estate litigation, labor and employment practices, construction law and education law. Mr. Vogt's experience in litigation disputes provides him with insights on how to best structure and document transactions to either avoid litigation or to put his clients in a winning position.  Over the years, he has represented a variety of clients including Tulsa Community College, Arena Football League, Grand River Dam Authority, Copperhead Pipeline and Construction, The Salvation Army, Sinclair Tulsa Refinery, Metro Builders Supply, Glover Chevrolet and a number of commercial real estate property owners, developers and lenders.

In 2006, Mr. Vogt was named to the Tulsa Business Journal's legal "dream team" of thirty Tulsa attorneys recommended in an anonymous survey of their peers, judges and Tulsa executives. In 2008, Mr. Vogt was elected by his peers as an Oklahoma Super Lawyer, a privilege limited to only five percent of all lawyers in Oklahoma.  Mr. Vogt has also been named to Best Lawyers in America, and has twice been honored as the Lawyer of the Year in the area of Litigation – Real Estate.  Recently, Mr. Vogt was included in America's Top 100 Attorneys.

Mr. Vogt is admitted to the Federal District Courts for the Northern, Eastern, and Western Districts of Oklahoma. He is also admitted to, and has argued several cases before, the Tenth Circuit U.S. Court of Appeals. Mr. Vogt is a member of the National Association of College and University Attorneys, the American Bar Association, Oklahoma Bar Association and Tulsa County Bar Association.

A graduate of the University of Oklahoma, Mr. Vogt received a Bachelor of Business Administration, with Distinction, in 1981.  Mr. Vogt received his Juris Doctor with Highest Honors from the University of Oklahoma in 1984 and was named a member of the Order of the Coif. He also attended the University of Oxford, Queens College, in 1982 as part of his law school curriculum.

Active in the Tulsa community, Mr. Vogt has been on the board of directors of the Tulsa Boys Home since 1994, and served on its Executive Committee for more than eight years. He has also served on the boards of Tulsa Zoo Friends and Foundation for Tulsa Schools, and on the long-range planning committee for Union Public Schools.

James E. Weger

Jim Weger has been practicing law since 1982 with Jones Gotcher. He attended the University of Oklahoma, where he received his bachelor's degree in 1979 and his law degree in 1982. He also attended the University of Oxford, Queens College, in 1980 as part of his law school curriculum. He has served as president of Jones Gotcher since 1994.

Mr. Weger's current legal practice centers on complex commercial litigation in state and federal courts across the country. He has represented numerous companies in all areas of commercial litigation, including commercial real estate, EEOC, trademark infringement, environmental, securities, antitrust, and defense of professionals in E&O claims. He represents clients in the areas of radio and television, banking, public educational institutions, residential and commercial construction/development, real estate brokerage companies, insurance companies, and several companies involved in high-tech development.

He has been licensed by the Oklahoma Supreme Court since 1982. He is a member of the U.S. District Courts for the Northern, Western, and Eastern Districts of Oklahoma, the Tenth Circuit U.S. Court of Appeals and the U.S. Supreme Court. Mr. Weger is an AV Preeminent-Rated lawyer by Martindale-Hubbell, which is the highest rating offered by that organization. He also serves as an Adjunct Settlement Judge for the United States District Court for the Northern District of Oklahoma. Every year since 2006, Mr. Weger has been elected by his peers as an Oklahoma Super Lawyer, a privilege limited to only five percent of all lawyers in Oklahoma. He has also received recognition as one of Tulsa's Power Attorneys by the Tulsa Business Journal, and is one of Oklahoma's Top Attorneys as published by Oklahoma Magazine. In 2016, he received the award of *Best Lawyer in America* in the area of Commercial Litigation by U.S. News and World Report.

Mr. Weger has held leadership positions for various community charitable organizations, including the Tulsa Metro Chamber of Commerce, Philbrook Museum of Art, Tulsa Opera, United Way, and the Center for Physically Limited. He has also served as president of Tulsa's Summit Club.