## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC., SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | **Case No. 5:19-CV-00522-SLP**<br><br>**District Judge Scott L. Palk** |
| Defendants. | | |

### <u>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF THOMAS SCUDERI</u>

PLEASE TAKE NOTICE that Plaintiff Thomas Scuderi ("Plaintiff"), by and through his undersigned counsel, hereby voluntarily dismisses his claims in the above-captioned action without prejudice as to Plaintiff only, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

No defendant has served an answer to Plaintiff's complaint nor moved for summary judgment.

This is a securities class action governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and thus, Plaintiff's rights and interests will be represented by the Lead Plaintiff, The Furia Family, and by Lead Counsel, Block & Leviton, LLP. Accordingly, it is unnecessary for Plaintiff to be a named party in this action as he will remain a member of the putative class.

Plaintiff is aware that local counsel, William B. Federman of Federman & Sherwood, has withdrawn from this action. Plaintiff is also aware that his counsel Phillip Kim of The Rosen Law Firm, P.A., previously sought withdrawal from the action which

1

was denied with leave to renew. Plaintiff consents to Mr. Kim's withdrawal as counsel and understands, like himself, Mr. Kim will be removed from the case upon the dismissal of Plaintiff's individual claims.

Dated: October 25, 2019                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Phillip Kim
Phillip Kim  (admitted *pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Plaintiff Thomas Scuderi*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 25, 2019, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.


/s/Phillip Kim
Phillip Kim

3