## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J |

## RESPONSE TO LEAD PLAINTIFFS' MOTION
## FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT
## ON BEHALF OF MAMMOTH ENERGY SERVICES, INC.,
## ARTY STRAEHLA, AND MARK LAYTON

Defendants Mammoth Energy Services, Inc., Arty Straehla, and Mark Layton (together, "Defendants") submit this response consenting to the relief requested in Lead Plaintiffs' motion for leave to file the Proposed Second Amended Complaint ("PSAC")(Dkt. #87):

1.     Plaintiffs' Opposition (Dkt. #88) to Defendants' Motion to Dismiss the Amended Complaint (Dkt. #76) advances arguments based in part on new allegations in the PSAC, even though the PSAC is not yet the operative complaint.  Regardless, the new allegations do not remedy the deficiencies in the Second Amended Complaint (Dkt. # 55) that Defendants' identified in their Motion to Dismiss.  Defendants can agree to Plaintiffs' suggestion, *see* Motion to Amend ¶ 10, that Defendants address the additional allegations in their reply memorandum that will be filed March 25, 2020, if that is acceptable to the Court.

## CONCLUSION

Defendants consent to the relief requested by Plaintiffs in their Motion to Amend.

{S537579;}

Dated: March 6, 2020

Respectfully Submitted,

/s/ *Lance E. Leffel*

Robert G. McCampbell, OBA No. 10390
Lance E. Leffel, OBA No. 19511
**GABLE GOTWALS**
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-3314
Email: RMcCampbell@Gablelaw.com
          LLeffel@Gablelaw.com

Jacob J. Waldman (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: jacobwaldman@quinnemanuel.com

Harry A. Olivar, Jr. (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Email: harryolivar@quinnemanuel.com

*Attorneys for Defendants Mammoth Energy
Services, Inc., Arty Straehla, and Mark Layton*

{S537579;}

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2020, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all listed ECF registrants.

/s/ *Lance E. Leffel*

{S537579;}