## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE MAMMOTH ENERGY,        )
SERVICES, INC., SECURITIES      )     Case No. CIV-19-522-J
LITIGATION                        )

## **ORDER**

Currently pending are Defendants Mammoth Energy, Straehla, and Layton's motion to dismiss [Doc. No. 76], Defendant Ellison's second motion to file a response to the First Amended Complaint out of time [Doc. No. 83], and Lead Plaintiffs' motion to file a Second Amended Complaint [Doc. No. 87].

Reviewing the motions in logical order, the Court GRANTS Lead Plaintiffs' motion to file a Second Amended Complaint [Doc. No. 87]. Leave should be freely given when justice so requires, *see* Fed. R. Civ. P. 15(a)(3), and Defendants Mammoth Energy, Straehla, and Layton consent to the amendment [Doc. No. 91]. Lead Plaintiffs shall file the Second Amended Complaint on or before March 13, 2020. This ruling MOOTS Defendant Ellison's motion to file an out-of-time response to the First Amended Complaint [Doc. No. 83] and that motion is therefore DENIED.

The parties have suggested that Defendants Mammoth Energy, Straehla, and Layton could address the new allegations in the Second Amended Complaint in a reply to Plaintiffs' response to their pending motion to dismiss. [Doc. No. 87, at 4; Doc. No. 91, at 1]. To avoid confusion to the parties and the Court, this suggestion is declined. The Court thus DENIES the pending motion to dismiss [Doc. No. 76] as MOOT.

All Defendants may file an answer or other response within twenty-one days after Plaintiffs file the Second Amended Complaint.

IT IS SO ORDERED this 9th day of March, 2020.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE