**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

IN RE MAMMOTH ENERGY,   )
SERVICES, INC., SECURITIES   )  Case No. CIV-19-522-J
LITIGATION       )

## **ORDER**

Before the Court is Defendants Mammoth Energy, Straehla, and Layton's motion for leave to file an oversized brief and motion for extension of time.  [Doc. No. 94].  Because the filing consists of two motions, it does not comply with LCvR 7.1(c)'s requirement that all motions be filed separately.  The motion is therefore STRICKEN.

IT IS SO ORDERED this 19th day of March, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE