## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE MAMMOTH ENERGY, | ) | |
| SERVICES, INC., SECURITIES | ) | Case No. CIV-19-522-J |
| LITIGATION | ) | |

## ORDER

The Court STRIKES Mr. Carlinsky's "Notice" [Doc. No. 95].  If counsel wishes to file an

entry of appearance, he must file it as such.

IT IS SO ORDERED this 23rd day of March, 2020.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE