**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No.: CIV-19-522-J |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFFS' OPPOSITION TO MAMMOTH ENERGY SERVICES, INC., ARTY STRAEHLA, AND MARK LAYTON'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

The undersigned, under penalties of perjury under the laws of the United States of America, declares as follows:

1. I am a partner at Block & Leviton LLP ("Block & Leviton") and am admitted to practice in Massachusetts and am admitted *pro hac vice* before this Court. I submit this Declaration in support of Lead Plaintiffs' Opposition to Mammoth Energy Services, Inc., Arty Straehla, and Mark Layton's Motion to Dismiss the Second Amended Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt from the Mammoth Form 10-K dated February 28, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Mammoth's closing stock prices between October 27 and November 6, 2017, obtained from Bloomberg Law.

Signed under penalties of perjury this 20th day of April 2020.

/s/ Jeffrey C. Block
Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I certify that on April 20, 2020, I electronically transmitted the above document to the Clerk of the Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of the Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

s/ Jeffrey C. Block
Jeffrey C. Block