# EXHIBIT 2

# Table View    ☆ **Favorite**

## Market Information

RETURN TO CHART VIEW

| Date | Open | High | Low | Close | Volume |
|---|---|---|---|---|---|
| TUSK US Equity: Historical Values | | | | | |
| 11/06/17 | 19.45 | 20.15 | 19.235 | 20.08 | 219,825 |
| 11/03/17 | 18.01 | 20.28 | 18.01 | 19.17 | 294,646 |
| 11/02/17 | 19.50 | 20.10 | 17.661 | 18.01 | 298,602 |
| 11/01/17 | 20.08 | 21.2212 | 19.51 | 19.84 | 259,406 |
| 10/31/17 | 18.56 | 20.51 | 18.48 | 19.73 | 283,648 |
| 10/30/17 | 18.50 | 19.95 | 17.97 | 18.44 | 226,984 |
| 10/27/17 | 18.30 | 19.01 | 18.15 | 18.48 | 162,152 |