# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J |

## JOINT NOTICE OF PENDING SETTLEMENT

Plaintiff Thomas Scuderi, Individually and on behalf of all others similarly situated, and Defendants Mammoth Energy Services, Inc., Arty Straehla, and Mark Layton (collectively "the Defendants" and each a "Defendant") (the Defendants together with Plaintiff, collectively "the Parties") by and through their attorneys, do hereby jointly advise this Court that the Parties have reached a settlement-in-principle in the above-captioned action (the "Action").

The Parties need time to memorialize the terms of the settlement and to obtain approval of the settlement from the Court.  The Parties anticipate they will be able to finalize the relevant settlement documents, and file them with the Court, within the next forty-five (45) days.

The Parties respectfully request that the Court enter an administrative closing order in this Action that shall remain in effect for forty-five (45) days that will stay all pending deadlines in order to allow the Parties time to finalize the settlement  The Parties request that the closing order provide that either party may re-open the matter, or request extension of the closing order, prior to its expiration.

{S564709;2}

WHEREFORE, upon notice to this Court of the Parties' pending settlement, the Parties request the entry of an Administrative Closing Order, along with such other relief as this Court finds just and proper.

Respectfully Submitted,

*/s/ Harry A. Olivar, Jr.*
Harry A. Olivar, Jr. (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Email: harryolivar@quinnemanuel.com

*/s/ Jacob J. Waldman*
Michael B. Carlinsky (*pro hac vice*)
Jacob J. Waldman (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Email: michaelcarlinsky@quinnemanuel.com
        jacobwaldman@quinnemanuel.com

and

*/s/ Lance E. Leffel*
Robert G. McCampbell, OBA No. 10390
Lance E. Leffel, OBA No. 19511
**GABLE GOTWALS**
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-3314

Email: RMcCampbell@Gablelaw.com
LLeffel@Gablelaw.com

*Attorneys for Defendants Mammoth Energy Services, Inc., Arty Straehla, and Mark Layton*


*/s/ Jeffrey C. Block*

Jeffrey C. Block (*pro hac vice*) Jacob A. Walker (*pro hac vice*) **Block & Leviton LLP**
260 Franklin Street, Suite 1860
Boston, Massachusetts 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockesq.com jake@blockesq.com

*Lead Counsel for Lead Plaintiffs and the Class*


*/s/ C. Michael Copeland*

C. Michael Copeland OBA No. 13261
**Jones, Gotcher & Bogan P.C.**   3800 First Place Tower
15 East 5th Street
Tulsa, Oklahoma 74103
(918) 581-8200 phone
(918) 583-1189 fax
mcopeland@jonesgotcher.com

*Local Counsel for Lead Plaintiffs and the Class*

{S564709;2}               3