# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | )<br>) Case No. CIV-19-522-J<br>) |

## **ORDER**

The parties have filed a Joint Notice of Pending Settlement [Doc. No. 126]. Accordingly, the Clerk of Court is directed to administratively terminate this matter without prejudice to the right of a party to file a stipulation of dismissal, or for good cause shown upon motion, to reopen the proceeding for any other purpose necessary to obtain a final determination of the action.

If, within forty-five days of the date of this Order, closing papers have not been filed, or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

IT IS SO ORDERED this 18th day of March, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE