UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | ) ) ) ) Case No. CIV-19-522-J |

## ORDER

Before the Court is Lead Plaintiffs' Unopposed Motion for Leave to File Oversized Opening Brief in Support of Unopposed Motion for Preliminary Approval of the Settlement and Approval of Notice to the Settlement Class (Motion for Leave to File Oversized Brief) [Doc. No. 128]. Upon review of the unopposed motion, the Court GRANTS the Motion for Leave to File Oversized Brief. Lead Plaintiffs may file an oversized opening brief, not to exceed thirty-five (35) pages, in support of their Motion for Preliminary Approval of the Settlement and Approval of Notice to the Settlement Class.

IT IS SO ORDERED this 29th day of April, 2021.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE