# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J<br><br>CLASS ACTION |

## DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING PROPOSED CLASS ACTION SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE TO THE SETTLEMENT <u>CLASS</u>

I Jeffrey C. Block, declare under the penalties of perjury as follows:

I am a partner in the law firm Block & Leviton LLP in Boston, Massachusetts, and counsel to Lead Plaintiffs Daniel Furia, Vincent Furia, and Sharon Furia ("Lead Plaintiffs") in the above-captioned action. I am admitted to practice *pro hac vice* in this District.

1. A true and correct copy of the Firm Resume of Block & Leviton LLP is attached hereto as Exhibit A.

2. A true and correct copy of the Firm Resume of Jones, Gotcher & Bogan P.C. is attached hereto as Exhibit B.

3. A true and correct copy of the *Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review* (NERA Jan. 25 2021) is attached hereto as Exhibit C.

April 30, 2021

Respectfully submitted,

/s/ *Jeffrey C. Block*
Jeffrey C. Block (*pro hac vice*)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com

*Lead Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Jeffrey C. Block*
Jeffrey C. Block