# Exhibit 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J<br><br>DECLARATION OF MARKHAM SHERWOOD OF ANGEION GROUP, REGARDING: (A) MAILING OF NOTICE AND PROOF OF CLAIM AND RELEASE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED |

CLAIMS ADMINISTRATOR DECLARATION
Case No. CIV-19-522-J

I, MARKHAM SHERWOOD, declare, pursuant to 28 U.S.C. § 1746:

1.     I am a Senior Settlement Consultant for Angeion Group ("Angeion"). Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I submit this declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with information regarding the provision of notice to the Settlement Class.[1] I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts stated herein.

## NOTICE TO THE SETTLEMENT CLASS

2.     Pursuant to ¶8 of the Court's Order Preliminarily Approving Settlement and Providing for Notice, entered on May 4, 2021 (the "Preliminary Approval Order"), Angeion was retained as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement in the Action. Pursuant to its appointment, as explained below, Angeion mailed the Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Hearing; and Request for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and the Proof of Claim and Release form (the "Claim Form") (collectively, the "Notice Packet") to all persons, identified through reasonable effort, who purchased or otherwise acquired Mammoth Energy Services, Inc. ("Mammoth") common stock during the period between October 19, 2017 and June 5, 2019 , inclusive (the "Class Period"). A copy of the Notice Packet is attached hereto as **Exhibit A**.

3.     The Notice Packet informed potential Settlement Class Members of the proposed Settlement, advised them of their rights and options, and provided them with directions on how to obtain additional information about the Settlement.

## MAILING OF THE NOTICE PACKET

4.     Pursuant to ¶8(a) of the Preliminary Approval Order, on or around May 13, 2021, Mammoth Energy Service's transfer agent sent Angeion a list containing shareholders of record

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated April 30, 2021 (the "Settlement Agreement").

of Mammoth Energy Service's common stock during the Class Period (the "Transfer Agent List"). The Transfer Agent List contained data for 6 potential Settlement Class Members.

5.      Pursuant to ¶8(b) of the Preliminary Approval Order, on June 1, 2021 (the "Notice Date"), Angeion caused 6 Notice Packets (corresponding to the names included on the Transfer Agent List) to be mailed via United States Postal Service ("USPS") first-class mail.

6.      As in most cases of this nature, the majority of potential Settlement Class Members are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees ("Nominees") in the name of the nominee, on behalf of the beneficial purchaser.  The names and addresses of these beneficial purchasers are known only to the Nominees.  Angeion maintains a proprietary database of 2,974 known securities brokers, dealers, banks, and other Nominees to be used for notifying record holders of settlements (the "Broker Database").  On the Notice Date, Angeion caused 2,974 Notice Packets (corresponding to the 2,974 Nominees in the Broker Database) to be mailed via first-class mail.

7.      Since the Notice Date, Angeion has received requests from Nominees to (i) send the Notice Packet to the Nominee for distribution, or (ii) send the Notice Packet directly to the Nominee's customers, whose contact information the Nominee provided to Angeion.  Through August 12 2021, as a result of requests from 15 Nominees, Angeion sent an additional 15,826 Notice Packets, directly or indirectly to potential Settlement Class Members.

8.      As a result of the efforts described in ¶¶4-7 above, as of August 12, 2021, Angeion has mailed a total of 18,842 Notice Packets to potential Settlement Class Members and Nominees.

## PUBLICATION OF THE SUMMARY NOTICE

9.      In accordance with ¶8(d) of the Preliminarily Approval Order, on June 7, 2021, Angeion caused the Summary Notice to be transmitted over *PR Newswire* and published in *Investor's Business Daily*.  A copy of the Summary Notice as transmitted over *PR Newswire* is attached hereto as **Exhibit B** and a copy of the Summary Notice as published in *Investor's Business Daily* is attached hereto as **Exhibit C**.

## THE SETTLEMENT WEBSITE

10.     Pursuant to ¶8(c) of the Preliminary Approval Order, and to further assist potential Settlement Class Members, Angeion, in coordination with Class Counsel, designed, implemented, and currently maintains a website, www.MammothSecuritiesSettlement.com, dedicated to the Settlement (the "Settlement Website").  The Settlement Website became operational on or before June 1, 2021 and will be live throughout the remainder of the claims administration process. The Settlement Website's URL is included in the Notice and Summary Notice. Among other things, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Courts' Settlement Hearing.  The Settlement Website also contains copies of the Notice, Proof of Claim and Release Form, the Settlement Agreement, Proposed Plan of Allocation and the Preliminary Approval Order, as well as Frequently Asked Questions and their answers.  As of August 12, 2021, there have been 491 visits to Settlement Website.

## THE TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS

11.     On May 29, 2021, in order to accommodate inquiries regarding the Settlement, Angeion made operational a telephone number (1-844-489-3884) with an Interactive Voice Response ("IVR") system.  Callers have the ability to listen to important information about the Settlement 24 hours a day, 7 day a week, or to leave a message to request that an Angeion representative contact them.  As of August 12, 2021, there have been 35 calls to the IVR.  The IVR will be maintained throughout the administration of the Settlement.  Angeion has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

12.     In addition, Angeion established a dedicated email address for inquiries at info@MammothSecuritiesSettlement.com.  This email address will be maintained throughout the administration of the Settlement.  Angeion has promptly responded to each email inquiry and will continue to address Settlement Class Member inquiries.

CLAIMS ADMINISTRATOR DECLARATION                                                      -3-
Case No. CIV-19-522-J

**INCOMING MAIL**

13.     Angeion's mailing address appears in the Notice Packets, the Summary Notice, and the Settlement Website.  Angeion has monitored all mail that has been delivered to the mailing address, which would include requests for exclusion from the Settlement Class, objections to the Settlement, Claim Forms, and other administrative mail.  All mail has been reviewed, processed, and responded to in a timely manner.

**REPORT ON RECEIPT OF REQUESTS FOR EXCLUSION AND OBJECTIONS**

14.     Settlement Class Members were notified that written requests for exclusion from the Settlement Class are to be received no later than, August 31, 2021 and be addressed to Mammoth Securities Litigation, ATTN: EXCLUSIONS, c/o Angeion Group, P.O. Box 58220, Philadelphia, PA 19102.  As of August 12, 2021, Angeion has not received any exclusion requests.

15.     Settlement Class Members were also notified that any objections to the proposed Settlement, proposed Plan of Allocation, or the request attorneys' fees and reimbursement of litigation expenses must be submitted in writing to the Clerk's Office at the United States District Court for the Western District of Oklahoma, Class Counsel and Defendants' Counsel, such that they are received no later than August 31, 2021.  As of August 12, 2021, Angeion has not received any objections.

Angeion will continue to monitor incoming mail for exclusion requests and objections up to and beyond the deadline and will report to counsel for the Settling Parties any exclusion requests or objections it receives.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of August, 2021.

Markham Sherwood
Senior Settlement Consultant
ANGEION GROUP

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J<br><br>CLASS ACTION |

**Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Hearing; and Request for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses**

---

**A Federal Court has authorized this Notice. This is not a solicitation from a lawyer.**

Please read this notice carefully. An $11 million settlement has been reached for investors in Mammoth Energy Services, Inc. stock between October 19, 2017 and June 5, 2019. If you are a member of the Settlement Class, your legal rights will be affected whether you act or not.

---

**Notice of Pendency of Class Action:** Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Western District of Oklahoma (the "Court" or the "Oklahoma Court") if, during the period between October 19, 2017 and June 5, 2019, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired Mammoth Energy Services, Inc. Common Stock and were damaged thereby.[1]

**Notice of Settlement:**  Please also be advised that the Court-appointed Lead Plaintiffs, on behalf of themselves and the Settlement Class (as defined below), have reached a proposed settlement of this Action for $11,000,000 in cash that, if approved, would resolve all claims in the Action (the "Settlement").

**Please read this notice carefully.** It explains important rights you may have, including the possible receipt of cash from the Settlement. **Your rights are affected whether or not you act** if you are a member of the Settlement Class.

If you have any questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement, please do not contact Mammoth Energy Services, Inc., any other Defendants in the Action, or their counsel. Questions should be directed to Class Counsel or the Claims Administrator (see page 12).

---

[1] Capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated April 30, 2021 (the "Stipulation"), which is available at www.MammothSecuritiesSettlement.com.

## Description of the Action and the Settlement Class

This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Mammoth Energy Services, Inc. ("Mammoth") Arty Straehla, Mark Layton, and Keith Ellison (collectively, the "Defendants") violated the federal securities laws by making false and misleading statements relating to contracts between the Puerto Rico Electric Power Authority ("PREPA") and an indirect Mammoth subsidiary, and related payments. A more detailed description of the Action is set forth on pages 4-6 below. The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined on page 6 below.

## Statement of the Settlement Class' Recovery

Subject to Court approval, Lead Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $11,000,000 in cash (the "Settlement Amount") to be deposited into an escrow account. The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class. The proposed plan of allocation (the "Plan of Allocation") is set forth on the website, www.MammothSecuritiesSettlement.com.

## Estimate of the Average Amount of Recovery Per Share

Based on Lead Plaintiffs' damages expert's estimates of the number of shares of Mammoth common stock purchased during the Settlement Class Period that may have been affected by the conduct at issue in the Action, and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per eligible security is approximately 70 cents per share. Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate. Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their Mammoth common stock and the total number of valid Claim Forms submitted. Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* the website, www.MammothSecuritiesSettlement.com.) or such other plan of allocation as may be ordered by the Court.

## Estimate of the Average Amount of Damages Per Share

The Parties do not agree on the average amount of damages per share that would be recoverable if Lead Plaintiffs were to prevail in the Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct. Lead Plaintiffs' damages expert estimated a range of damages between $14.9 million and $90.7 million, depending on the application of certain assumptions.

## Attorneys' Fees and Expenses Sought

Plaintiffs' Counsel, who have been prosecuting the Action on a wholly contingent basis since its inception in 2019, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action. Court appointed Class Counsel, Block & Leviton LLP, will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 30% of the Settlement Fund. In addition, Class Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution, and resolution of the claims against the Defendants, in an amount not to exceed $150,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class. Any fees and expenses awarded by the Court, or any Lead Plaintiff award, shall be paid solely from the Settlement Fund and shall be paid to Class Counsel, or with respect to a Lead Plaintiff award, paid to Lead Plaintiff, within five days following an award ordered by the Court, provided that there has been final

approval of the Stipulation of Settlement by the Court. If there is any appeal of an award of attorneys' fees and expenses, or of a Lead Plaintiff award, Class Counsel shall repay any amount of attorneys' fees or expenses reversed on appeal to the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. Estimates of the average cost per affected share of Mammoth common stock, if the Court approves Class Counsel's fee and expense application, is no more than 22 cents per eligible share.

| Identification of Attorneys' Representatives |
| --- |

Lead Plaintiffs and the Settlement Class are represented by Block & Leviton LLP, 260 Franklin Street, Suite 1860, Boston, MA 02110. You may contact attorney Jacob A. Walker at jake@blockleviton.com, or at (617) 398-5617.

| Reasons for the Settlement |
| --- |

Lead Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after motions to amend the complaint, for class certification, summary judgment, a trial of the Action, and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

| Your Legal Rights and Options in the Settlement | |
| --- | --- |
| **Submit a claim.**<br>Submit a Claim Form postmarked no later than **October 30, 2021**. | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiff's Claims (defined below) that you have against Defendants and the other Defendants' Releasees (defined below), so it is in your interest to submit a Claim Form. |
| **Exclude yourself.**<br>Exclude yourself from the Settlement Class by submitting a written exclusion so that it is received by no later than **August 31, 2021**. | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiff's Claims. |
| **Object.**<br>Object to the Settlement by submitting a written objection so that it is received no later than **August 31, 2021**. | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **Appear at a hearing.**<br>Attend a hearing on **September 21, 2021**, and file a Notice of Intention to Appear so that it is received no later than August 31, 2021. | Filing a written objection and notice of Intention to Appear by August 31, 2021 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |

3

| Do nothing. | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund.  You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |
|---|---|

## Why did I get the Notice?

The Court directed that the Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired one or more shares of Mammoth common stock during the Settlement Class Period. The Court also directed that this Notice be posted online at www.MammothSecuritiesSettlement.com. The Court has directed us to disseminate these notices because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement. Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights. If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the claims administrator selected by Lead Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so. It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Class Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing"). *See* page 10 below for details about the Settlement Hearing, including the date and location of the hearing.

The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

## What is the case about?

This litigation stems from the federal indictment of Defendant Keith Ellison for, among other things, conspiracy to commit bribery against the United States, honest services wire fraud, and disaster fraud relating to two services agreements entered into by one of Mammoth's indirect subsidiaries, Cobra Acquisitions, LLC ("Cobra") with the Puerto Rico Electric Power Authority ("PREPA") concerning work in connection with Puerto Rico's electrical grid in the wake of Hurricane Maria. Plaintiffs' claims arise from Defendants' statements about Cobra's procurement and performance of the work, and the likelihood that Cobra would be paid in full by PREPA under the contracts.

On June 7, 2019, Plaintiff Thomas Scuderi initiated this Action by filing a Class Action Complaint for Violations of the Federal Securities Laws in the Western District of Oklahoma, styled *Scuderi v. Mammoth Energy Services, Inc., et al.*, Case No. 5:19-cv-00522-SLP.  Dkt. 1.  The Action was assigned to United States District Judge Scott L. Palk.  On June 19, 2019, Plaintiff Justas Normantas filed a related action captioned *Normantas v. Mammoth Energy Services, Inc.., et al.*, Case No. 5:19-cv-00560-SLP. On August 6, 2019, Plaintiff Sarasota General Employees Defined Benefit Pension Plan filed a related action captioned *Sarasota General Employees Defined Benefit Pension Plan v. Mammoth Energy Services, Inc.*, et al., Case No. 5:19-cv-00720-SLP.

By Order dated September 13, 2019, Judge Palk ordered that the three cases be consolidated into *In re Mammoth Energy Services, Inc.*, Case No. 5:19-cv-00522-SLP, appointed Daniel Furia, Vincent Furia, and Sharon Furia as Lead Plaintiffs and approved Lead Plaintiffs' selection of Block & Leviton LLP as Lead Counsel. Judge Palk deferred ruling on

4

appointment of Jones, Gotcher & Bogan, P.C. as local counsel pending submission of information demonstrating the firm's qualifications. Dkt. 41.

By Order Dated September 25, 2019, Judge Palk appointed Jones, Gotcher & Bogan, P.C. as Local Counsel. Dkt. 45.

By Order Dated January 6, 2020, the Clerk of Court, at the direction of Judge Palk, reassigned the case to United States District Judge Bernard M. Jones. Dkt. 71.

On January 10, 2020, Defendants Mammoth, Straehla, and Layton filed a motion to dismiss the claims alleged against them in the FAC. Dkt. 76. On February 24, 2020, Plaintiffs filed their papers in opposition, as well as a motion for leave to file second amended complaint. Dkts. 88, 87. Judge Jones granted Plaintiffs' motion for leave to file second amended complaint on March 9, 2020. Dkt. 92

Also on March 9, 2020, Plaintiffs filed their Second Amended Complaint for Violation of the Federal Securities Laws (the "SAC"), again asserting claims against all Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against Defendants Arty Straehla, Mark Layton, and Keith Ellison under Section 20(a) of the Exchange Act. Dkt. 93.

On March 30, 2020, Defendants Mammoth, Straehla, and Layton filed a motion to dismiss the claims alleged against them in the SAC, and Defendant Ellison filed a separate motion to dismiss the claims alleged against him in the SAC. Dkts. 104, 105. Lead Plaintiffs filed their opposition papers to the motions to dismiss on April 20, 2020. Dkts. 109, 111. On April 27, 2020, Ellison filed his reply papers, Dkt. 115, and, on May 4, 2020, Mammoth, Straehla, and Layton filed their reply papers. Dkt. 118.

On September 29, 2020 Lead Counsel and Defendants' Counsel participated in a full-day mediation session before the Honorable Michael Burrage, Esq. of Whitten Burrage LLP. In advance of that session, the Parties prepared and exchanged detailed mediation statements. Additionally, Mammoth provided Lead Plaintiffs with discovery under certain restrictive conditions, which limited use of the documents to mediation unless and until the PSLRA stay of discovery was lifted. This discovery consisted of nearly 90,000 documents. The session ended without any agreement being reached.

The parties continued to discuss grounds for resolving the case following the conclusion of the mediation session.

By Order dated January 26, 2021, Judge Jones granted Ellison's motion to dismiss and granted in part and denied in part the motion to dismiss filed by Mammoth, Straehla, and Layton. Dkt.123. The Order – which dismissed all claims against Mammoth, Straehla, and Layton except for those based on statements and omissions made on or after March 15, 2019 – ended the PSLRA stay and allowed Lead Counsel to thoroughly review and use the discovery materials produced for mediation.

Counsel for Lead Plaintiff and for Defendants Mammoth, Straehla, and Layton continued to hold numerous discussions over resolution of the case following Judge Jones' January 26, 2021 Order. Those discussions ultimately resulted in an agreement, on March 12, 2021, to settle and release all claims arising out of, based upon, or related to their purchase or acquisition of Mammoth common stock during the Class Period and the allegations, representations, or omissions set forth in the SAC in return for a cash payment by or on behalf of Defendants of $11,000,000 for the benefit of the Settlement Class, subject to certain terms and conditions and the execution of a customary "long form" stipulation and agreement of settlement and related papers.

At the time of the agreement to settle, Lead Counsel had reviewed nearly 90,000 documents produced by Defendants and was prepared to file a third amended complaint, based on the review of those documents, and citing evidence from those documents.

The Stipulation (together with the exhibits hereto) reflects the final and binding agreement between the Parties.

Based upon their investigation, prosecution and mediation of the case, Lead Plaintiffs and Lead Counsel have concluded that the terms and conditions of the Stipulation are fair, reasonable and adequate to Lead Plaintiffs and the other members of the Settlement Class, and in their best interests. Based on Lead Plaintiffs' direct oversight of the prosecution of this

matter and with the advice of their counsel, Lead Plaintiffs have agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things: (a) the substantial financial benefit that Lead Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

The Settlement constitutes a compromise of matters that are in dispute between the Parties.  Defendants are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.  Each of the Defendants denies any wrongdoing, and the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted. The Defendants expressly deny that Lead Plaintiffs have asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing or damages whatsoever.  Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any Lead Plaintiff of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.  Each of the Parties recognizes that the Action is being voluntarily settled with the advice of counsel, and that the terms of the Settlement are fair, adequate and reasonable.

On May 4, 2021, the Court preliminarily approved the Settlement, authorized the Notice to be mailed to potential Settlement Class Members and to be posted online and mailed to potential Settlement Class Members upon request, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

**How do I know if I am affected by the Settlement?**
**Who is included in the Settlement Class?**

If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded. The Settlement Class consists of:

> All persons and entities that purchased or otherwise acquired Mammoth Energy Services, Inc. common
> stock between October 19, 2017 and June 5, 2019, inclusive, and were damaged thereby.

Excluded from the Settlement Class are Defendants; the officers and directors of the Company during the Settlement Class Period (the "Excluded Officers and Directors"); members of the Immediate Families of the Individual Defendants and of the Excluded Officers and Directors; any entity in which any Defendant, any Excluded Officer and Director, or any of their respective Immediate Family members had during the Settlement Class Period and/or has a controlling interest; and the legal representatives, heirs successors or assigns of any excluded person or entity, in their respective capacity as such. For avoidance of doubt, Wexford Capital LP and its affiliates and Gulfport Energy Corporation and its affiliates are Excluded from the Settlement Class. Also excluded from the Settlement Class are the persons and entities who or which timely and validly seek exclusion from the Settlement Class or whose request for exclusion is accepted by the Court. *See* "What if I do not want to be a member of the Settlement Class? How do I exclude myself," on page 10 below.

**PLEASE NOTE: RECEIPT OF THIS NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.**

> **If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Claim Form included with this mailing and available for download online at www.MammothSecuritiesSettlement.com, and the required supporting documentation as set forth therein, postmarked no later than October 30, 2021.**

**What are Lead Plaintiffs' reasons for the Settlement?**

Lead Plaintiffs and Class Counsel believe that the claims asserted against Defendants have merit. They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages. Among other things, Plaintiffs faced the risk that they would fail to successfully amend their complaint to reassert dismissed claims; or fail to

6

certify a class in whole or in part, or that Defendants would succeed in reducing the total amount of damages available to the class, or would succeed in having the case dismissed in whole or in part at summary judgment or at trial.

Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever. Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation. Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

| **What might happen if there were no Settlement?** |
| --- |

If there were no Settlement and Lead Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants. Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial, or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

| **How are Settlement Class members affected by the Action and the Settlement?** |
| --- |

As a Settlement Class Member, you are represented by Lead Plaintiffs and Class Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When and where will the court decide whether to approve the settlement?," on page 10 below.

If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What if I do not want to be a member of the settlement class? How do I exclude myself?," on page 10 below.

If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Class Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When and where will the court decide whether to approve the settlement?," below.

If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court. If the Settlement is approved, the Court will enter a judgment (the "Judgment"). The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiffs' Claim (as defined below) against the Defendants and the other Defendants' Releasees (as defined below), and shall forever be barred and enjoined from prosecuting any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

"Released Plaintiffs' Claims" means all claims, demands, rights, liabilities, and causes of action of every nature and description (including, but not limited to, any claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expenses or liabilities whatsoever), whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, or any other law, rule, ordinance, administrative provision or regulation, that Lead Plaintiffs or any other member of the Settlement Class: (i) asserted in the SAC; (ii) could have asserted in any forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the SAC and that relate to the purchase or acquisition of Mammoth common stock during the Settlement Class Period, including but not limited to those allegations, transactions, facts, matters, occurrences, representations, or omissions related to Cobra's two contracts with PREPA in the wake of Hurricane Maria; or (iii) could have asserted in any forum that arise out of or relate in any way to the defense or settlement of the claims asserted in the Action. Released Plaintiffs' Claims do not include: (a) any claims relating to the enforcement of the Settlement; (b) any

7

Excluded Claims; and (c) any claims brought on a derivative basis on behalf of Mammoth.

"Defendants' Releasees" means Defendants and their current and former parents, subsidiaries, affiliates, predecessors-in-interest, successors-in-interest, current or former directors, officers, employees, attorneys, accounts, insurers, agents, representatives, principals, assigns, subrogees, stockholders, partners, trustees, heirs, beneficiaries, servants, all persons claiming rights derivatively of them, and all other persons, trusts, partners, entities or corporations in privity with any of them or otherwise affiliated or related to any of them, in their capacities as such.

"Unknown Claims" means any Released Plaintiffs' Claims which Lead Plaintiffs or any other Settlement Class Member does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant or any other Defendants' Releasee does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or release party.

Lead Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendants' Claim against Lead Plaintiffs and the other Plaintiffs' Releasees, and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.  This release shall not apply to any person or entity who or which timely and validly seeks exclusion from the Settlement Class or whose request for exclusion is accepted by the Court.

"Released Defendants' Claims" means all claims and causes of action of every nature and description (including, but not limited to, any claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expenses or liabilities whatsoever), whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, or any other law, rule, ordinance, administrative provision or regulation, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims asserted in the Action against the Defendants.  Released Defendants' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

"Plaintiffs' Releasees" means Lead Plaintiffs, any other plaintiffs in the Action, their respective attorneys, and all other Settlement Class Members, and their respective current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, and attorneys, in their capacities as such.

| How do I participate in the Settlement? What do I need to do? |
| --- |

To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation **postmarked no later than October 30, 2021**. A Claim Form is available on the website maintained by the Claims Administrator for the Settlement, www.MammothSecuritiesSettlement.com, or you may request that a Claim Form be mailed to you by calling the Claims

Administrator toll free at 1-844-489-3884. Please retain all records of your ownership and transactions in Mammoth common stock, as they may be needed to document your Claim. If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

| **How much will my payment be?** |
|---|

At this time, it is not possible to make any determinations as to how much any individual Settlement Class Member may receive from the Settlement.

Pursuant to the Settlement, Defendants have agreed to pay or cause to be paid $11,000,000 in cash. The Settlement Amount will be deposited into an escrow account. The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund." If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) any Taxes; (b) any Notice and Administration Costs; (c) any Litigation Expenses awarded by the Court; and (d) any attorneys' fees awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before October 31, 2021, shall be forever barred from receiving any distribution from the Net Settlement Fund or payment pursuant to the Stipulation, but shall in all other respects be bound by all of the terms of the Stipulation and the Settlement, including the terms of any Judgment entered and the Releases given. This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined on page 7 above) against the Defendants' Releasees (as defined on page 8 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Mammoth common stock held through the ERISA Plan in any Claim Form that they might submit in this Action. They should include ONLY those shares or notes that they purchased or acquired outside of the ERISA Plan. Claims based on any ERISA Plan's purchases or acquisitions of Mammoth common stock during the Settlement Class Period may be made by the plan's trustees. To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

Only Settlement Class Members, *i.e.*, persons and entities who purchased or otherwise acquired Mammoth common stock during the Settlement Class Period and were damaged as a result of such purchases or acquisitions will be eligible to share in the distribution of the Net Settlement Fund. Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from

the Net Settlement Fund and should not submit Claim Forms. The only securities that are included in the Settlement are shares of Mammoth common stock.

The proposed Plan of Allocation is available on the website, www.MammothSecuritiesSettlement.com.

| **What payment are the attorneys for the Settlement Class seeking? How will the lawyers be paid?** |
| --- |

Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Class Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed 30% of the Settlement Fund. At the same time, Class Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $150,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class. The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

| **What if I do not want to be a member of the Settlement Class? How do I exclude myself?** |
| --- |

Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *Mammoth Securities Litigation*, ATTN: EXCLUSIONS, c/o Angeion Group, P.O. Box 58220, Philadelphia, PA 19102.  The exclusion request must be *received* no later than August 31, 2021.  You will not be able to exclude yourself from the Settlement Class after that date.  Each Request for Exclusion must: (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *In re Mammoth Energy Services, Inc.*, Case No. 5:19-cv-00522-SLP"; (c) identify and state the number of shares of Mammoth common stock that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between October 19, 2017 and June 5, 2019, inclusive), as well as the dates and prices of each such purchase/acquisition and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiff's Claim against any of the Defendants' Releasees.

If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

| **When and where will the Court decide whether to approve the settlement? Do I have to come to the hearing? May I speak at the hearing if I don't like the Settlement?** |
| --- |

**Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing.**

The Settlement Hearing will be held on September 21, 2021 at 10:00 a.m., before the Honorable Bernard M. Jones at the United States District Court for the Western District of Oklahoma, 200 NW 4th Street, Oklahoma City, OK 73102, Courtroom 303. The Court reserves the right to approve the Settlement, the Plan of Allocation, Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

10

Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Western District of Oklahoma at the address set forth below on or before August 31, 2021. You must also serve the papers on Class Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are **received** on or before **August 31, 2021**.

| **Clerk's Office** | **Class Counsel** | **Defendants' Counsel** |
|---|---|---|
| United States District Court<br>Western District of Oklahoma<br>Clerk of the Court<br>200 NW 4th Street<br>Oklahoma City, OK 73102 | **Block & Leviton LLP**<br>Jacob A. Walker<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110 | **Quinn Emanuel Urquhart &**<br>**Sullivan LLP**<br>Michael B. Carlinsky<br>Jacob J. Waldman<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 |

Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the number of shares of Mammoth common stock that the objecting Settlement Class Member purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between October 19, 2017 and June 5, 2019, inclusive), as well as the dates and prices of each such purchase/acquisition and sale.  You may not object to the Settlement, the Plan of Allocation or Class Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

You may file a written objection without having to appear at the Settlement Hearing.  You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Class Counsel and Defendants' Counsel at the addresses set forth above so that it is **received** on or before **August 31, 2021**. Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing.  Such persons may be heard orally at the discretion of the Court.

You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing.  However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Class Counsel and Defendants' Counsel at the addresses set forth in on page 11 above so that the notice is **received** on or before **August 31, 2021**.

The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class.  If you intend to attend the Settlement Hearing, you should confirm the date and time with Class Counsel.

**Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Class Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.  Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

| **What if I bought shares on someone else's behalf?** |
| --- |

If you purchased or otherwise acquired any Mammoth common stock between October 19, 2017 and June 5, 2019, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either: (a) within seven (7) calendar days of receipt of the Notice, request from the Claims Administrator sufficient copies of the Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Notices forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of the Postcard Notice, provide a list of the names and addresses of all such beneficial owners to *Mammoth Securities Litigation*, c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  If you choose the second option, the Claims Administrator will send a copy of the Notice to the beneficial owners.  Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.  Any dispute concerning the reasonableness of reimbursement costs shall be resolved by the Court.  Copies of this Notice and the Claim Form may be obtained from the website maintained by the Claims Administrator, www.MammothSecuritiesSettlement.com, by calling the Claims Administrator toll-free at 1-844-489-3884, or emailing the Claims Administrator at info@MammothSecuritiesSettlement.com.

| **Can I see the court file? Whom should I contact if I have questions?** |
| --- |

This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular hours at the Office of the Clerk, United States District Court for the Western District of Oklahoma, 200 4th Street, Oklahoma City, OK 73102. Additionally, copies of the Stipulation and any related ordered entered by the Court will be posted on the website maintained by the Claims Administrator, www.MammothSecuritiesSettlement.com.

All inquiries concerning this Notice and the Claim Form should be directed to the Claims Administrator or Class Counsel at:

*Mammoth Securities Litigation*     and/or     **Block & Leviton LLP**
c/o Claims Administrator     Attn: Jacob A. Walker
1650 Arch Street, Suite 2210     260 Franklin Street, Suite 1860
Philadelphia, PA 19103     Boston, MA 02110
1-844-489-3884     Telephone: (617) 398-5617
info@MammothSecuritiesSettlement.com     Email: jake@blockleviton.com
www.MammothSecuritiesSettlement.com

**Do not call or write the Court, the Office of the Clerk of the Court, Defendants, or their Counsel regarding this Notice.**

June 2, 2021     By Order of the Court
United States District Court, Western District of Oklahoma

12

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J<br><br>CLASS ACTION |

**PROOF OF CLAIM AND RELEASE**

*General Instructions*

- This Proof of Claim and Release form ("Claim Form") incorporates by reference the definitions in the Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Hearing; and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and, unless defined herein, capitalized words and terms shall have the same meanings as they have in the Notice.

- To recover as a member of the Settlement Class based on your claims in the above-captioned Action, you must complete this Claim Form. If you fail to file a properly addressed (as set forth below) Claim Form, your claim may be rejected and you may be precluded from any recovery from the Settlement Fund created in connection with the proposed Settlement of the Action.

- Submission of this Claim Form, however, does not assure that you will share in the proceeds of the Settlement.

- You **must submit your completed and signed Claim Form by October 30, 2021, addressed as follows:**

  *Mammoth Securities Litigation*
  *c/o Claims Administrator*
  *1650 Arch Street, Suite 2210*
  *Philadelphia, PA 19103*

- A Claim Form shall be deemed to have been submitted when postmarked, if mailed by first-class, or registered or certified mail, postage prepaid. All other Claim Forms shall be deemed to have been submitted at the time they are actually received by the Claims Administrator.

- If you are **NOT** a member of the Settlement Class, as defined in the Notice, **DO NOT** submit a Claim Form.

- If you are a member of the Settlement Class, you are bound by the terms of the Stipulation and the Settlement, as well as any Order and Final Judgment entered in the Action **whether or not you submit a Claim Form.**

*Claimant Identification*

If you purchased or otherwise acquired Mammoth Energy Services, Inc. common stock between October 19, 2017 and June 5, 2019, inclusive (the "Settlement Class Period"), and held (or hold) the stock certificate(s) in your name, you are the beneficial owner as well as the record owner. If, however, the stock certificate(s) were or are registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner and the third party is the record owner.

Name of Beneficial Owner (First, Middle, Last) if Beneficial Owner is an individual, joint, or IRA account:

Name of Entity if Beneficial Owner is an entity, *e.g.,* corporation, trustee, estate, etc.:

Street Address:

| City: | State: | Zip Code: |
|---|---|---|

| Foreign Province and Postal Code: | Country: |
|---|---|

| E-mail Address: | Telephone No.: |
|---|---|

Account Number / Fund Number (not necessary for individual filers):

Taxpayer Identification Number for Beneficial Owner(s)

| Social Security No. (for individuals): | Taxpayer Identification No.: |
|---|---|

Identify each owner of record ("nominee"), if different from the beneficial owner of Mammoth common stock who forms the basis of this claim. **This claim must be made by the actual beneficial owner or owners, or the legal representative(s) of such owner or owners, of the Mammoth common stock upon which this claim is based.**

All joint beneficial purchasers must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons and/or entities represented by them and their authority must accompany this claim and their titles or capacities must be stated. The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

Name of Joint Beneficial Owner, if any (First, Middle, Last):

2

*Questions? Call 1-844-489-3884 or visit www.MammothSecuritiesSettlement.com*

*Claim Form*

- In the space provided on the following page, supply all required details of your transaction(s) in Mammoth common stock. If you need more space, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

- Please provide all of the requested information with respect to *all* of your purchases, acquisitions, and sales of Mammoth common stock which took place at any time during the Settlement Class Period, whether such transactions resulted in a profit or loss. Failure to report all such transactions may result in the rejection of your claim.

- List each transaction in the Settlement Class Period separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

- You must submit documentation for your trading history. Acceptable documentation may include: (a) monthly stock brokerage or other investment account statements; (b) trade confirmation slips; (c) a signed letter from your broker on firm letterhead containing the transactional and holding information found in a broker confirmation slip or account statement; or (d) other equivalent proof of your transactions. **Do not send originals.** Broker confirmations or other documentation of your transactions in Mammoth common stock should be attached to your claim. Failure to provide this documentation could delay verification or your claim or result in rejection of your claim.

- The requests are designed to provide the minimum amount of information necessary to process the simplest claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your losses. In cases where the Claims Administrator cannot perform the calculation accurately or at a reasonable cost to the Class with the information provided, the Claims Administrator may condition acceptance of the claim upon the production of additional information and/or the hiring of an accounting expert at claimant's cost.

*Questions? Call 1-844-489-3884 or visit www.MammothSecuritiesSettlement.com*

*At the open of trading on October 19, 2017, how many shares of Mammoth common stock did you own? (If none, write "zero" or "0"; if other than zero, this must be documented):*

_____ shares

*List each individual **purchase or acquisition** of Mammoth common stock between and including October 19, 2017 and June 5, 2019, as follows:*

| Date(s) of Purchase (list chronologically) (Month/Day/Year) | Number of Shares of Common Stock Purchased/Acquired | Purchase Price Per Share of Common Stock | Aggregate Cost (including commissions, taxes, and fees) |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*List each individual **sale** of Mammoth common stock between and including October 19, 2017 and June 5, 2019, as follows:*

| Date(s) of Sale (list chronologically) (Month/Day/Year) | Number of Shares of Common Stock Sold | Sales Price Per Share of Common Stock | Amount Received (net of commissions, taxes, and fees) |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

*At the close of trading on June 5, 2019, how many shares of Mammoth common stock did you hold?*

_____ shares

4

*Questions? Call 1-844-489-3884 or visit www.MammothSecuritiesSettlement.com*

*Submission to Jurisdiction of Court, Acknowledgements and Releases*

**Please review the following submission to jurisdiction and sign below on page 7.**

I (we) submit this Proof of Claim and Release under the terms of the Stipulation and Agreement of Settlement dated as of April 30, 2021 ("Stipulation"), and in connection with the settlement (the "Settlement") of claims against Mammoth, Arty Straehla, Mark Layton, and Keith Ellison (collectively, "Defendants") contemplated therein. I (we) also submit to the jurisdiction of the United States District Court for the Western District of Oklahoma, with respect to my (our) claim as a Settlement Class Member and for purposes of enforcing the release set forth herein. I (we) further acknowledge that I am (we are) bound by and subject to the terms of any Order and Final Judgment (defined below) that may be entered in the Action. I (we) agree to furnish additional information to Lead Counsel and/or the Claims Administrator to support this claim if required to do so. I (we) have not submitted any other claim covering the same purchases, acquisitions, and sales of Mammoth common stock during the Settlement Class Period and know of no other person or entity having done so on my (our) behalf.

**Please review the following release for claims against Defendants and sign below on page 7.**

I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally and forever waive, compromise, settle, release, resolve, relinquish, discharge and dismiss all of the Released Plaintiffs' Claims against each and all of the Defendants and the Defendants' Releasees as contemplated in the Stipulation.

The Stipulation contemplates the issuance of an order and final judgment (the "Order and Final Judgment"), which shall dismiss the Action with prejudice and bar all claims, demands, rights, liabilities, and causes of action of every nature and description (including, but not limited to, any claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expenses or liabilities whatsoever), whether known claims or Unknown Claims, contingent or absolute, mature or not mature, discoverable or undiscoverable, liquidated or unliquidated, accrued or not accrued, including those that are concealed or hidden, regardless of legal or equitable theory and whether arising under federal, state, common or foreign law, or any other law, rule, ordinance, administrative provision or regulation that Lead Plaintiffs or any other member of the Settlement Class, in any capacity: (i) asserted in the Amended Complaint; (ii) could have asserted in any forum that arise out of, are based upon, or relate to, directly or indirectly, in whole or in part, (1) the allegations, transactions, facts, events, matters, occurrences, representations, omissions, or any other matter whatsoever involved, set forth, or referred to, or otherwise related, directly or indirectly, to the allegations in the Second Amended Complaint, including but not limited to those allegations, transactions, facts, events, matters, occurrences, representations, or omissions related to two service agreements entered into by one of Mammoth's indirect subsidiaries, Cobra Acquisitions, LLC, with the Puerto Rico Electric Power Authority, and (2) the purchase, sale, acquisition, or disposition of Mammoth common stock during the Settlement Class Period; or (iii) could have been asserted in any forum that arise out of or relate in any way to the defense of settlement of the claims asserted in the Action, provided, however that the Released Plaintiffs' Claims do not include: (a) any claims relating to the enforcement of the Settlement; (b) any Excluded Claims; and (c) any derivative claims brought on behalf of Mammoth Energy Services, Inc.

Unknown Claims are expressly included in the definition of Released Plaintiffs' Claims, and that such inclusion was expressly bargained for and was a material element of the Settlement and was relied upon by each and all of the Defendants in entering into the Stipulation. "Unknown Claims" means any Released Plaintiffs' Claims which Lead Plaintiffs or any other Settlement Class Member does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendants or any other Defendants' Releasee does not know or suspect to exist in his, her or its favor at the time of the release of such claims, which if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement.

5

The Settlement is intended to extinguish all of the Released Plaintiffs' Claims and the Released Defendants' Claims and, consistent with such intention, upon the Effective Date, Defendants and Lead Plaintiffs expressly waive, and each of the Settlement Class Members shall be deemed to have waived, and by operation of the Order and Final Judgment shall have expressly waived, to the fullest extent permitted by law, any and all provisions, rights and benefits conferred by any law of the United States or any state or territory of the United States or any foreign state, or principle of common law or foreign law, which may have the effect of limiting the releases set forth above. This shall include a waiver by the Lead Plaintiffs and each of the Settlement Class Members and Defendants of any rights pursuant to section 1542 of the California Civil Code (or any similar, comparable, or equivalent provision of any federal, state, or foreign law, or principle of common law), which provides:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

The foregoing waiver was separately bargained for, is a material element of the Settlement and was relied upon by each and all of the Defendants in entering into the Settlement.

This release shall be of no force or effect unless and until the Court approves the Stipulation and the Settlement becomes effective on the Effective Date.

**Please review the following representations and sign below on page 7.**

I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases or acquisitions of Mammoth common stock that occurred during the Class Period, all of my (our) sales of that Mammoth common stock between and including October 19, 2017 and June 5, 2019, and the number of shares of Mammoth common stock held by me (us) at the open of trading on October 19, 2017, and the number of shares of Mammoth common stock held by me (us) at the close of trading on June 5, 2019.

I (We) hereby warrant and represent that I am (we are) not excluded from the Class as defined in the Notice.

I (We) declare under the penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this _____ of _____
in

_____, _____.

_____
(Signature of Claimant)

_____
(Type or print name of Claimant)

_____
(Capacity of person signing above, *e.g.*,
Beneficial Purchaser(s), Administrator,
Executor, Trustee, Custodian, Power of
Attorney, etc.)

Proof of Authority to File Enclosed?
_____ Yes        _____ No
(*See Section* __)

Executed this _____ of _____
in

_____, _____.

_____
(Signature of Claimant)

_____
(Type or print name of Claimant)

_____
(Capacity of person signing above, *e.g.*,
Beneficial Purchaser(s), Administrator,
Executor, Trustee, Custodian, Power of
Attorney, etc.)

Proof of Authority to File Enclosed?
_____ Yes        _____ No
(*See Section* __)

**Accurate claims processing takes a significant amount of time.
Thank you for your patience.**

**Reminder Checklist:**

1. Please sign the Certification section of the Proof of Claim and Release on Page 7.

2. If this claim is being made on behalf of joint beneficial claimants, both must sign.

3. Remember to attach supporting documentation.

4. Do not send original stock certificates.

5. Keep a copy of your Proof of Claim and Release form and all documents submitted for your records.

6. If you desire an acknowledgement of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.

7. If you move, please send the Claims Administrator your new address.

**THESE FORMS AND YOUR SUPPORTING DOCUMENTATION
MUST BE SUBMITTED NO LATER THAN OCTOBER 30, 2021.**

*Questions? Call 1-844-489-3884 or visit www.MammothSecuritiesSettlement.com*

# Exhibit B

# Claims Administrator Angeion Group Announces a Proposed Class Action Settlement In RE Mammoth Energy Services, Inc. Securities Litigation, Case No. 5-19-cv-00522-J

SUMMARY NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; SETTLEMENT FAIRNESS HEARING; AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

---

NEWS PROVIDED BY
**Angeion Group →**
Jun 07, 2021, 08:00 ET

---

PHILADELPHIA, June 7, 2021 /PRNewswire/ -- To all persons and entities who, during the period between October 19, 2017 and June 5, 2019, inclusive, purchased or otherwise acquired Mammoth Energy Services, Inc. common stock and were injured thereby (the "Settlement Class"):

PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.

YOU ARE HEREBY NOTIFIED, that the Court-appointed Lead Plaintiffs, on behalf of themselves and the Settlement Class, have reached a proposed settlement of the above-captioned litigation (the "Action") for $11,000,000 in cash that, if approved, would resolve all claims in the Action (the Settlement"). Defendants have denied the claims asserted against them and have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.

YOU ARE HEREBY FURTHER NOTIFIED, that the Action has been preliminarily certified as a class action, and that pursuant to an Order of the Honorable Bernard M. Jones in the United States District Court for the Western District of Oklahoma (the "Court"), dated May 4, 2021, a hearing will be held on September 21, 2021 at 10:a.m, (the "Settlement Hearing") before Judge Jones at the United States District Court for the Western District of Oklahoma,  200 NW 4th Street, Oklahoma City, OK 73102, Courtroom 303, to determine: (a) whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate to the Settlement Class, and should be approved by the Court; (b) whether a judgment should be entered dismissing the Action with prejudice against the Defendants; (c) whether the Proposed Plan of Allocation should be approved as fair and reasonable; and (d) whether Lead Counsel's motion for attorneys' fees and reimbursement of expenses should be approved.

If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund. The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.MammothSecuritiesSettlement.com. You may also obtain copies of the Notice and Claim Form by contacting the Claim Administrator at *Mammoth Securities Litigation* c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadephia, PA 19103, info@MammothSecuritiesSettlement.com, (844) 489-3884.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* no later than October 30, 2021. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than August 31, 2021, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are *received* no later than August 31, 2021, in accordance with the instructions set forth in the Notice.

Please do not contact the Court, the Clerk's office, Mammoth or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

Block & Leviton LLP

Attn: Jacob A. Walker

260 Franklin Street, Suite 1860

Boston, MA 02110

Telephone: (617) 398-5617

Email: jake@blockleviton.com

Requests for the Notice and Claim Form should be made to:

*Mammoth Securities Litigation*

c/o Claims Administrator

1650 Arch Street, Suite 2210

Philadelphia, PA 19103

Telephone: (844) 489-3884

Email: info@MammothSecuritiesSettlement.com

www.MammothSecuritiesSettlement.com

**BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

**Media Contact:**

Angeion Group

Douglas S. Clauson

Director, Communications

(215) 563-4116


SOURCE Angeion Group


Related Links

http://www.angeiongroup.com

# Exhibit C

A6   WEEK OF JUNE 7, 2021

INVESTORS.COM

## AFTER MARKET

### Startup Marqeta Plans $1 Billion IPO

Marqeta is offering 45.4 million shares in a range of $20 to $24, giving it a market valuation near $12 billion. Marqeta develops software that companies use to launch and manage personalized credit cards for digital payments. It trades Wednesday on the Nasdaq under the ticker MQ.



**IBD New Issues Index**

— IBD New Issues
— S&P 500

**Leading New Issues**

| Company | Symbol | Offering Date | Offering Price | Current Price | % Chg | EPS Rtg | Industry Group | Lead Underwriter |
|---|---|---|---|---|---|---|---|---|
| Upstart Holdings Inc | UPST | 12/16/20 | 20.0 | 164.0 | 720.2 | 40 | Finance-Consumer Loans | Goldman Sachs & Co |
| Greenwich Lifesciences | GLSI | 9/25/20 | 5.75 | 39.01 | 578.4 | 4 | Medical-Biomed/Biotech | Aegis Capital Corp |
| Neogames S A | NGMS | 11/19/20 | 17.0 | 62.78 | 269.3 | 70 | Computer Sftwr-Gaming | Macquarie Capital |
| Esports Technologies Inc | EBET | 4/15/21 | 6.0 | 21.19 | 253.2 | 9 | Leisure-Gaming/Equip | Boustead Securities Llc |
| Palantir Technologies CI A | PLTR | 9/30/20 | 7.25 | 24.03 | 231.5 | 57 | Computer Sftwr-Enterprise | Unknown |
| Academy Sports & Outdoor | ASO | 10/2/20 | 13.0 | 37.12 | 185.5 | 99 | Retail-Leisure Products | Credit Suisse |
| Hydroform Holdings Group | HYFM | 12/10/20 | 20.0 | 56.76 | 183.8 | 59 | Machinery-Gen Industrial | J P Morgan |
| Bentley Systems Class B | BSY | 9/23/20 | 22.0 | 61.70 | 180.5 | 87 | Comp Sftwr-Spec Enterprs | Goldman Sachs & Co |

---

# THE NEW AMERICA

---

**ARCELORMITTAL** *Luxembourg City, Luxembourg*

# This Stock Is On The Move As Steel Prices Keep On Surging

**BY ADELIA CELLINI LINECKER**
INVESTOR'S BUSINESS DAILY

As the demand for steel continues to soar amid the reopening of world economies post-Covid, the outlook for ArcelorMittal (MT) remains strong. MT stock has gained nearly 34% over the last three months.

The Luxembourg-based steelmaker is part of a rally in industrial and cyclical stocks. And it's showing up on the company's bottom line.

ArcelorMittal saw net profits balloon 445% to around $2.3 billion in the first quarter of 2021, compared with a loss of $1.12 billion in the same quarter last year. Revenue increased 9% year over year to $16.2 billion.

The profit increase is driven largely by surging steel prices, says Phil Gibbs, director of metals equity research at KeyBanc Capital Markets.

"That's due to pent-up demand post-pandemic and the logistical challenges that exist across all the supply chains right now," he said. "Global steel inventories are also reasonably low."

Higher iron ore prices also boosted the company's mining earnings, accounting for a 48% climb in earnings before interest, taxes, depreciation and amortization, or EBITDA, over the year-ago quarter.

### Presence In 60 Countries

ArcelorMittal is a leading steel and mining company, with a presence in 60 countries and an industrial footprint in 18 nations. It is also one of the world's largest producers of iron ore. In 2020, ArcelorMittal had revenue of $53.3 billion and crude steel production of 71.5 million metric tons, while iron ore production reached 58 million metric tons.

In December 2020, ArcelorMittal sold its U.S. operations to Cleveland-Cliffs (CLF) for $1.4 billion. The deal included six steel mills, eight finishing facilities, two iron ore mining and pelletizing operations, and three coal and coke plants.

ArcelorMittal derives revenue from four main geographic business segments: North America, Brazil, Europe, Africa and the Commonwealth of Independent States, or ACIS, as well as a mining segment. Its largest revenue-generating segment is Europe at 48%. The Europe segment offers hot-rolled coil, cold-rolled coil, coated products, tinplate, plate and slab.

The North America segment accounts for 23% of revenue and consists of flat products such as slabs, hot-rolled coil, cold-rolled coil, coated steel and plate.

Meanwhile, the Brazil segment brings in 11% of sales and covers wire rod, bar and rebars, billets, blooms and wire drawing. The ACIS segment produces a combination of flat, long and tubular products and makes up 10% of revenue. The mining segment focuses on steel operations and accounts for 8% of sales.

### Prices At New Peak

Steel prices hit a record $1,658 per ton on June 2 for the most widely used hot-rolled coil, according to FactSet. Steel prices were last thought to be sky-high, when they peaked at $1,100 in 2008.

Demand for steel continues to rise as economies around the world reopen. In the U.S., the Biden administration is proposing an infrastructure spending bill worth $1.5 trillion over 10 years, with a focus on transportation. Once passed, the law is expected to sharply boost demand for steel. As a result, ArcelorMittal's North America sales should also get a lift.

But supply constraints persist, as steelmakers scramble to get back online after the pandemic shut down manufacturing. That's pushing steel prices higher. Trump-era tariffs meant primarily to protect U.S. steelmakers from China's steel-dumping tactics are also inflating steel prices.

ArcelorMittal Chief Executive Aditya Mittal said in a call after earnings on May 6 that he's "encouraged by the still visibly low levels of steel inventories in the supply chain."

"ArcelorMittal has enjoyed a strong start to 2021, recording our strongest quarterly EBITDA in a decade," he said. "While our first-quarter performance benefited from higher shipments and steel spreads, there is much more to come given our order book and contract lags."

### Gauging Steel's Zenith

How long can steel prices keep climbing and fueling MT stock? No one knows for sure, but the company is banking on a few more quarters of the status quo.

The company sees demand recovering in all regions across all end markets with a clear V-shaped recovery in China, KeyBanc's Gibbs wrote in a recent report.

"MT expects export pressure from China to recede following the withdrawal of export tax rebates," he said. China canceled its 13% export tax rebate on May 1.

ArcelorMittal expects demand to expand by at least 4.5% to 5.5% in 2021. This should continue to drive revenue and margins through at least the end of the year. As a result, Wall Street expects earnings to swing to $6.72 a share in 2021 from a 77-cent loss in 2020. A slowdown to $4.13 is seen for 2022.

### Reduced Prices Coming

Gibbs says steel prices will come down eventually. A growing chorus of steel consumers are pressuring the Biden administration to remove protective tariffs, which would ease steel prices. If not, the cost of goods such as appliances and automobiles will continue to climb, tempting manufacturers to either wait it out by decreasing production or consider moving factories abroad, Gibbs says.

MarketSmith chart analysis shows MT stock is in buy range after getting support near its 10-week line. The chase zone goes to 33.65. Shares also have reached their 20%-25% profit target from its last base.

Gibbs raised his price outlook for MT stock to $37 from $33 and maintained his overweight rating.

MT stock's relative strength line is trending upward. It has an RS Rating of 95 out of a possible 99. Its EPS Rating is 69. ArcelorMittal is a Leaderboard stock.

### Auto Industry Scales Back

The auto industry, with its global chip supply issues, is already scaling back demand for steel. Several automakers, including General Motors (GM) and Ford (F), have had to idle plants for weeks at a time.

"It's something that we are watching because the automotive industry accounts for 25% of demand for steel in the U.S. and probably 40% of demand for sheet steel," Gibbs said. "Demand has been good for autos as the economy picked up but I do think there was a lot of pull forward from when the stimulus checks went out."

As cars become more expensive and gas prices surge, consumers could cool to the idea of buying new cars, Gibbs adds.

In 2019, ArcelorMittal joined Nippon Steel to buy Essar Steel India. ArcelorMittal has a 60% stake in the joint venture, which contributed $1.6 billion of EBITDA to its bottom line in the first quarter.

CEO Mittal says MT stock valuation has not yet fully absorbed the revenue potential from India because steel demand there has stalled as it struggles to contain the spread of Covid.

"Post-Covid we would expect that demand would be restored and growth would be at significant levels both in the medium and long term," he said.



**Metal coils are seen at the ArcelorMittal steel plant in Ghent, Belgium. Europe accounts for nearly half the sales for the prospering steelmaker.**

### Forging Profits

Much of ArcelorMittal's revenue comes from its native Europe, but it has significant customer bases in several other regions of the world as well

**2020 revenue, by segment**
- Mining 8%
- North America 23%
- ACIS* 10%
- Brazil 11%
- Europe 48%

**Earnings per share**
'18  '19  '20  '21e  '22e

Sources: Company reports, MarketSmith     * includes Asia, Africa, Kazakhstan, Ukraine and South Africa

### ArcelorMittal
www.arcelormittal.com

| | |
|---|---|
| Ticker | MT |
| Share price* | Near 33 |
| 12-month sales | $54.6 bil |
| 5-year profit growth rate | n.a. |

**IBD SmartSelect Corporate Ratings***

| | |
|---|---|
| Composite Rating | 87 |
| Earnings Per Share | 70 |
| Relative Price Strength | 95 |
| Industry Group Rank | 10 |
| Rank Within Industry Group | 8 |
| Sales+Profit Margins+ROE | D |
| Accumulation/Distribution | C+ |

See Investors.com for more details     *As of 6/3/21

---

## IPO Filings Soon To Be Priced

| Company | Symbol/Exchange | Shares (000) | Estimated Price | MktValue ($Mil) | Industry Group | P/E Ratios: Co/Grp | Lead Underwriter |
|---|---|---|---|---|---|---|---|
| monday.com Ltd | MNDY/NDQ | 4,636 | 125.0- 140.0 | 2392.3 | Computer Sftwr-Enterprse | n.a./ 97 | Goldman Sachs & Co. |
| *Israel. Israel-based Co offers cloud-based platform tools to build software applications and work management tools.* | | | | | | | |
| Innovatus Life Sci Cl A | ILAC/NDQ | 22,460 | 10.0- 10.0 | 274.9 | Finance-Blank Check | n.a./ 80 | U B S Investment Bank. |
| *New York, NY. Blank check company formed to acquire or merge with one or more target businesses.* | | | | | | | |
| Transcode Therapeutics | RNAZ/NDQ | 3,194 | 8.0- 10.0 | 89.0 | Medical-Biomed/Biotech | n.a./ 51 | Thinkequity Partners. |
| *Boston, MA. Oncology based biotech Co which design and develops RNA therapeutics for the treatment of tumor.* | | | | | | | |
| Khosla Vent Acq IV Cl A | KVSD/NDQ | 23,700 | 10.0- 10.0 | 355.0 | Finance-Blank Check | n.a./ 80 | Goldman Sachs & Co. |
| *Menlo Park, CA. Blank check company formed to acquire or merge with one or more target businesses.* | | | | | | | |
| Just Another Acq Cl A | JAAC/NDQ | 8,400 | 10.0- 10.0 | 122.5 | Finance-Blank Check | n.a./ 80 | Ladenburg Thalmann. |
| *New York, NY. Blank check company formed to acquire or merge with one or more target businesses.* | | | | | | | |
| Mavenir Plc Cl A | MVNR/NDQ | 15,682 | 20.0- 24.0 | 1929.1 | Comp Sftwr-Spec Enterprs | n.a./ 98 | Morgan Stanley. |
| *Richardson, TX. Provides cloud-native network software and solutions and systems integration for 4G and 5G.* | | | | | | | |
| Aspire Real Estate Inves | ASPI/NSE | 18,585 | 20.0- 20.0 | 371.7 | Real Estate Dvlpmt/Ops | 1000/ 45 | Morgan Stanley. |
| *Irvine, CA. Develops, redevelop and manage a portfolio of affordable and workforce multifamily properties.* | | | | | | | |

## Prices Of Recent IPOs

| Company | Symbol/Exchange | Offer Date | High Filing Price | Offer Price | % Chg From Filing | Current Price | % Chg from Offer | Industry Group | Underwriter |
|---|---|---|---|---|---|---|---|---|---|
| Dlocal Limited Cl A | DLO/NDQ | 6/3 | 18.0 | 21.0 | 16.7 | 34.5 | 64.4 | Finance-Crdtcard/Pmtpr | J P Morgan. |
| Centessa Pharma Ads | CNTA/ NDQ | 5/28 | 20.0 | 20.0 | .0 | 22.8 | 14.1 | Medical-Research Eqp/Svc | Morgan Stanley. |
| Singular Genomics Syst | OMIC/ NDQ | 5/27 | 22.0 | 22.0 | .0 | 25.5 | 15.9 | Medical-Products | J P Morgan. |
| Day One Biopharmaceutical | DAWN/ NDQ | 5/27 | 16.0 | 16.0 | .0 | 19.0 | 18.8 | Medical-Biomed/Biotech | J P Morgan. |
| Figs Inc Cl A | FIGS/ NSE | 5/27 | 19.0 | 22.0 | 15.8 | 31.4 | 42.5 | Apparel-Clothing Mfg | Goldman Sachs & Co. |

---

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

IN RE MAMMOTH ENERGY
SERVICES, INC. SECURITIES LITIGATION

Case No. CIV-19-522-J
CLASS ACTION

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; SETTLEMENT FAIRNESS HEARING; AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO:** All persons and entities who, during the period between October 19, 2017 and June 5, 2019, inclusive, purchased or otherwise acquired Mammoth Energy Services, Inc. common stock and were injured thereby (the "Settlement Class"):

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, that the Court-appointed Lead Plaintiffs, on behalf of themselves and the Settlement Class, have reached a proposed settlement of the above-captioned litigation (the "Action") for $11,000,000 in cash that, if approved, would resolve all claims in the Action (the "Settlement"). Defendants have denied the claims asserted against them and have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.

YOU ARE HEREBY FURTHER NOTIFIED, that the Action has been preliminarily certified as a class action, and that pursuant to an Order of the Honorable Bernard M. Jones in the United States District Court for the Western District of Oklahoma (the "Court"), dated May 4, 2021, a hearing will be held on September 21, 2021 at 10:a.m., (the "Settlement Hearing") before Judge Jones at the United States District Court for the Western District of Oklahoma, 200 NW 4th Street, Oklahoma City, OK 73102, Courtroom 303, to determine: (a) whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable and adequate to the Settlement Class, and should be approved by the Court; (b) whether a judgment should be entered dismissing the Action with prejudice against the Defendants; (c) whether the Proposed Plan of Allocation should be approved as fair and reasonable; and (d) whether Lead Counsel's motion for attorneys' fees and reimbursement of expenses should be approved.

If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund. The Notice and Proof of Claim and Release Form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.MammothSecuritiesSettlement.com. You may also obtain copies of the Notice and Claim Form by contacting the Claim Administrator at Mammoth Securities Litigation c/o Claims Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103, info@MammothSecuritiesSettlement.com, (844) 489-3884.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form postmarked no later than October 30, 2021. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is received no later than August 31, 2021, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than August 31, 2021, in accordance with the instructions set forth in the Notice.

Please do not contact the Court, the Clerk's office, Mammoth or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

Block & Leviton LLP
Attn: Jacob A. Walker
260 Franklin Street, Suite 1860
Boston, MA 02110
Telephone: (617) 398-5617
Email: jake@blockleviton.com

Requests for the Notice and Claim Form should be made to:

Mammoth Securities Litigation
c/o Claims Administrator
1650 Arch Street, Suite 2210
Philadelphia, PA 19103
Telephone: (844) 489-3884
Email: info@MammothSecuritiesSettlement.com
www.MammothSecuritiesSettlement.com

By Order of the Court.



**FOUNDER'S CLUB** BY INVESTOR'S BUSINESS DAILY

Every IBD product.
Exclusive events.
Personalized service.

Become a Founder's Club member today for the yearly rate of $7,000. **Join now!**

**Investors.com/foundersclub**

© 2021 Investor's Business Daily, LLC, Investor's Business Daily, IBD and CAN SLIM and corresponding logos are registered trademarks owned by Investor's Business Daily, LLC.

©2021 Investor's Business Daily, LLC. All rights reserved.