# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J<br><br>CLASS ACTION |

**DECLARATION OF DANIEL FURIA IN SUPPORT OF: (I) LEAD PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN
OF ALLOCATION AND CERTIFICATION OF SETTLEMENT CLASS FOR
SETTLEMENT PURPOSES ONLY; AND (II) LEAD COUNSEL'S MOTION FOR AN
AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION
EXPENSES**

I, Daniel Furia, hereby declare as follows:

1.     I am one of the Court-appointed Lead Plaintiffs in the above-captioned securities class action (the "Action") along with Sharon Furia and Vincent Furia (the "Furia Family").[1] I respectfully submit this declaration in support of (i) Lead Plaintiffs' motion for final approval of class action settlement and plan of allocation and certification of the settlement class for settlement purposes only; and (ii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of the Furia Family's request to recover the reasonable costs and expenses we incurred in connection with our representation of the Settlement Class in the prosecution of this Action.

---

[1] Unless otherwise defined, all capitalized terms herein have the meanings set forth in the Stipulation. ECF No. 130-1.

Doc ID: 8d7169e27febc8a38d8b82d1910c9f50e5d572b4

2.  I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §§ 78u-4; 77z-1. I have personal knowledge of the matters set forth in this declaration, as I have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to the Settlement, and I could and would testify competently to these matters.

## I.   THE FURIA FAMILY'S OVERSIGHT OF THE LITIGATION

3.  The initial complaint in this Action was filed on June 7, 2019. ECF No. 1. Two related actions were subsequently filed on June 19, 2019, and August 6, 2019. By Order dated January 23, 2019, Judge Palk ordered that the three cases be consolidated into *In re Mammoth Energy Services, Inc.*, Case No. 5:19-cv-522-SLP. ECF No. 41.

4.  The Furia Family moved for Lead Plaintiff on August 6, 2019 (ECF No. 22), and the Court appointed the Furia Family as Lead Plaintiffs on September 13, 2019. ECF No. 41.

5.  In fulfillment of our responsibilities on behalf of all class members in this Action, I have worked closely with Block & Leviton LLP regarding all aspects of the litigation and resolution of this case.

6.  Throughout the litigation, I received periodic status reports from Block & Leviton (most regularly from Jacob Walker) on case developments and participated in regular discussions concerning the prosecution of the Action, the strengths and risks to the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) reviewed the relevant documents; (b) stayed appraised of developments in the case and made myself available to Lead Counsel; (c) provided Lead Counsel with extensive information and materials regarding my

Doc ID: 8d7169e27febc8a38d8b82d1910c9f50e5d572b4

investments in Mammoth; (d) conferred with Lead Counsel throughout the litigation and settlement process; and (f) evaluated and approved the proposed Settlement.

## II.    APPROVAL OF THE SETTLEMENT

7.    Through my active participation, we were kept informed of the progress of the settlement negotiations in this litigation. Both before and after the mediation process presided over by former Federal District Judge Michael Burrage, I conferred with my attorneys regarding the Parties' respective positions.

8.    Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action and the advice of my counsel, I believe that the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation. Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

9.    I believe that the request for an award of attorneys' fees in the amount of 30% of the Settlement Fund is fair and reasonable in light of the work performed by counsel on behalf of the Settlement Class. I have evaluated this fee request by considering the work performed, the recovery obtained for the Settlement Class, and the risks of the Action, and have authorized this fee request for the Court's ultimate determination.

10.    I further believe that the Litigation Expenses being requested for reimbursement to counsel are reasonable, and represent costs and expenses necessary for the prosecution and resolution of the claims in the Action. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result at the most efficient cost, I fully support the motion for an award of attorneys' fees and reimbursement of Litigation Expenses.

3

Doc ID: 8d7169e27febc8a38d8b82d1910c9f50e5d572b4

11.     Along with Sharon and Vincent Furia, I devoted significant time to the representation of the Settlement Class in this Action, which was time that I otherwise would have spent working or engaged on other activities and, thus, represented a cost to me. I devoted at least 25 hours in the litigation-related activities described above.

I declare under penalties of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on ___08 / 12 / 2021___ at Clifton, New Jersey.

Respectfully submitted,

_____
Daniel D. Furia

Doc ID: 8d7169e27febc8a38d8b82d1910c9f50e5d572b4