**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA**

|  |  |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J<br><br>CLASS ACTION |

**REPLY MEMORANDUM IN FURTHER SUPPORT OF: (I) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND CERTIFICATION OF SETTLEMENT CLASS FOR SETTLEMENT PURPOSES ONLY; AND (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Lead Plaintiffs and Lead Counsel respectfully submit this reply memorandum in further support of: (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and for Certification of Settlement Class for Settlement Purposes Only (ECF No. 135, the "Final Approval Brief"); and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 136, the "Fee Brief").[1] This memorandum updates the Court on the status of the notice program and the Settlement Class's reaction: not a single class member has objected to the Settlement, Plan of Allocation, or request for attorneys' fees and reimbursement of litigation expenses, and not a single class member has requested exclusion from the Settlement Class.

## I.    PRELIMINARY STATEMENT

Pursuant to this Court's May 4, 2021 Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 132, the "Preliminary Approval Order"), a total of 23,213 Notice Packets were disseminated to potential Settlement Class Members and their nominees. *See* Supplemental Declaration of Markham Sherwood of Angeion Group Regarding: (A) Mailing of the Notice and Proof of Claim and Release; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections Received

---

[1] All capitalized terms not defined herein have the same meanings ascribed to them in the Stipulation and Agreement of Settlement filed with the Court on April 30, 2021 (ECF No. 130-1, the "Stipulation"), or the Declaration of Jeffrey C. Block in Support of Lead Plaintiff's Motion For: (1) Final Approval of the Settlement and Plan of Allocation of Settlement Proceeds; (2) Award of Attorneys' Fees and Expenses; and (3) Award of Contribution Award to Lead Plaintiff (ECF No. 137, the "Block Declaration" or "Block Decl.").

(the "Supplemental Mailing Decl.," attached hereto as Exhibit A), ¶¶4-8. The Notice advised Settlement Class Members of the Settlement and the request for an award of attorneys' fees and reimbursement of Litigation Expenses. *See* Exhibit 1 to Block Decl. (ECF No. 137-1, the "Initial Mailing Decl."). The Notice further advised Settlement Class Members that the last day for requesting exclusion from the Settlement or filing an objection to the Settlement, the Plan of Allocation, and the request for an award of attorneys' fees and reimbursement of Litigation Expenses was August 31, 2021. *See Id.*

The exclusion and objection deadline has now passed. Not a single Settlement Class Member has requested exclusion from the Settlement Class, and there has not been a single objection to the Settlement, the Plan of Allocation, the request for attorneys' fees, the request for reimbursement of Litigation Expenses, or the PSLRA award. *See* Supplemental Mailing Decl. ¶¶14-15. Neither Angeion nor Lead Counsel have received any communications from any potential Settlement Class Members expressing an intention to object to, or to opt-out of, the Settlement, or otherwise expressing any concern about the Settlement or the receipt of Notice.

The lack of objections and requests for exclusion strongly militates in favor of the Court granting the requested relief.

## II.    ARGUMENT

### A.    The Positive Reaction of the Settlement Class Strongly Supports Approval of the Settlement and Plan of Allocation

The reaction of a class to a settlement is a significant factor in assessing its fairness and adequacy. *Ryskamp v. Looney*, No. 10-cv-00842-WJM-KLM, 2012 WL 3397362, at

*4 (D. Colo. Aug. 14, 2012) ("The reaction of the class to the proffered settlement ... is perhaps the most significant factor to be weighed in considering its adequacy...."). Here, the lack of objections and requests for exclusion strongly militate in favor of the Court granting the requested relief. *See, e.g.*, *In re Cendant Corp. Litig.*, 264 F.3d 201, 235 (3d Cir. 2001) ("The vast disparity between the number of potential class members who received notice of the Settlement and the number of objectors creates a strong presumption . . . in favor of the Settlement . . ."); *Fager v. CenturyLink Commc'ns, LLC*, No. 14-CV-00870 JCH/KK, 2015 WL 13298517, at *4 (D.N.M. June 25, 2015), *aff'd*, 854 F.3d 1167 (10th Cir. 2016) ("This absence of opposition to the settlement weighs heavily in support of final approval."); *In re Davita Healthcare Partners, Inc.*, No. 12-CV-2074-WJM-CBS, 2015 WL 3582265, at *3 (D. Colo. June 5, 2015) ("[T]he fact that no objections to the settlement were filed by any shareholder weighs heavily in favor of approval of the … settlement.").

In addition, there has not been a single objection to the proposed Plan of Allocation. *See* Supplemental Mailing Decl. ¶15. This reaction provides firm support for the Plan of Allocation's approval. *Ponca Tribe of Indians of Oklahoma v. Cont'l Carbon Co.*, No. 05-445 (C), 2009 WL 2836508, at *2 (W.D. Okla. July 30, 2009) ("Another factor in approving the Plan of Allocation is the reaction of the Class…. In this case, there are no objections … out of approximately 1,800 Class Members. The Court therefore approves the plan of allocation."); *In re Lucent Techs. Inc., Sec. Litig.*, 307 F. Supp. 2d 633, 649 (D.N.J. 2004) ("The favorable reaction of the Class supports approval of the proposed Plan of Allocation. . . . [N]o Class Member has objected to the Plan of Allocation.").

**B.**     **The Positive Reaction of the Settlement Class Strongly Supports Approval of the Fee and Litigation Expense Request**

The positive reaction of the Settlement Class also supports approval of Lead Counsel's requested attorneys' fees and Litigation Expenses.  Here, both the Summary Notice and the Notice informed the Settlement Class that Lead Counsel would apply to the Court for an award of attorneys' fees in an amount not to exceed 30% of the Settlement Fund and reimbursement for Litigation Expenses incurred by Lead Counsel in an amount not to exceed $150,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class. Block Decl. ¶44; Initial Mailing Decl. Ex. A.

The absence of *any objections* to the requested fee, expense award, and PSLRA award in this complex securities class action weighs strongly in favor of approval. *See e.g. In re Crocs, Inc. Sec. Litig.*, 2014 WL 4670886, at *5 (D. Colo. Sept. 18, 2014) (lack of objections "is significant factor and weighs in favor of the requested award"); *McKeon v. Int. Pizza LLC*, 2020 WL 6782238, at *2 (D. Colo. Nov. 18, 2020) (same); *In re Rent-Way Sec. Litig.*, 305 F. Supp. 2d 491, 515 (W.D. Pa. 2003) ("[T]he absence of substantial objections by other class members to the fee application supports the reasonableness of Lead Counsels' request").

**III.**     **CONCLUSION**

For the reasons set forth herein and in the Final Approval Brief, the Fee Brief, and the Block Declaration, Lead Plaintiffs and Lead Counsel respectfully request that the Court approve the proposed Settlement and Plan of Allocation as well as the request for attorneys'

fees, reimbursement of Litigation Expenses, and Lead Plaintiffs' request for costs and expenses incurred as a direct result of their representation of the Settlement Class.

September 10, 2021                    Respectfully submitted,

                                     /s/ Jeffrey C. Block
                                     Jeffrey C. Block (*pro hac vice*)
                                     Jacob A. Walker (*pro hac vice*)
                                     Nathaniel Silver (*pro hac vice*)
                                     **Block & Leviton LLP**
                                     260 Franklin Street, Suite 1860
                                     Boston, Massachusetts 02110
                                     (617) 398-5600 phone
                                     (617) 507-6020 fax
                                     jeff@blockleviton.com
                                     jake@blockleviton.com

                                     *Lead Counsel for*
                                     *Lead Plaintiffs and the Class*

                                     C. Michael Copeland OBA No. 13261
                                     **Jones, Gotcher & Bogan P.C.**
                                     3800 First Place Tower
                                     15 East 5th Street
                                     Tulsa, Oklahoma 74103
                                     (918) 581-8200 phone
                                     (918) 583-1189 fax
                                     mcopeland@jonesgotcher.com

                                     *Local Counsel for*
                                     *Lead Plaintiffs and the Class*

5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 10th day of September, 2021 to all counsel of record.

By: /s/ Jeffrey C. Block
Jeffrey C. Block