# Exhibit A

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No. CIV-19-522-J<br><br>SUPPLEMENTAL DECLARATION OF MARKHAM SHERWOOD OF ANGEION GROUP, REGARDING: (A) MAILING OF NOTICE AND PROOF OF CLAIM AND RELEASE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED |

CLAIMS ADMINISTRATOR DECLARATION
Case No. CIV-19-522-J

I, MARKHAM SHERWOOD, declare, pursuant to 28 U.S.C. § 1746:

1.      I am a Senior Settlement Consultant for Angeion Group ("Angeion"). Angeion's business address is 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I submit this supplemental declaration in order to provide the Court and the parties to the above-captioned litigation (the "Action") with updated information from my declaration dated August 12, 2021 regarding the provision of notice to the Settlement Class.[1] I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts stated herein.

## NOTICE TO THE SETTLEMENT CLASS

2.      Pursuant to ¶8 of the Court's Order Preliminarily Approving Settlement and Providing for Notice, entered on May 4, 2021 (the "Preliminary Approval Order"), Angeion was retained as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the proposed Settlement in the Action. Pursuant to its appointment, as explained below, Angeion mailed the Notice of Pendency of Class Action and Proposed Settlement; Settlement Fairness Hearing; and Request for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and the Proof of Claim and Release form (the "Claim Form") (collectively, the "Notice Packet") to all persons, identified through reasonable effort, who purchased or otherwise acquired Mammoth Energy Services, Inc. ("Mammoth") common stock during the period between October 19, 2017 and June 5, 2019 , inclusive (the "Class Period").

3.      The Notice Packet informed potential Settlement Class Members of the proposed Settlement, advised them of their rights and options, and provided them with directions on how to obtain additional information about the Settlement.

## MAILING OF THE NOTICE PACKET

4.      Pursuant to ¶8(a) of the Preliminary Approval Order, on or around May 13, 2021, Mammoth Energy Service's transfer agent sent Angeion a list containing shareholders of record

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Stipulation and Agreement of Settlement, dated April 30, 2021 (the "Settlement Agreement").

CLAIMS ADMINISTRATOR DECLARATION                                         -1-
Case No. CIV-19-522-J

of Mammoth Energy Service's common stock during the Class Period (the "Transfer Agent List"). The Transfer Agent List contained data for 6 potential Settlement Class Members.

5.    Pursuant to ¶8(b) of the Preliminary Approval Order, on June 1, 2021 (the "Notice Date"), Angeion caused 6 Notice Packets (corresponding to the names included on the Transfer Agent List) to be mailed via United States Postal Service ("USPS") first-class mail.

6.    As in most cases of this nature, the majority of potential Settlement Class Members are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees ("Nominees") in the name of the nominee, on behalf of the beneficial purchaser.  The names and addresses of these beneficial purchasers are known only to the Nominees.  Angeion maintains a proprietary database of 2,974 known securities brokers, dealers, banks, and other Nominees to be used for notifying record holders of settlements (the "Broker Database").  On the Notice Date, Angeion caused 2,974 Notice Packets (corresponding to the 2,974 Nominees in the Broker Database) to be mailed via first-class mail.

7.    Since the Notice Date, Angeion has received requests from Nominees to (i) send the Notice Packet to the Nominee for distribution, or (ii) send the Notice Packet directly to the Nominee's customers, whose contact information the Nominee provided to Angeion.  Through September 2 2021, as a result of requests from 18 Nominees, Angeion sent an additional 20,902 Notice Packets, directly or indirectly to potential Settlement Class Members.

8.    As a result of the efforts described in ¶¶4-7 above, as of September 2, 2021, Angeion has mailed a total of 23,882 Notice Packets to potential Settlement Class Members and Nominees.

## PUBLICATION OF THE SUMMARY NOTICE

9.    In accordance with ¶8(d) of the Preliminarily Approval Order, on June 7, 2021, Angeion caused the Summary Notice to be transmitted over *PR Newswire* and published in *Investor's Business Daily.*

## THE SETTLEMENT WEBSITE

10.    Pursuant to ¶8(c) of the Preliminary Approval Order, and to further assist potential Settlement Class Members, Angeion, in coordination with Class Counsel, designed, implemented, and currently maintains a website, www.MammothSecuritiesSettlement.com, dedicated to the Settlement (the "Settlement Website").  The Settlement Website became operational on or before June 1, 2021 and will be live throughout the remainder of the claims administration process. The Settlement Website's URL is included in the Notice and Summary Notice. Among other things, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Courts' Settlement Hearing.  The Settlement Website also contains copies of the Notice, Proof of Claim and Release Form, the Settlement Agreement, Proposed Plan of Allocation and the Preliminary Approval Order, as well as Frequently Asked Questions and their answers.  As of September 9, 2021, there have been 417 visits to Settlement Website.

## THE TOLL-FREE TELEPHONE NUMBER AND EMAIL ADDRESS

11.    On May 29, 2021, in order to accommodate inquiries regarding the Settlement, Angeion made operational a telephone number (1-844-489-3884) with an Interactive Voice Response ("IVR") system.  Callers have the ability to listen to important information about the Settlement 24 hours a day, 7 day a week, or to leave a message to request that an Angeion representative contact them.  As of September 9, 2021, there have been 59 calls to the IVR.  The IVR will be maintained throughout the administration of the Settlement.  Angeion has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

12.    In addition, Angeion established a dedicated email address for inquiries at info@MammothSecuritiesSettlement.com.  This email address will be maintained throughout the administration of the Settlement.  Angeion has promptly responded to each email inquiry and will continue to address Settlement Class Member inquiries.

## INCOMING MAIL

13.    Angeion's mailing address appears in the Notice Packets, the Summary Notice, and the Settlement Website. Angeion has monitored all mail that has been delivered to the mailing address, which would include requests for exclusion from the Settlement Class, objections to the Settlement, Claim Forms, and other administrative mail. All mail has been reviewed, processed, and responded to in a timely manner.

## REPORT ON RECEIPT OF REQUESTS FOR EXCLUSION AND OBJECTIONS

14.    Settlement Class Members were notified that written requests for exclusion from the Settlement Class were to be received no later than, August 31, 2021 and be addressed to Mammoth Securities Litigation, ATTN: EXCLUSIONS, c/o Angeion Group, P.O. Box 58220, Philadelphia, PA 19102. As of September 9, 2021, Angeion has not received any exclusion requests.

15.    Settlement Class Members were also notified that any objections to the proposed Settlement, proposed Plan of Allocation, or the request attorneys' fees and reimbursement of litigation expenses must be submitted in writing to the Clerk's Office at the United States District Court for the Western District of Oklahoma, Class Counsel and Defendants' Counsel, such that they are received no later than August 31, 2021. As of September 9, 2021, Angeion has not received any objections.

Angeion will continue to monitor incoming mail for exclusion requests and objections beyond the deadline and will report to counsel for the Settling Parties any exclusion requests or objections it receives.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of September, 2021.

Markham Sherwood
Senior Settlement Consultant
ANGEION GROUP

CLAIMS ADMINISTRATOR DECLARATION                                    -4-
Case No. CIV-19-522-J