UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE MAMMOTH ENERGY SERVICES, INC. SECURITIES LITIGATION | Case No.: 5:19-cv-00522-J<br><br>DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF CLASS COUNSEL'S MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS |

I, Jeffrey C. Block, declare as follows:

1.　　I am an attorney admitted to practice before this Court *pro hac vice*. I am a partner of Block & Leviton LLP, counsel for Lead Plaintiffs Daniel Furia, Vincent Furia, and Sharon Furia ("Lead Plaintiffs") and Class Counsel for the settlement class in the above-captioned action. I make this declaration in support of Class Counsel's Motion for Distribution of Class Action Settlement Funds ("Motion"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.　　Attached hereto as Exhibit 1 is the Declaration of Charles E. Ferrara of Angeion Group in support of the Motion.

3.　　As of January 24, 2025, the Escrow Account described in the Stipulation, *see* ECF No. 130- 1 at ¶1(s)-(u), has earned $554,425.67 in interest, which continues to accrue. The following amounts have been paid from the Escrow Account:

　　i.　Attorneys' fees in the amount of $3,300,000;

　　ii.　Litigation expenses in the amount of $63,087.65;

　　iii.　Lead Plaintiff awards of $5,000 each to Lead Plaintiffs Daniel Furia, Vincent Furia, and Sharon Furia for their reasonable costs directly related to their representation of the Settlement Class;

　　iv.　Tax payments totaling $137,779.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of January.

*/s/ Jeffrey C. Block*

Jeffrey C. Block

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon its filing via this Court's CM/ECF system on this 24th day of January 2025 to all counsel of record.

By: *s/  Jeffrey C. Block*

Jeffrey C. Block